1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

WESTERN DISTRICT OF WASHINGTON

10

AT SEATTLE

11

AMIGA, INC., a Delaware corporation,

CASE NO.: CV07-0631-RSM

12

Plaintiff,

**[PROPOSED] ORDER GRANTING AMIGA, INC.'S MOTION FOR PRELIMINARY INJUNCTION**

13

vs.

14

HYPERION VOF, a Belgium corporation,

15

Defendant.

**NOTE ON MOTION CALENDAR MAY 25, 2007**

16

17

**ORAL ARGUMENT REQUESTED**

18

**COURT:  HON. RICARDO MARTINEZ**

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER

CV07-0631-RSM

CABLE, LANGENBACH, KINERK & BAUER LLP
1000 SECOND AVENUE BUILDING, SUITE 3500
SEATTLE, WASHINGTON 98104-1048
(206 292-8800

Dockets.Justia.com

1        Plaintiff Amiga, Inc. ("Amiga"), having moved for a Preliminary Injunction, for

2    the reason that Defendant Hyperion VOF ("Hyperion) appears to be (1) infringing Amiga's

3    trademarks, (2) unjustifiably withholding the source code, object code and intellectual property

4    to Amiga's operating system 4.0 ("OS 4.0") in violation of Amiga's rights and the parties'

5    Agreement dated November 21, 2001 ("Agreement"), and (3) marketing, distributing,

6    advertising, and selling products in violation of the Agreement, and the Court having considered

7    all the pleadings, moving papers, exhibits and declarations submitted by the parties and the oral

8    argument and any evidence presented at the hearing, and good cause showing, the Court hereby

9    finds that:

10           1.    Amiga is likely to succeed in showing that (a) Hyperion has infringed and

11                 continues to infringe Amiga's trademarks, including the AMIGA ®,

12                 "Powered by Amiga" and "Boing Ball" marks and logos; (b) Hyperion has

13                 breached the Agreement by selling and distributing products outside the

14                 scope of its license; (c) Amiga justifiably and properly terminated the

15                 Agreement after which Hyperion continued its distribution and sale of

16                 unauthorized products; (d) although Amiga has tendered performance

17                 under the Agreement and the Agreement's terms are clear and definite,

18                 Hyperion has refused to transfer to Amiga the source code, object code

19                 and intellectual property to OS 4.0 that is in Hyperion's possession and/or

20                 has refused to take the steps necessary to secure possession of, and then

21                 transfer to Amiga, such source code, object code and intellectual property

22                 to OS 4.0 in violation of the Agreement;

23           2.    Defendant's breaches, infringements and refusal to transfer to Amiga the

24                 code and intellectual property to OS 4.0 has resulted and will continue to

25                 result in irreparable injury to Amiga if the Defendant is not immediately

26                 restrained from further unlawful activities;

27

28

[PROPOSED] ORDER - 1 -                              CABLE, LANGENBACH, KINERK & BAUER LLP
                                                    1000 SECOND AVENUE BUILDING, SUITE 3500
CV07-0631-RSM                                       SEATTLE, WASHINGTON 98104-1048
                                                    (206 292-8800

1          3.     The harm to Amiga of denying the requested Preliminary Injunction

2    greatly outweighs the harm to any legitimate interests of Defendant from

3    granting the requested Preliminary Injunction, particularly because in the

4    absence of the preliminary injunctive relief, Amiga will continue to

5    experience irreparable harm for which monetary damages cannot

6    compensate; and

7          4.     The public interest, and specifically the interest of the public in avoiding

8    confusion as to source and sponsorship of products and the interest of Amiga's

9    actual and potential customers weighs heavily in favor of the requested relief.

