07-CV-00631-APPL

ATES DISTRICT COURT
STRICT OF WASHINGTON

...AVE TO APPEAR PRO HAC VICE

| AMIGA, INC., a Delaware corporation | Case Number: CV07-0631RSM |
|---|---|
| Plaintiff(s) | |
| v | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| HYPERION VOF, a Delaware corporation | |
| Defendant(s) | |

FILED LODGED — ENTERED RECEIVED
APR 26 2007
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, Alison B. Riddell hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of AMIGA, INC., a Delaware corporation.

The particular need for my appearance and participation is:

I am an associate with Reed Smith LLP, and Reed Smith is lead counsel for Amiga in this matter.

I, Alison B. Riddell, understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no pending disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

_____         4/24/07
Signature of Applicant                          Date

I have enclosed the required filing fee of $75.00

Receipt number (to be completed by the court): STA 8927

| Alison B. Riddell |
|---|

APPLICANT'S NAME:

| Reed Smith LLP |
|---|

APPLICANT'S FIRM:

| 2 Embarcadero Center, Suite 2000, San Francisco, CA 94111 |
|---|

APPLICANT'S ADDRESS (Street Address Room/Suite)

| (415) 543.8700 |
|---|

PHONE NUMBER (include area code)

## STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared, to handle this matter, including trial, in the event the applicant is unable to be present upon any date assigned by the court.

DATED this 25th day of April, 2007.

_____
Signature of Local Counsel

| Lawrence Cock | 20326 |
|---|---|

LOCAL COUNSEL NAME    WASHINGTON STATE BAR NUMBER

| Cable, Langenbach, Kinerk & Bauer, LLP |
|---|

LAW FIRM

| 1000 Second Avenue, Suite 3500, Seattle, WA  98104 |
|---|

APPLICANT'S ADDRESS (Street Address Room/Suite)

| (206) 292-8800 |
|---|

PHONE NUMBER (include area code)

## ORDER

IT IS ORDERED that the application of to appear and participate in this action is hereby approved.

DATED this day of ___April 26___, 20_07_.

BRUCE RIFKIN, CLERK
UNITED STATES DISTRICT COURT

BY: _____