07-CV-00631-APPL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| AMIGA, INC., a Delaware corporation | Case Number: CV-07-0631 RSM |
|---|---|
| Plaintiff(s) | |
| v | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| HYPERION VOF, a Delaware corporation | FILED LODGED ENTERED RECEIVED APR 26 2007 CLERK AT SEATTLE WESTERN U.S. DISTRICT COURT DISTRICT OF WASHINGTON DEPUTY |
| Defendant(s) | |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, **Morgan William Tovey** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of **AMIGA, INC., a Delaware corporation**.

The particular need for my appearance and participation is:

I am a partner with Reed Smith LLP and Reed Smith is lead counsel for Amiga in this matter.

I, **Morgan William Tovey**, understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no pending disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

_____       4·24·07
Signature of Applicant                  Date

**I have enclosed the required filing fee of $75.00**

Receipt number (to be completed by the court): _____ SEA 8927

Case 2:07-cv-00631-RSM    Document 9    Filed 04/30/2007    Page 2 of 3

| Morgan William Tovey |
|---|
| APPLICANT'S NAME: |

| Reed Smith LLP |
|---|
| APPLICANT'S FIRM: |

| 2 Embarcadero Center, Suite 2000, San Francisco, CA 94111 |
|---|
| APPLICANT'S ADDRESS (Street Address Room/Suite) |

| (415) 543.8700 |
|---|
| PHONE NUMBER (include area code) |

## STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared, to handle this matter, including trial, in the event the applicant is unable to be present upon any date assigned by the court.

DATED this 25TH day of April, 2007.

_____
Signature of Local Counsel

| Lawrence Cock | 20326 |
|---|---|
| LOCAL COUNSEL NAME | WASHINGTON STATE BAR NUMBER |

| Cable, Langenbach, Kinerk & Bauer, LLP |
|---|
| LAW FIRM |

| 1000 Second Avenue, Suite 3500, Seattle, WA 98104 |
|---|
| APPLICANT'S ADDRESS (Street Address Room/Suite) |

| (206) 292-8800 |
|---|
| PHONE NUMBER (include area code) |

## ORDER

IT IS ORDERED that the application of to appear and participate in this action is hereby approved.

DATED this day of _____April 26_____, 20_07_.

BRUCE RIFKIN, CLERK
UNITED STATES DISTRICT COURT

BY: _____