UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| AMIGA, INC., a Delaware corporation | Case Number: 07-0631 RSM |
|---|---|
| **Plaintiff(s)** | |
| v | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| HYPERION VOF, a Delaware corporation | |
| **Defendant(s)** | |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, Scott D. Baker hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of AMIGA, INC., a Delaware corporation.

The particular need for my appearance and participation is:

I am a partner with Reed Smith LLP, and Reed Smith is lead counsel for Amiga in this matter.

I, Scott D. Baker, understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no pending disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

_____          5/1/07
Signature of Applicant                 Date

07-CV-00631-APPL

he required filing fee of $75.00
mpleted by the court): SEA-9102

# ORIGINAL

Dockets.Justia.com

| Scott D. Baker |
|---|
| APPLICANT'S NAME: |

| Reed Smith LLP |
|---|
| APPLICANT'S FIRM: |

| 2 Embarcadero Center, Suite 2000, San Francisco, CA 94111 |
|---|
| APPLICANT'S ADDRESS (Street Address Room/Suite) |

| (415) 543.8700 |
|---|
| PHONE NUMBER (include area code) |

## STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared, to handle this matter, including trial, in the event the applicant is unable to be present upon any date assigned by the court.

DATED this __3d__ day of __May__, 20__07__.

_____
Signature of Local Counsel

| Lawrence Cock | 20326 |
|---|---|
| LOCAL COUNSEL NAME | WASHINGTON STATE BAR NUMBER |

| Cable, Langenbach, Kinerk & Bauer, LLP |
|---|
| LAW FIRM |

| 1000 Second Avenue, Suite 3500, Seattle, WA  98104 |
|---|
| APPLICANT'S ADDRESS (Street Address Room/Suite) |

| (206) 292-8800 |
|---|
| PHONE NUMBER (include area code) |

## ORDER

IT IS ORDERED that the application of to appear and participate in this action is hereby approved.

DATED this day of ___May 4___, 20_07_.

BRUCE RIFKIN, CLERK
UNITED STATES DISTRICT COURT

BY: _____