

1

2

3

4

5

6

7

8

9                         UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
10                                   AT SEATTLE

11   AMIGA, INC., a Delaware corporation,

12          Plaintiff,                              CAUSE NO. CV07-0631RSM

13   and                                           PROOF OF SERVICE

14   HYPERION VOF, a Belgium corporation,

15          Defendant.

16

17

18

19

20

21

22

23

24

25

26

27   PROOF OF SERVICE - 1                            CABLE, LANGENBACH,
     Case No. CV07-0631RSM                           KINERK & BAUER, LLP
                                                          SUITE 3500
                                                     1000 SECOND AVENUE
                                                          BUILDING
                                                   SEATTLE, WASHINGTON 98104-
                                                            1048
                                                       (206) 292-8800

Dockets.Justia.com



# Michel LEROY - Dominique LEROY - Marc VERJANS
## Thierry VAN DIEST - Guy VAN DER EECKEN
### HUISSIERS DE JUSTICE - GERECHTSDEURWAARDERS

Avenue de la Couronne - Kroonlaan 358    1050 Ixelles - Elsene
ING : 310-1211982-53 CBC : 191-9295441-91

---

Tel : 02/626.86.99
Fax : 02/626.86.88
E mail : citations@assoleroy.be

Etude ouverte/Kantoor open :
du lundi au vendredi /
van maandag tot vrijdag : de/van
09.00 H jusqu'à/tot 12.00 H

à toujours rappeler /
steeds te herhalen
Mme B.Dekeyser
Ref dossier :
+++095/0150/59290+++
Ref. Client :

Acte
A ENREGISTRER

TE REGISTREREN
Akte
O URGENT/Dringend
O IN DEBET

Voor ontvangst,

HANDLED BY : Ursula
DATE : 15/5 TIME : 11h15
DELIVERED TO : TB7 Km/WD
                        684-0002
CLIENT CODE : UL78

---

Referte klant
Referte te herhalen bij elk telefonisch contact : +++095/0150/59290+++

Dossier : A095015
Beheerder : Mme B.Dekeyser Tel : 02/626.86.99

## BETEKENING

Het jaar tweeduizend en zeven, op DERTIG APRIL

Ten verzoeke van :

AMIGA INC CORPORATION DELAWARE, VENNOOTSCHAP NAAR RECHT VAN DE VERENIGDE STATEN VAN AMERIKA , meer bepaald VAN DE STAAT WASHINGTON, met zetel van vennootschap te VSA- SNOQUALMIE WA 98065 VERENIGDE STATEN VAN AMERIKA, 34935 SE DOUGLAS STREET.
Hebbende als raadsman Meester BOSLY THIERRY ADVOCAAT met kantoren te BRUSSEL,WETSTRAAT 62.

Ik, ondergetekende,    ALAIN IDE, plaatsvervangend gerechtsdeurwaarder, hande-
lend in vervanging van PATRICK HENDRIX, gerechtsdeur-
waarder, met kantoor te Leuven, V. Decosterstraat 83.

Betekend en gelaten heb aan :

HYPERION VENNOOTSCHAP ONDER FIRMA , ingeschreven in de Kruispuntbank van ondernemingen onder nummer 0466 380 552, met zetel van de vennootschap te B-3000 LEUVEN, BROUWERSSTRAAT 1/19.
Alwaar zijnde en er sprekende tot :

en aangezien het exploot niet betekend is kunnen worden overeenkomstig de artikelen 33 tot 35 van het Gerechtelijk Wetboek, heb ik er op voormeld adres van de bestemmeling een afschrift van gelaten overeenkomstig artikel 38§1 van hoofdstuk Wetboek, om .... uur. 3.5., heb melding dat ik hem een ter post aangetekende brief zal toesturen om hem op de hoogte te brengen van de mogelijkheid van een eensluidend afschrift van dit exploot te komen afhalen op mijn kantoor

aldus verklaard, die mijn origineel niet tekent voor ontvangst van de kopij

Kopie van 13 documenten opgesteld in de Engelse taal bestaande uit :

1. een document " complaint for damages, specific performance and injunctive relief (jury trial demanded) " genaamd uitgaande van de "United States District Court Western District of Washington at seattle" dd. 26 april 2007 bestaande uit 23 blz.

2. verschillende documenten bestaande uit "exhibit A- tot G beginnende met "(OEM) LICENSE AND SOFTWARE DEVELOPMENT AGREEMENT" genaamd dd 3 november 2001" en volgende ... bestaande uit 51 blz.

3. een document "summons in a civil action" genaamd uitgaande van "United States District Court Western District of Washington" dd 26 april 2007 bestaande uit 2 blz.

4. een document "application for leave to appear pro hac vice" genaamd uitgaande van de "United States District Court Western District of Washington dd. 24/04/07 bestaande uit 3 blz.

5. een document "application for leave to appear pro hac vice" genaamd uitgaande van de "United States District Court Western district of Washington" dd. 24/04/07 bestaande uit 3 blz.

