UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMIGA, INC., a Delaware corporation,<br><br>              Plaintiffs,<br><br>v.<br><br>HYPERION VOF, a Belgium corporation,<br><br>              Defendant. | No. 07-0631-RSM<br><br>**NOTICE OF APPEARANCE** |

TO:        The Clerk of the above-entitled Court

AND TO:    Lawrence R. Cock, Esq., Cable, Langenbach, Kinerk & Bauer, LLP

PLEASE TAKE NOTICE that the appearance of defendant Hyperion VOF is hereby entered in the above-entitled action, without waiver of defendant's right to challenge lack of jurisdiction, insufficiency of process or insufficiency of service of process, through the

///

///

///

///

///

NOTICE OF APPEARANCE - 1

**LAW OFFICES OF**
**WILLIAM A. KINSEL, PLLC**
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

undersigned attorneys. Kindly serve all future pleadings or papers, except original process, upon said attorney at his below-stated address.

DATED this 8th day of May, 2007.

KINSEL LAW OFFICES, PLLC

By: /s/ William A. Kinsel
William A. Kinsel, WSBA #18077
Attorney for Defendant Hyperion VOF

William A. Kinsel, Esq.
Kinsel Law Offices
2025 First Avenue, Suite 440
Seattle, WA 98121
Phone: (206) 706-8148
Fax: (206) 374-3201
Email: wak@kinsellaw.com

500p.doc

NOTICE OF APPEARANCE - 2

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148