UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMIGA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HYPERION VOF, a Belgium corporation,<br><br>Defendant. | No. 07-0631-RSM<br><br>**SUPPLEMENTAL DECLARATION OF WILLIAM A KINSEL IN SUPPORT OF HYPERION'S OBJECTION TO AND MEMORANDUM IN OPPOSITION TO PLAINTIFF'S EX-PARTE MOTION FOR EXPEDITED DISCOVERY** |

WILLIAM A. KINSEL, under penalty of perjury, declares and states as follows:

1. I am the attorney for defendant Hyperion VOF in this matter and am competent to testify.

2. After filing my original declaration in this matter on May 8, 2007, I realized that I had mistakenly written that Dutch, French and German are the official languages of Denmark. I meant to say that they are the official languages of Belgium, as is reflected on Exhibit A hereto, which is a true and accurate copy of a page from a BBC Education website.

SUPPLEMENTAL DECLARATION OF WILLIAM A. KINSEL - 1

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

3. Because Belgium is the domicile of Hyperion, that is the relevant country for purposes of service of process under the Hague Convention.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.**

May 9, 2007
Date

*/s/ William A. Kinsel*
WILLIAM A. KINSEL

Seattle, Washington
Place

503p.doc

SUPPLEMENTAL DECLARATION OF WILLIAM A. KINSEL - 2

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148



Home　TV　Radio　Talk　Where I Live　A-Z Index

9 May 2007
Accessibility help
Text only



BBC Homepage
Languages

»**European
Languages**
　Languages
　Countries
　Family Tree
　Definitions
　Sources
　Credits

Contact Us

Like this page?
Send it to a friend!

**Belgium**

Official Languages: French, Dutch and German. Wallon, the local variant of French, is used by 33% of population. Flemish, the local variant of Dutch, is used by more than 60% of the population, and is spoken in the northern part of the country. The languages learned at school are officially labelled French and Dutch. German, spoken by 1% of population can be found in the cantons in the east of the Wallon region. Brussels, the capital of Belgium, has two official languages: French and Dutch.
Luxembourgish is spoken by around 0.5% of the population, but the language has no official status.
About 10% of the Belgian population are non-native, and languages spoken include Italian, ⟨
Greek, Arabic and Turkish.



BBC News Online country profile

 **Countries**　　　 **Languages**

About the BBC | Help | Terms of Use | Privacy & Cookies Policy

**EXHIBIT A**