UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

AMIGA, INC., a Delaware corporation,

          Plaintiffs,

v.

HYPERION VOF, a Belgium corporation,

          Defendant.

No. 07-0631-RSM

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2007, I presented the following document:

1. Supplemental Declaration of William A. Kinsel in Support of Hyperion's Objection to and Memorandum in Opposition to Plaintiff's Ex-Parte Motion for Expedited Discovery

to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following persons:

| | |
|---|---|
| Lawrence R. Cock, Esq. | Scott D. Baker, Esq. |
| Cable, Langenbach, Kinerk & Bauer, LLP | Reed Smith LLP |
| 100 Second Avenue, Suite 3500 | Two Embarcadero Center, Suite 2000 |
| Seattle, WA 98104 | San Francisco, CA 94111-3922 |
| Fax: (206) 292-0494 | Fax: (415) 543-8700 |

and I hereby certify that I have mailed by United States Postal Service and sent via facsimile the document to the following CM/ECF participants:

CERTIFICATE OF SERVICE - 1

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

| | | |
|---|---|---|
| 1 | Lawrence R. Cock, Esq. | Scott D. Baker, Esq. |
| 2 | Cable, Langenbach, Kinerk & Bauer, LLP<br>100 Second Avenue, Suite 3500 | Reed Smith LLP<br>Two Embarcadero Center, Suite 2000 |
| 3 | Seattle, WA 98104<br>    Fax: (206) 292-0494 | San Francisco, CA 94111-3922<br>    Fax: (415) 543-8700 |

4  DATED this 9th day of May, 2007.

KINSEL LAW OFFICES

By: /s/ William A. Kinsel
William A. Kinsel, WSBA #18077
Attorneys for Defendant Hyperion VOF

William A. Kinsel, Esq.
Kinsel Law Offices
2025 First Avenue, Suite 440
Seattle, WA 98121
Phone: (206) 706-8148
Fax:    (206) 374-3201
Email:  wak@kinsellaw.com

cos.doc

CERTIFICATE OF SERVICE - 2

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148