UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| AMIGA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HYPERION VOF, a Belgium corporation,<br><br>Defendant. | CAUSE NO.: CV07-0631-RSM<br><br>**DECLARATION OF BARRIE JON MOSS IN SUPPORT OF PLAINTIFF AMIGA, INC.'S REPLY TO HYPERION'S OBJECTION TO AND MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY**<br><br>**NOTE ON MOTION CALENDAR: MAY 11, 2007**<br><br>**COURT: HON. RICARDO MARTINEZ** |

MOSS DECLARATION
CASE NO. CV07-0631-RSM

CABLE, LANGENBACH, KINERK & BAUER LLP
1000 SECOND AVENUE BUILDING, SUITE 3500
SEATTLE, WASHINGTON 98104-1048  (206) 292-8800

Dockets.Justia.com

I, Barrie Jon Moss, declare:

1. I am the former Chief Technology Officer ("CTO") for Amiga, Inc ("Amiga"). I am currently engaged as a technical consultant to Amiga, namely because Amiga does not have a corporate presence in the United Kingdom, where I reside. I began working for Amiga in 1998 when the company was owned by Gateway 2000. I left the company for a brief period in 1999 but came back in January 2000. I currently own stock in Amiga.

2. I have personal knowledge of the matters stated in this Declaration, and, if called as a witness could competently testify to them.

3. In my capacity as CTO for, and on behalf of, Amiga, I, with the help of other senior Amiga employees, negotiated and executed the (OEM) License and Software Development Agreement, dated November 3, 2001 (the "Agreement") at dispute in this case, with Hyperion VOF ("Hyperion") and Eyetech Ltd. ("Eyetech").

4. All communications between the parties to the Agreement concerning negotiations over the terms of the Agreement were conducted in English. This includes both oral and written communications.

5. The Agreement itself was executed in English.

6. At the time of negotiations over the Agreement, Ben Hermans was a principal and managing partner of Hyperion. Mr. Hermans was my primary contact with respect to negotiations over the terms of the Agreement, and all communications that I had with him, both written and oral, were in English. The Agreement was entered into by Hyperion by Mr. Hermans's.

7. I am informed and believe that Mr. Hermans left Hyperion to enter a private law practice and has represented Hyperion in responding to Amiga's notices of breach and termination.

MOSS DECLARATION - 1
CASE NO. CV07-0631-RSM

CABLE, LANGENBACH, KINERK & BAUER LLP
1000 SECOND AVENUE BUILDING, SUITE 3500
SEATTLE, WASHINGTON 98104-1048  (206) 292-8800

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true.
3  DATED: 10 May 2007
4
5
6  Barrie Jon Moss
7

MOSS DECLARATION - 2
CASE NO. CV07-0631-RSM

CABLE, LANGENBACH, KINERK & BAUER LLP
1000 SECOND AVENUE BUILDING, SUITE 3500
SEATTLE, WASHINGTON 98104-1048  (206) 292-8800

## CERTIFICATE OF SERVICE

    I hereby certify that on May 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William A. Kinsel
Law Offices of William A. Kinsel, PLLC
Market Place Tower
2025 First Avenue, Suite 440
Seattle, WA 98121

/s/
Lawrence R. Cock, WSBA No. 20326
Attorney for Plaintiff
CABLE, LANGENBACH, KINERK & BAUER, LLP
Suite 3500, 1000 Second Avenue Building
Seattle, Washington 98104-1048
(206) 292-8800 phone
(206) 292-0494 facsimile
lrc@cablelang.com

MOSS DECLARATION - 3
CASE NO. CV07-0631-RSM

CABLE, LANGENBACH, KINERK & BAUER LLP
1000 SECOND AVENUE BUILDING, SUITE 3500
SEATTLE, WASHINGTON 98104-1048 (206) 292-8800