UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

AMIGA, INC., a Delaware corporation,

    Plaintiffs,

v.

HYPERION VOF, a Belgium corporation,

    Defendant.

No. 07-0631-RSM

**NOTICE OF UNAVAILABILITY**

Notice is hereby given that the undersigned counsel will be out of the office and unavailable from Monday, July 2 through Friday, July 6, 2007. Accordingly, all parties are requested to not schedule any depositions, to note for hearing any motions, or to file any motions that would require an appearance or a response from plaintiffs' counsel during the above-referenced period.

DATED this 12 day of May, 2007.

KINSEL LAW OFFICES, PLLC

By: /s/ William A. Kinsel
William A. Kinsel, WSBA #18077
Attorney for Defendant Hyperion VOF

NOTICE OF UNAVAILABILITY - 1

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

1
2
3
4
5
6   507p.doc
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

William A. Kinsel, Esq.
Kinsel Law Offices
2025 First Avenue, Suite 440
Seattle, WA 98121
Phone: (206) 706-8148
Fax:    (206) 374-3201
Email: wak@kinsellaw.com

NOTICE OF UNAVAILABILITY - 2

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148