UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

AMIGA, INC., a Delaware corporation,

                Plaintiffs,

v.

HYPERION VOF, a Belgian corporation,

                Defendant.

No. 07-0631-RSM

**SECOND DECLARATION OF EVERT CARTON REGARDING STATUS QUO ANTE LITEM**

Evert Carton, under penalty of perjury, declares and states as follows:

1.    I am Managing Partner of Hyperion VOF, a software company located in Belgium. I currently reside in Belgium. I am Belgian and a US citizen. I am over the age of 18, I have personal knowledge of the matters stated herein and I am competent to testify.

2.    AmigaOS 4.0, according to the specifications, design goals and task list put forward in Annex I of the original agreement, was finalized by 27 December 2004. Please see Exhibit 11 to my first declaration for the official notice of that release.

3.    Pursuant to the self-executing terms of article 3.01 of the November 2001 agreement, Amiga Washington or its valid, approved legal successors, if any, had to complete payment of $25,000 by June 27, 2005. If that was not done, "all ownership and title in the enhancements of and additions to the Software effected by Hyperion and its subcontractors

SECOND DECLARATION OF EVERT CARTON - 1
Cause No: 07-0631-RSM

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

pursuant to this Agreement, shall rest with Hyperion." As I testified in my first declaration, this payment was not made.

4. Another self-executing provision of the 2001 Agreement is Article 2.08. It states in relevant part that if "Amiga decides to halt development of the Classic Amiga OS for the Target Hardware, the Amiga One Partners are granted an exclusive, perpetual, worldwide right and license to develop, use, modify and market the Software and OS 4 under the "Amiga OS" trademark and at their sole expense." Under that provision, Amiga was deemed to have halted development if it failed to release within six months of completion of OS 4.0 a substantially new version of the Classic Amiga OS for the Target Hardware. This provision went into effect on June 27, 2005, as Amiga did not release a substantially new version of Classic Amiga OS.

5. Putting aside for the moment the question of Amiga Washington's insolvency and the proper or improper transfer of its interests under the contract, the pending controversy had its origins in a September 22, 2005 request I received from Mr. Bill McEwen for the source code. If I understand the legal concept of "status quo ante litem" properly, Amiga Delaware's requested preliminary injunction is improper because the self-executing provisions of the November 3, 2001 contract had already vested in Hyperion an exclusive, perpetual, worldwide right and license in the Software and OS 4 before this dispute began.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON AND BELGIUM THAT THE FOREGOING IS TRUE AND CORRECT.**

_May 20th 2007_
Date

_[signature]_
Evert Carton

_Antwerpen, Belgium_
Place

511p.doc

SECOND DECLARATION OF EVERT CARTON - 2
Cause No: 07-0631-RSM

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148