1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8
9
10  AMIGA, INC., a Delaware corporation,

No. 07-0631-RSM

11                              Plaintiffs,

**HYPERION'S INDEX OF
DECLARATION EXHIBITS**

12        v.

13  HYPERION VOF, a Belgium corporation,

14                              Defendant.

15

16    COMES NOW defendant Hyperion VOF and, for the convenience of the Court and

17  the parties, provides the following index to the exhibits attached to the various declarations

18  filed in support of defendant's opposition to Amiga Delaware's motion for preliminary

19  injunction.

20  **1.    DECLARATION OF EVERT CARTON IN OPPOSITION TO AMIGA
         DELAWARE'S MOTION FOR PRELIMINARY INJUNCTION**
21

Exhibit #                          Exhibit Description

22

 1    Example of one of the Haage & Partner agreements with independent
23       subcontractors.

24   2    3 November 2001 agreement between Amiga Washington and Amiga One
        Partners
25

 3    Haage & Partner contract with independent subcontractors for the development of
26

**HYPERION'S INDEX OF
DECLARATION EXHIBITS** - 1

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

|   |   |   |
|---|---|---|
| 1 |   | Amiga OS 3.9 |
| 2 | 4 | Contract between Hyperion and Mr. Olaf Barthel to gain full access to the reworked Amiga OS 3.1 source-code |
| 3 | 5 | Mai Logic and Eyetech press-release of 9 July of 2002 |
| 4 | 6 | Amiga's Press Release endorsing the Mai Logic and Eyetech transaction. |
| 5 | 7 | Copy of a portion of Amiga's website. |
| 6 | 8 | May 2004 Notice of Hyperion's release of the first version of Amiga OS 4.0. |
| 7 | 9 | October 10, 2004 Notice of Hyperion's release of the first update to Amiga OS 4.0. |
| 8 | 10 | Ars Technica review of the first update of Amiga OS 4.0 on 17 January 2005 |
| 9 | 11 | December 27 2004 Notice of Hyperion's release of the second update to Amiga OS 4.0 |
| 10 | 12 | 26 May 2004 KMOS/Amiga agreement with Hyperion to produce a demonstration version of Amiga OS 4.0 for the PDA reference design from IBM, the Arctic ("Agreement for the provision of software development services.") |
| 11 | 13 | Hyperion's invoice issued to Itec LLC. |
| 12 | 14 | Amiga's outstanding invoice with Hyperion for USD 5000 dated 31 May 2001 and relating to 3D work carried out by Hyperion for the AmigaDE software. |
| 13 | 15 | E-mail from Amiga's CTO Barry Jon Moss aka "Fleecy" acknowledging the outstanding USD 5000 invoice dated 31 May 2001. |
| 14 | 16 | 24 April 2003 agreement between Hyperion and Itec, LLC, regarding the transfer of the 3 November 2001 contract |
| 15 | 17 | An example of one of Hyperion's contracts with its subcontractors regarding the development of AmigaOS 4.0. |
| 16 | 18 | An example of one of Hyperion's dozens of agreements with third party contributors to Amiga OS 3.5 and 3.9, which Hyperion had to enter into to obtain their source-code because Amiga breached its contractual warranty of ownership. |
| 17 | 19 | E--mail by Barry Moss, CTO of Amiga, dated 25 November of 2001, acknowledging that compensation was offered by Amiga to Mr. Barthel for the rework of the Amiga OS 3.1 source-code |

**HYPERION'S INDEX OF DECLARATION EXHIBITS** - 2

LAW OFFICES OF
**WILLIAM A. KINSEL, PLLC**
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

**2.    DECLARATION OF THOMAS FRIEDEN IN OPPOSITION TO AMIGA DELAWARE'S MOTION FOR PRELIMINARY INJUNCTION**

| Exhibit # | Exhibit Description |
|---|---|
| A | January 3, 2002 Software Development & License Agreement between Thomas Frieden, Hans-Joerg Frieden and Hyperion Entertainment VOF. |
| B | Amiga "Executive Update" from November 2000. |
| C | February 16, 2007 e-mail from Bill McEwen to Thomas Frieden and Hans Joerg Frieden. |
| D | June 23, 2004 e-mail from "Fleecy" Moss to Thomas Frieden and Hans Joerg Frieden. |

**3.    DECLARATION OF HANS-JÖRG FRIEDEN IN OPPOSITION TO AMIGA DELAWARE'S MOTION FOR PRELIMINARY INJUNCTION**

| Exhibit # | Exhibit Description |
|---|---|
| A | January 3, 2002 Software Development & License Agreement between Thomas Frieden, Hans-Joerg Frieden and Hyperion Entertainment VOF. |
| B | June 3, 2000 Press Release from Bill McEwen. |
| C | February 16, 2007 e-mail from Bill McEwen to Thomas Frieden and Hans Joerg Frieden. |

**4.    SECOND DECLARATION OF HANS-JÖRG FRIEDEN IN OPPOSITION TO AMIGA DELAWARE'S MOTION FOR PRELIMINARY INJUNCTION**

| Exhibit # | Exhibit Description |
|---|---|
| A | 3 November 2001 agreement between Amiga Washington and Amiga One Partners |
| B | Ars Technica review of the first update of Amiga OS 4.0 on 17 January 2005 |
| C | February 16, 2007 e-mail from Bill McEwen to Thomas Frieden and Hans Joerg Frieden. |

**HYPERION'S INDEX OF DECLARATION EXHIBITS** - 3

LAW OFFICES OF
**WILLIAM A. KINSEL, PLLC**
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

5. **DECLARATION OF WILLIAM A. KINSEL IN OPPOSITION TO AMIGA DELAWARE'S MOTION FOR PRELIMINARY INJUNCTION**

| Exhibit # | Exhibit Description |
|---|---|
| A | Declaration of Richard Hughes In Support of Plaintiffs' Motion for Sanctions in a matter titled <u>Thendic Electronics Components and Genesi Sarl v. Amiga Inc., a Washington Corp.</u>, which was pending before Judge Robert Lasnik in the Western District of Washington under Cause Number 03-00003, along with the copies of the deposition of Mr. Bill McEwen, which were attached to that declaration as Exhibit 3 |
| B | Declaration of Peck, along with its referenced exhibit, which were filed in the same action pending before Judge Lasnik as is referenced in Exhibit A above. |
| C | Washington Secretary of State Registration Data Search on Amiga, Inc., a Washington corporation. |

DATED this 22nd day of May, 2007.

KINSEL LAW OFFICES, PLLC

By: /s/ William A. Kinsel
William A. Kinsel, WSBA #18077
Attorney for Defendant Hyperion VOF

William A. Kinsel, Esq.
Kinsel Law Offices
2025 First Avenue, Suite 440
Seattle, WA 98121
Phone: (206) 706-8148
Fax:    (206) 374-3201
Email: wak@kinsellaw.com

512p.doc

HYPERION'S INDEX OF
DECLARATION EXHIBITS - 4

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148