# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

AMIGA, INC., a Delaware corporation,

                Plaintiffs,

   v.

HYPERION VOF, a Belgium corporation,

                Defendant.

No. 07-0631-RSM

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2007, I presented the following documents:

1. Hyperion's Memorandum in Opposition to Amiga Delaware's Motion for Preliminary Injunction;

2. Declaration of Evert Carton in Opposition to Amiga Delaware's Motion for Preliminary Injunction;

3. Second Declaration of Evert Carton Regarding Status Quo Ante Litem;

4. Declaration of Thomas Frieden in Opposition to Amiga Delaware's Motion for Preliminary Injunction;

5. Declaration of Hans-Jorg Frieden in Opposition to Amiga Delaware's Motion for Preliminary Injunction; and

6. Declaration of William A. Kinsel.

And that on May 22, 2007, I presented the following document:

CERTIFICATE OF SERVICE - 1

LAW OFFICES OF
**WILLIAM A. KINSEL, PLLC**
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

Dockets.Justia.com

1  7. Hyperion's Index of Exhibits to Declarations

to the Clerk of the Court for filing and uploading to the CM/ECF system which will

send notification of such filing to the following persons:

| | |
|---|---|
| Lawrence R. Cock, Esq. | Scott D. Baker, Esq. |
| Cable, Langenbach, Kinerk & Bauer, LLP | Reed Smith LLP |
| 100 Second Avenue, Suite 3500 | Two Embarcadero Center, Suite 2000 |
| Seattle, WA  98104 | San Francisco, CA  94111-3922 |

and I hereby certify that I caused to be hand delivered on May 21, 2007 via legal

messenger copies of documents 1 through 6 documents to the following CM/ECF

participant:

Lawrence R. Cock, Esq.
Cable, Langenbach, Kinerk & Bauer, LLP
100 Second Avenue, Suite 3500
Seattle, WA  98104

DATED this 22nd day of May, 2007.

KINSEL LAW OFFICES

By:     s/William A. Kinsel
William A. Kinsel, WSBA #18077
Attorneys for Defendant Hyperion VOF

William A. Kinsel, Esq.
Kinsel Law Offices
2025 First Avenue, Suite 440
Seattle, WA  98121
Phone:  (206) 706-8148
Fax:     (206) 374-3201
Email:  wak@kinsellaw.com

cos.doc

CERTIFICATE OF SERVICE - 2

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148