# EXHIBIT A

 **Hyperion signs deal with Monolith for Amiga and Mac versions of "Shogo: Mobile Armor Division".**

Hyperion is pleased to announce that it has acquired the rights from Monolith to port "Shogo", the highly acclaimed PC game, to the Amiga and Mac.

Shogo is a high-end 3D shooter with anime/manga (Japanese cartoons) elements and is based on the LithTechTM engine developed by Monolith.

As part of the deal with Monolith, Hyperion will port the LithTechTM engine, which is the most advanced 3D game engine around, to the Amiga for future licensing by Monolith.

Shogo will require a PPC equipped Amiga (WarpOS) and will take full advantage of 3D accelerators through Warp3D. No release date has been set yet but it is likely this will be 3rd quarter of 1999.

The Hyperion team consists of Thomas and Hans-Joerg Frieden (Warp 3D co-authors), Christian Sauer who was involved with various projects like "Descent", and others.

Hyperion is a newly founded Belgian-German software company dedicated to bringing high-end PC titles to PPC equipped Amigas.

# EXHIBIT B

'<b>AMIGA 2001: Gleanings by amiga-news.de</b> (Update III)



amiga·news

... and more

HANDMADE TRANSLATIONS

SEARCH

| News |

| Google |

| ALD - Amiga Link Directory | | Bulletin-Board | | Comments | | ANF - Add News Feed! |
| Chat | | Glossar | | Newsticker | | Sub Pages |

[Login] [Register] [Forgot your password?]

< Next message                                    Prior message >

19.Nov.2001
Petra Struck

**AMIGA 2001: Gleanings by amiga-news.de** (Update III)
p>The show AMIGA 2001, which took place on 17th and 18th November 2001, was organized by Falke Media and was held at the Mediapark 6 in Cologne, Germany, on about 718 sq.yd. exhibition space. By our count there were about 1,000 visitors on the show, consuetudinary most of them came on Saturday.





**bplan GmbH - Pegasos-System**
Very much interesting was the first official presentation of the run capable Pegasos machine by the bplan GmbH, utilizing the operating system MorphOS. Gerald Carda presented a test program to us which displayed plasma effects. Unaccelerated (about the speed of 68050/50) this program generates 4 pictures per second (FPS). The same program compiled for MorhpOS generates 192 FPS.

Thomas Knäbel and Gerald Carda told us about a number of between 100 and 200 developer systems to be available from early January 2002. Interested developers might register using a registration page at bplan, before long. If there will be more registrations than boards available, it will be selected by progam priority. The developers should send bug reports, if there will occur problems.

Machines for end-users will follow about 8 - 12 weeks later. Those machines will cost about 1,000 Euro and are planned to be delivered with the following equipment:

- 8 MB AGP graphic board
- 128 MB RAM
- DVD Drive
- 20 GB HD
- Mouse and Keyboard

The interesting point of MorhpOS for sure is, that existing PPC programs can be started directly on this system. Companies like Titan-Computer and Epic interactive will extensively adapt their programs to this system.

### Haage&Partner - Amiga OS XL

Amiga OS XL, the new super-fast Amiga emulators for x86 machines were presented on three different computers at Haage&Partner. The speed is impressing and faszinating at the same time.



Amiga OS XL consists of two emulator systems: AMIthlon and Amiga XL for QNX in a bundle. The emulators are similar to each other in many parts, but there are basic differences, too. With this prevalent Amiga 68k applications run 10 - 20 times faster on current PC hardware than on a convetional 68060 systems. This tremendous speed is achieved by a modified and accelerated emulator. With it one gets versions of PageStream, ImageFX, ArtEffect, Cinema4D, Real3D, and any other program fast like turbo.

Haage&Partner's highlight is a x86 machine built into a luxury computer case of noble

design and with Amiga OS XL installed. The body of the computer was made of aluminium, the front side is of azure plastic.

