# EXHIBIT D

 **Amiga, Inc. Sells the Amiga Operating System, to focus on AmigaDE and the Mobile Market.**

**Amiga, Inc. announced today that it has sold the Amiga Operating System to KMOS, Inc, allowing Amiga, Inc to focus on the growing mobile market.**

Ravensdale, WA – 3:00pm Pacific Time, March 15, 2004

Amiga, Inc. announced today that it has sold the Amiga Operating System to KMOS, Inc, allowing Amiga, Inc to focus on the growing mobile market.

On April 23, 2003 Amiga entered into an Agreement with Itec LLC, later acquired by KMOS, Inc. for the transfer and sale of all of Amiga's right, title, source code, and all versions, from the "Classic Amiga Operating System" through AmigaOS 4.0 and all subsequent versions to KMOS, Inc.

"The expanding mobile market offers Amiga over 200 million potential customers that we need to focus on –Said Bill McEwen President/CEO of Amiga, Inc. – We began looking for a company that could focus and provide proper resources for the AmigaOS and the associated markets and we found that with KMOS, Inc." McEwen Said

"We welcome the acquisition of the AmigaOS intellectual property by KMOS. Together with KMOS, Hyperion looks forward to exploring new business opportunities for AmigaOS 4. I would like to reassure all our customers that the acquisition by KMOS will not have any adverse impact whatsoever on the release of the consumer version of AmigaOS 4.0 later this year." said Evert Carton, managing partner of Hyperion Entertainment VOF.

KMOS, Inc. is acquiring and developing technology enabling the company to participate in the worldwide communications market. Garry Hare, KMOS' CEO, said "KMOS is very excited about the commercial potential of this innovative operating system. At Amiga's insistence to which we totally agreed, we will honor the terms of the November 2001, agreement with Amiga One Partners: Hyperion VOF and Eyetech Group Ltd., an English Corporation, in their entirety. Mr. Hare continues, "I should point out, that except as they relate to the Amiga OS family of products, KMOS did not acquire the Amiga name, intellectual property or its DE line of products. These assets remain the property of Amiga Inc.".

**About Amiga:**

Amiga, Inc. established itself in 1985 as the premier provider of multimedia technologies to the world. Its award-winning software has been a mainstay for motion picture studios, government agencies, and entertainment enthusiasts from around the world. Today Amiga continues to lead the way in multimedia development by providing developers with hardware-independent technologies for writing and porting applications to a new hardware-agnostic, multimedia platform. AmigaDE and Amiga Anywhere powered with intent from the Tao Group, enables applications to run unchanged on a broad range of processors including ARM, StrongARM, Intel X-Scale, OMAP, MIPS, Intel x86, Motorola 68K, and Hitachi SH. It can run hosted on a wide variety of operating systems including Windows CE .NET, Windows 9x, 2000, and XP. AmigaDE and Anywhere applications can be purchased online at www.shopamiga.com. Amiga is based in Ravensdale, Wash. For more information visit www.amiga.com.

### About Hyperion Entertainment VOF

Hyperion Entertainment is a privately held Belgian-German company, founded in March of 1999. The company specializes in 3D graphics and the conversion of top-quality entertainment software from Windows to niche-platforms including Amiga, Linux (x86,PPC) and MacOS (OS 9/X).

Hyperion Entertainment has undertaken contract-work in the field of 3D graphics for companies such as Monolith (www.lith.com) and has developed a mature, fast, small foot-print technology to bring 3D graphics to low power digital devices such as PDAs and STBs.

Hyperion is currently working on AmigaOS 4.0, a vastly enhanced PPC native incarnation of the groundbreaking OS introduced by Commodore in 1985.

### About KMOS, Inc.

KMOS, Inc. a State of Delaware licensed corporation develops and distributes enabling technology, software applications and specialty content to the wired and wireless communication market.

# EXHIBIT E



AMIGA® OS 4.0 Developer Pre-release

KPH8OUHJTT-
J7AEHWPSY5-
W5FYR1OK5

© 2004 Hyperion Entertainment VOF, developed under license from AMIGA, Inc. All rights reserved.
Amiga® is a registered trademark of Amiga, Inc.



# Developer Pre-release

## Installation Instructions

In order to install AmigaOS 4.0, your AmigaOne needs to be flashed with the latest firmware. You can find this firmware on the CD in the "Firmware" directory. You need to select the appropriate update (either "from_0.1" if you have U-Boot 0.1, or "from_1.0" if you have a beta U-Boot 1.0; use the 'ver' command on the U-Boot prompt to find the version number).

After the firmware update, you can boot this CD. From the U-Boot prompt, enter

- ide reset
- setenv boot1 cdrom
- boota

If you have trouble installing AmigaOS 4.0, you will find an extensive installation guide on the CD in the directory "OS4InstallGuide" on this CD.

# EXHIBIT F

**REDACTED**

-----Original Message-----
From: Ben Hermans [mailto:LegendConsulting@netscape.net]
Sent: Sunday, March 28, 2004 6:21 AM
To: garryhare@comcast.net; admin@eyetech.co.uk; alanr@free.fr
Cc: ""Pentti Kouri""
Subject: Re: Itec invoice

Garry, Alan,

I think the time is now just about right to start up legal proceedings in the EU against MorphOS/Genesi/bPlan.

The US based litigation is very limited in scope and purely defensive.

Moreover, Buck is drafting most of his own legal briefs (and it shows) with his lawyer only brushing up the briefs which allows him to keep the costs down.

In the EU I intend to file in Dutch which will make that impossible.

Being the control freak that he is, Buck would probably insist on everything being translated or at least very extensive briefs from his lawyer.

Fees will go through the roof, especially because the issue at hand requires highly specialised knowledge and you can't hire a sole practisioner for this type of litigation.

Buck is working on a big deal with Motorola, he even went as far as to sponsor a recent Motorola event in Texas. He might have money coming back in, being the con-artist that he is, he always succeeds in that in the end.

We have an opportunity here to overwhelm his resources and obtain an executory judgement.

Alan has already agreed to join the legal battle which I would wage on two fronts with two separate actions, one with Hyperion/KMOS as plaintiffs, one with Eyetech/Hyperion/KMOS and possibly Amiga as plaintiffs.

I have gathered all required information, done all the preliminary research, briefed all appropriate people within our firm.

We're ready to go.

I believe it should be possible to get these actions filed and well under way for 10K euro which is bearable between the three/four companies involved.

Your thoughts, comments?

Best regards,

--
Ben Hermans

_____
Introducing the New Netscape Internet Service.
Only $9.95 a month -- Sign up today at http://isp.netscape.com/register

Netscape. Just the Net You Need.

1