10

11          Accordingly, IT IS HEREBY ORDERED THAT Amiga's Motion for Preliminary

12    Injunction is granted as follows:

13          1.     Defendant Hyperion VOF ("Hyperion"), and its successors, predecessors,

14    agents, servants, employees, contractors and each person acting in concert and participation with

15    Hyperion are prohibited and enjoined from the following:

16          (a)     advertising, marketing, promoting, distributing and selling any

17    computers, software, hardware or other products using or containing the "AMIGA,"

18    "POWERED BY AMIGA" and/or "Boing Ball" trademarks (collectively referred to as "Amiga

19    trademarks"), or otherwise using or displaying the Amiga trademarks on Hyperion's website or

20    in promotional and marketing materials;

21          (b)     refusing to promptly provide to Amiga all of the object code,

22    source code and intellectual property to OS 4.0 in Hyperion's possession, custody or control and

23    refusing to take steps necessary to secure possession of such code and intellectual property for

24    transfer to Amiga;

25          (c)     advertising, marketing, promoting, distributing and selling OS 4.0

26    as a standalone product or in conjunction with any computers, platforms, products or other

27    hardware; and

28

[PROPOSED] ORDER - 2 -

CV07-0631-RSM

CABLE, LANGENBACH, KINERK & BAUER LLP
1000 SECOND AVENUE BUILDING, SUITE 3500
SEATTLE, WASHINGTON 98104-1048
(206 292-8800

1    (d)    engaging in any other activity constituting unfair competition with

2    Amiga, or constituting an infringement of Amiga's intellectual property, or constituting any

3    damage to Amiga's reputation or goodwill.

4    2.    Within 10 days of service of this Order, defendant Hyperion is further

5    ordered to deliver to counsel for Amiga all copies and all versions in Hyperion's possession of

6    the source code and object code and other intellectual property for software developed by

7    Hyperion or anyone acting in concert with Hyperion pursuant to the Agreement, including but

8    not limited to, the source code, object code and intellectual property for OS 4.0.

9    3.    To the extent that Hyperion is not in possession of the source code, object

10    code and/or intellectual property for OS 4.0 at the time this Order is served on Hyperion,

11    Hyperion, within 10 days of service of this Order, is hereby ordered to take whatever steps are

12    necessary to secure possession of, and then transfer to Amiga, such source code, object code

13    and/or intellectual property for OS 4.0.

14    4.    Within 20 days of service of this Order, Hyperion shall file with the Court

15    and serve upon counsel for Amiga a sworn affidavit detailing the manner in which Hyperion has

16    complied with this Order.

17    //

18    //

19    //

20    //

21    //

22    //

23    //

24    //

25

26

27

28

[PROPOSED] ORDER - 3 -

CV07-0631-RSM

CABLE, LANGENBACH, KINERK & BAUER LLP
1000 SECOND AVENUE BUILDING, SUITE 3500
SEATTLE, WASHINGTON 98104-1048
(206 292-8800)

1    This Order shall become effective immediately upon the posting of a bond in the

2  amount of $10,000 by plaintiff Amiga.  The injunction shall remain in effect during the

3  pendency of this suit unless otherwise ordered by the Court.

4

5       Presented by:

6       s/ Lawrence R. Cock
        Lawrence R. Cock, WSBA No. 20326
7       lrc@cablelang.com
        Cable, Langenbach, Kinerk & Bauer, LLP
8       1000 Second Avenue
        Suite 3500
9       Seattle, WA  98104
        Telephone:  (206) 292-8800
10      Facsimile:  (206) 292-0494

11

12      Scott D. Baker (Pro Hac Vice application pending)
        sbaker@reedsmith.com
13      Morgan W. Tovey (Pro Hac Vice application pending)
        mtovey@reedsmith.com
14      Alison B. Riddell (Pro Hac Vice application pending)
        ariddell@reedsmith.com
15      Reed Smith LLP
        Two Embarcadero Center, Suite 2000
16      San Francisco, CA  94111-3922
        Telephone:  (415) 543-8700
17      Facsimile:  (415) 391-8269
        Attorneys for Plaintiff
18

19                    **IT IS SO ORDERED.**

20
        DATED this ___ day of April 2007
21

22      _____
        United State District Court Judge
23

24

25

26

27

28

[PROPOSED] ORDER - 4 -                          CABLE, LANGENBACH, KINERK & BAUER LLP
                                                1000 SECOND AVENUE BUILDING, SUITE 3500
CV07-0631-RSM                                   SEATTLE, WASHINGTON 98104-1048
                                                (206 292-8800