6. een document "declaration of BARRIE JON MOSS in support of plaintiff amiga, inc.'s Motion for preliminary injunction and motion for expedited discovery, cause n° CV07-0631-RSM" genaamd uitgaande van de "United States District Court Western District of Washington" dd. 27/04/07 bestaande uit 27 blz.

7. een document " amiga's notice of motion and motion for expedited discovery and memorandum of points and authorities" genaamd uitgaande van de "United States District Court Western District of Washington at Seattle" bestaande uit 12 blz.

8. een document "proposed order granting ex parte application for order granting expedited discovery case n° : CV07-0631" genaamd uitgaande van de "United States District Court Western District of Washington" bestaande uit 22 blz.

9. een document "declaration of MORGAN W. TOVEY in support of plaintiff amiga, inc.'s Ex parte application for order granting expedited discovery cause n° CV07-0631-RSM" bestaande uit 21 blz.

10. een document "Civil cover sheet" genaamd bestaande uit 2 blz.

11. een document "amiga's notice of motion and motion, memorandum of points and authorities in support of motion for preliminary injuction case n° CV 07-0631 –RSM" genaamd bestaande uit 28 blz.

12. een document "declaration of WILLIAM MCEWEN in support of plaintiff Amiga, INC'S motion for preliminary injuction and motion for expedited discovery case n° CV-07-0631·rsm" genaamd bestaande uit 65 blz.

13. een document "declaration of BARRIE JON MOSS in support of plaintiff Amiga, inc.'s motion for preliminary injuction and motion for expedited discovery" uitgaande van de "United States District court Western district of Washington at Seattle" bestaande uit 27 blz.

en waarvan kopie gehecht is aan onderhavig origineel.

Doende deze betekening voor zijn informatie, directie en te dien einde als naar recht.

En opdat de betekende partij er niet onwetend zou van zijn, heb ik haar (hen), zijnde en sprekende zoals hierboven, afschrift van onderhavig exploot gelaten, eventueel onder gesloten omslag, overeenkomstig de wet.

| | |
|---|---|
| vr3/4 | 81.39 |
| vac | 9.79 |
| rs | 11.44 |
| subtot | 102.62 |
| cfr | 1677.28 |
| tot | 1779.90 |

*handwritten:*
R 482
1784,72
REG 25,00
1809,72

WAARVAN AKTE. Kosten : 1.779,90 euro
te vermeerderen met de eventuele kosten van aangetekende zending(en), zijnde 4,82 Eur 4,82 eur per bestemmeling, in geval van afwezigheid. = 1784,72 +25 = 1809,72 €

| | |
|---|---|
| VR | 27,13 |
| RINL | 6,09 |
| UINL | 4,96 |
| FAXP | 8,90 |
| ROLG | 1 630,20 |
| | 1 677,28 |
| Totaal | 1 677,28 |

Geregistreerd te Leuven O.D.P.B.
de
− 2 MEI 2007
D/6f B. 53 V. 36 Nber BL VERZ.
Ontvangen: vijfentwintig euro
(25 EUR)
de Eerstaanwezend Inspecteur,

De Gerechtsdeurwaarder,
A. DUF

VR, DE EERSTAANWEZEND
INSPECTEUR BIJ BEL.
J. SOETEMANS

Ch. VANHEUKELEN
P. HENDRIX
F. DAVIDTS
Gerechtsdeurwaarders
V. Decosterstraat 83
**3000    LEUVEN**
TEL : 016/22.58.80
FAX : 016/20.76.18

FORTIS : 230-0049625-78
KBC : 431-0065341-30
ING : 330-0006676-37
IBAN NR : BE15 4310.0653.4130 BIC KRED BEBB

Leuven, op 02/05/2007

V.O.F.
HYPERION

Brouwersstraat nr 1 bus 19

3000 LEUVEN

**AANGETEKENDE ZENDING - AFSCHRIFT KANTOOR**

Zaak    : AMIGA INC CORPORATION
M/Ref   : V3394-07 / WW - Aard van het exploot : bet - 2189

Mevrouw, Mijnheer,

Ik heb de eer u te melden  dat ik mij op uw bovenstaande adres heb aangeboden, op 30/04/2007 om 17 uur 35 minuten. Ik heb er een afschrift van een exploot onder gesloten omslag achtergelaten.

Een eensluidend afschrift van dit exploot, gelijk aan het bij U neergelegde afschrift, ligt op mijn kantoor te uwer beschikking gedurende een termijn van drie maanden vanaf de betekening.  Dit afschrift kan afgehaald worden, hetzij persoonlijk, hetzij door een schriftelijk gevolgmachtigde, tijdens de kantooruren.

Hoogachtend,

C. VANHEUKELEN – P. HENDRIX- F. DAVIDTS

Belangrijk opmerkingen.
1) Indien U het afschrift van een exploot (betekening, dagvaarding, vaststelling verkoop enz ...) gevonden heb in uw brievenbus, gelieve dit schrijven ALS NIETIG te beschouwen.