While talking to H&P they appeared to be surprised by the allmost all-time positive visitors' response and amazed at the still great demand for information, though there have been many press releases before. Sales could have been better, but satisfied.



**Hyperion - AmigaOS 4.0 for PPC**
Without doubt the most interesting thing on the second day of the show was our talk to Ben Hermans, Thomas and Hans-Jörg Frieden of Hyperion Entertainment about AmigaOS 4.0 for PPC. It was determined and safe by contract that Hyperion will develop AmigaOS 4.0 for PPC. Aspired term of completion of an initial distributing version is February 2002. This distributing version still will have parts of 68k code, which will be handed in later by BoingBag updates when finished.

Hyperion will work together with bplan to make the AmigaOS 4.0 PPC running on the Pegasos machine. Hyperion additionally talked to many other hardware and software developers to make their products compatible, too. This gave a very positive sign, because after a long period of time a joint line and goal is being followed, again.

**Titan Computer** - Update 20. November.2001

Highlight at the booth of Titan Computer was a video cut software "Motion Studio" for MorphOS capable of reading DV format. The development of the software is expected to be released along with the Pegasos board by bplan. It was presented with a beamer what the video cut software already can do. Unfortunately it is not possible to port the software to AmigaOS, due to firwire being required.

More applications under development:

The office package "Papyrus" was finished at 90% for MorphOS and is to be ported to the AmigaOS 4.0 later on. Candy Factory II, software to create vidoe titles, logos, and web images for MophOS. The created pictures can be imported by MotionStudio using an interface.
A MorphOS version of Burn-IT Pro (DVD burning software) was presented. Said to be finished until April 2002.

Games under development:

Beside of the above mentioned applications Titan Computer is developing two new games, too. "Rage Hard" is a 3D multiplayer shooter similar to Counterstrike. This game is being developed for MorphOS and the new Amigas. "Alien Nations" is another game for MorphOS and AmigaOS (PPC) under development, a build-up strategy game similar to Settlers.

Titan Comuter will port their current software product line to MorphOS, as much titles as possible.

### DCE - G-REX

Thomas Dellert and Michael Göken of DCE presented the PCI busboard G-Rex working in an A4000 with Cyberstrom 604/68060 and AmigaOS 3.9 as well as WarpUP.



An USB card for mouse and keyboard, a Voodoo graphic board (3/3000), a WIN-TV card with radio tuner, and a sound card (Terratec 512i) were working on the PCI board. There are many good reasons for this solution: Graphic speed, wheel mouse and multimedia keyboard, support of the USB card, 100 MBit network card can be connected; all in all it became

possible to use cheap generic
PC hardware by the PCI
busboard G-Rex. The board is
being offerd for A4000D/T
and A1200.



**Elbox - Mediator**
Elbox presented their
Mediator system. The
following models were shown:

- Mediator PCI ZIV
- Mediator PCI 1200
- Mediator PCI 4000
- Shark PPC G3/G4

Again the reasons mentioned
regarding DCE match here.
With help of a PCI busboard it
is possible to use cheap PCI
hardware for various
purposes.

**Other Hardware-Products**

Jens Schönfeld of Individual Computers showed us a pre-run
model of the interface card VarioIO, which will be available
before Christmas, already.

Basing on a Logitech 2 button mouse Schönfeld developed a
real Amiga / Atari mouse. Also this production will start next
days.

Thorsten Hansen of Kato Development showed us the
prototype of the Melody successor. This card will have the
functions of the Melody card plus the following specialities:

- MP3 audio not only can
  be decoded in real-time,
  but also encoded.
- Analog mixer function.
- Digital in/out (optical /
  coaxial)



Michael Böhmer showed his
USB controller Subway with
which you can connect
prevalent USB devices to the
clock port of the A1200. Up to
four devices can be use

without an additional USB hub. VMC started to develop drivers, already. Currently drivers for mouse and keyboard are available. Drivers for printers, digital cameras, and scanners are scheduled.