2) Zo de geadresseerde dit eensluidend verklaard afschrift WENST op te halen, is het nodig dat hij huidig schrijven meebrengt, als ook zijn identiteitskaart of, wanneer het om een rechtspersoon gaat, de bewijsstukken betreffende de rechtspersoon .
Indien de geadresseerde een ander persoon (minstens 16 jaar oud) met de afhaling gelast moet deze meebrengen huidig schrijven, zijn indentiteitskaart en onderstaande volmacht, vooraf nauwkeuring ingevuld en ondertekend.

---

VOLMACHT

Voor ontvangst ,

Te ..../..../........

ik ondergetekende
geef bij deze volmacht aan :

Naam :
Voornaam :
Adres :

Indentiteitskaart
Nr

om het afschrift van voormeld exploot af te halen en voor ontvangst te tekenen.

Referta V3394-07 / WW  - **2189**

201

AFGIFTEBEWIJS VAN EEN AANGETEKENDE ZENDING

Niet uitreiking :
Vermeld uw naam en adres op de zending om te voorkomen dat ze, in geval van
niet-uitreiking, aan de dienst der onbestelbare stukken wordt overgezonden.

Navraag :
Dit bewijs moet voorgelegd worden in geval van klacht, vraag om bericht van
ontvangst (in binnenlandse dienst tot 6 maanden na de aangifte, in
buitenlandse dienst enkel bij de aangifte) enz.

Verlies :
De vergoeding toegekend in geval van verlies van een aangetekende zending
is forfaitair en betreft enkel het belang dat de afzender hecht aan de
afgifte van zijn zending.

GEADRESSEERDE: V.O.F. HYPERION


Brouwersstraat nr 1 bus 19
3000 LEUVEN

| Nummer : | Taks : 4.82 EUR |
|---|---|
| Aard    : BRIEF | |



Verrekening

€

01054128850045202t **200 045 810 289**

# GRAYDON                    Maatwerkrapport

Datum: 30/04/2007
Klantnummer: 24107
Betreft:
466380552
HYPERION V.O.F.
BROUWERSSTRAAT 1/19
3000 LEUVEN

## Officiële gegevens

| | |
|---|---|
| Ondernemingsnummer | 466.380.552 |
| Rechtspersonenregister | RPR LEUVEN |
| | Privaatrechtelijke vennootschap |
| BTW-plichtig | Ja |
| Rechtsvorm | Vennootschap onder firma |
| Telefoonnummer | 016/22.17.22 |

## Historiek

| Datum | BBS-nr | |
|---|---|---|
| 1/10/2003 | 20040623/92730 | Verplaatsing van zetel naar BROUWERSSTRAAT 1/19 - 3000 LEUVEN |
| | 20040623/92730 | Voorheen gevestigd te MECHELSESTRAAT 143 - 3000 LEUVEN |

### Volledige index van alle akten gepubliceerd in Bijlagen Belgisch Staatsblad

## Oprichting

| | |
|---|---|
| Oprichtingsdatum | 25-02-1999 |
| Oprichtingsakte | Verschenen in de Bijlage van het Belgisch Staatsblad onder nummer 19990710/318 |

### Oprichters

HERMANS BEN
MECHELSESTRAAT 141
3000 LEUVEN

| Andere mandaten | Functie |
|---|---|
| 461.938.744 LEGEND CONSULTING V.O.F. | Zaakvoerder |

Ontbonden op 18/11/2005
Einde mandaat van rechtswege

| 466.380.552 HYPERION V.O.F. | Zaakvoerder<br>Ontslag 1/10/2003 |
|---|---|

CARTON EVERT
WINDMOLENSTRAAT 10
3000 LEUVEN

(zie ook bedrijfsleiding)

# Bedrijfsleiding

## Zaakvoerder

CARTON EVERT
WINDMOLENSTRAAT 10
3000 LEUVEN

# Activiteit van de onderneming

| Bron | |
|---|---|
| BTW-registratie | |
| 72220 | Overige advisering in verband met programmatuur en levering van programmatuur |
| Bijlage Belgisch Staatsblad | |
| | Ontwikkeling van software. |
| Handelsregister | |
| 3/2000 | te LEUVEN<br>Adviesbureau in informatica |

# Financiële positie

| Bankrelatie | Dexia Bank België 068-2181375-66<br>ING België 330-0708525-91 |
|---|---|

# Betalingsgedrag

| Faillissement/gerechtelijk akkoord | Er werd geen registratie gevonden in het Belgische faillissementsregister |
|---|---|

| Protesten | Geen gereleveerd |
|---|---|

| | |
|---|---|
| **Dagvaarding RSZ** | Geen gereleveerd |
| **Dagvaarding(en) Fonds voor Bestaanszekerheid** | Geen gereleveerd sinds 3/1999 |
| **Dagvaarding(en) Sociaal Verzekeringsfonds voor Zelfstandigen** | Geen gereleveerd sinds 3/1999 |