**Other Software-Products**



**Amiga Forever 5.0**
Michael Battilana of Cloanto presented the new Amiga Forever 5.0. Amiga Forever is about an official licensed Amiga emulator package for Windows and other platforms. Just put the CD into the drive, click on the icon and it runs. Eight different emulation programs, all of the required Kickstart ROMs, Workbenchs, licenses, as well as an all-around package with useful Amiga sofware are included. Due to the implemented JIT compiler (just-in-time) version 5.0 is about 30 time faster than Amiga Forever 4. The emulator comes on a CD containing the famous video "The Deathbed Vigil" (1 h, 59 min.) and the video "Jay Miner Speech" (49 min.). But Amiga Forever 5.0 is available for download as online version, too.

**epic interactive - THE FEEBLE FILES**
epic announce THE FEEBLE FILES for the Amiga. This game is about a cartoon adventure. Beside of the MorphOS port there also will be an AmigaOS verison. The Amiga version will be available as entirely localized versions in Engish and German (voice output). An Amiga with 4 MB graphic board, 68060 or PPC, and at least 32 MB RAM is required.
Development of the Amiga version already started and epic hopes to be able to deliver the finished product already before Christmas 2001.

**Descent:Freespace**

**Hyperion** showed the new game Descent-Freespace. This game is about a space shooter. The Amiga port of Freespace was finished at 99% and will be available as 68k (with 3D hardware only) and PPC version from H&P, soon. Those who ordered the game on the show got a free demo CD for testing at home, already.



**Project Crashsite**
Markus Pohlmann (program) and Denis Comtesse (music) are busy developing the science fiction role game Project Crashsite. The place of action in this game is a colonialized second system consiting of two moons. The player takes the part of the "Future Security Corps" which is the system's police.

The game's goal is to stabilize the unstable situation of this system. This is not easy to achieve, due to a big conspiracy defering the relation of potency. The player is sent into the game almost without any background information about the conspiracy to make him choose "pal and enemy" himself, because depending on his choice the game becomes easier or more difficult.

Currently four people are working on this game, thus it is not possible to announce some date of comlpetion at the time being.

**PuzzleBOBS**
In cooperation with Emanuele Cesaroni of Nexus Development the Amiga Arena and Fun Time World present the game in partnership. PuzzleBOBS is about a "Bust´n Move" clone. From now on a demo version is available on http://www.funtime-world.de/puzzle.html or from the support page at the Amiga Arena.

Technical backgrounds:



- PuzzleBOBS is completely configurable.
- Screenmode (AGA / OCS / ECS / Picasso96 or CyberGraphX compatible graphic boards).
- Bitplanes: up to 16- and 24Bit screens.
- Playable in three languages (German, Italian, English)
- Playable from HD, full or partly installation (min. 14 MB)
- Written in 100% assembler
- Import of own levels and sounds.

Backgrounds, bubbles, object speed, music and sound effects, explosion style, and masses of other little things, as well, can be configured to match your own personal desire.
The game was programmed to allow different bubbles to have different characteristics. There are bubbles that bounce back form walls, which of course simplifies severity. The game runs in full multitasking on it's own screen or in a window on the Workbench.

When the game's window becomes inactive the game automatically turns to sleep mode, which is a special feature to let you continue your work on the Workbench. In sleep mode even every audio channel and colour palette get's released.

**Miscellaneous**

**GGS Data - Amiga Show**
Gunne Steen of the Swedish vendor GGS Data informed us about an Amiga show in Göteborg, Sweden, planned to take place on 2. March 2002 (maybe also on 3. March 2002). The respective website will be online in about seven days. Comanies and user groups are heartily invited to attend the show as exhibitors.

**Psyria - Music**
Dennis Lohr gave us a CD on the show on which he eternalized his trance song for amiga-news.de. This song also is available for download: Amiga News Theme (ca. 7 MB). Again thank you very much to Dennis for taking the trouble to create this song. This realy is a privilege to us!

Orca 2007-cc-00631-RSM   Document B4 (2) Filed 05/25/2007



**Annex - Music**
Daniel Schulz of Annex assured us
that the music group, known by
several Amiga songs, still is alive.
Meantime many new pices of music
were recored, extracts can be
downloaded as MP3.

Still the vocals are missing, because
the band still is searching for a
female singer. She should have been
singing in a band before, come from
the dance/trance field, and live in the
Rhein-Main area (Germany).
Interessted singers might contact
Daniel Schulz (include a demo if
possible). Two maxi-singles with
three songs on each and maybe a
long-player with all songs are
planned.

**Virtual Dimension**
The crew of Virtual Dimension did many interviews and took
many pictures for their show video. The video is estimated to
be published before Christmas.
Furthermore Virtual Dimension introduced the round and text
basing space game StarEmpire II by Christian Becker . Up to
32 players are possible.

**Airbrush Paradise Tingler**
Rolf Tingler prettified diverse things with different motives. Of
course mainly motives with BoingBalls were desired. Starting
from cell phones thru Swiss pocket knives everything got
"boinged" with airbrush technic.

**Upshot:**

Interesting hard- and software solutions were presented.
There was good mood on the show and intensive discussing
everywhere. However, it is to be said that in spite of all those
innovations and in spite of the positive signs some certain
questions were left without an answer, cause neither Amiga
Inc. nor Eytech or Escena attended the show. Thats where
descriptions regarding the plans of Amiga Inc. for the
AmigaOne are required.

Finally one discerning word regarding the organization. The
corridors along the "focal points" on the upper floor were way
to narrow. Occasionally there were such big crowd that it was
hard to get to the booths.

Christoph Dietz, Petra Struck as well as Meike Hilke (photos)
were on the show for amiga-news.de.

**Update II: 20. November .2001**
**Link list for pictures and reports regarding the AMIGA 2001 show:**

25.11.2001: Sebastien Jeudy Pictures
20.11.2001: Virtual Dimension Pictures (German subtitles)
20.11.2001: Virtual Dimension Pictures (English subtitles)
20.11.2001: Stefan Robl 3SatAmiga2001.mpg (German TV broadcast, 50 MB)
20.11.2001: Amiga Page neues5.zip (Voice record of the above broadcast, mp3 - 3,4 MB)
20.11.2001: No Risc No Fun Pictures
20.11.2001: No Risc No Fun Report (German)
20.11.2001: 3SAT Text report (German) about the German TV broadcast "Neues... die Computershow" (3Sat)
19.11.2001: amiga-news.de Show review
19.11.2001: Fun Time World: Pictures
19.11.2001: Costel Mincea Pictures and report (German and English)
19.11.2001: amiga-news.de Pictures of the 2. day
18.11.2001: amiga-topcool.de Report (German)
18.11.2001: AUG99 Pictures - Part 1
18.11.2001: AUG99 Pictures - Part 2
18.11.2001: amiga-news.de Pre-report - 2. Tag
18.11.2001: ANN IRC-Log / Markus Nerding
18.11.2001: ANN IRC-Log / Michael Garlich
18.11.2001: Elastic Image - Falcon Pictures
18.11.2001: Stefan Popp Report
18.11.2001: amiga-news.de Pictures of the 1. Tages
18.11.2001: Marcus Neervoorts Amiga Page Pictures and report (German)
17.11.2001: amiga-info.net Pictures
17.11.2001: amiga-news.de First pre-report


**Update III: 25. November .2001**
Pictures from Sebastien Jeudy.(sd) (ps) (Translation: mj)

[News message: 19. Nov. 2001, 20:49] [Comments: 0]
[Send via e-mail]  [Print version]  [ASCII version]

< Next message                                    Prior message >

---

Home | Archive | Netiquette | Advertising | Masthead | Privacy Policy | Legal Info Contact

Copyright © 1997-2007 by amiga-news.de - all rights reserved. AMIGA and its logos are registered trademarks of Amiga, Inc. Comments, questions and/or proposals? Please contact Editorial staff.