# EXHIBIT G

Dockets.Justia.com

# Apostille

(Convention de La Haye du 5 Octobre 1961)

1. Country:   **United States of America**

   This public document

2. has been signed by **Norman Goodman**

3. acting in the capacity of **County Clerk**

4. bears the seal/stamp of the county of **New York**

## Certified

5. At New York, New York    6. the 01st day of November 2006

7. by Special Deputy Secretary of State, State of New York

8. No. NYC-10474127A

9. Seal/Stamp    10. Signature



James Bizzarri
Special Deputy Secretary of State

04135595.RSL ( REV: 2/6/96)

CERTIFIED COPY

CERTIFIED to be a true and correct COPY

Of the Original Agreement on Acquisition and Assignment of Trademarks between

Assignor Amiga, Inc. and the Assignee, KMOS, Inc.

on the 30th day of August, 2004

in respect of the intellectual properties listed in Exhibit A of said Agreement.


SO CERTIFIED this 5th day of September, 2006,

at New York, New York

_____

Darren B. Cohen, Attorney

Intellectual Property Partner

Reed Smith LLP

599 Lexington Avenue

29th Floor

New York, New York 10022

212 549 0346

Fax 212 521.5450

State of New York,
County of New York,   ss.:
City of New York,

I, NORMAN GOODMAN, County Clerk and Clerk of the Supreme Court, New York County, the same being a Court of Record having by law a seal, DO HEREBY CERTIFY, that ................................................ whose name is subscribed to the certificate of proof or acknowledgment of the annexed instrument, was at the time of taking the same a COMMISSIONER OF DEEDS in and for said city and county, duly commissioned and sworn, and qualified to act as such; that as such Commissioner of Deeds, he was duly authorized by the laws of the State of New York to administer oaths and affirmations, to take affidavits and certify the acknowledgment or proof of deeds and other written instruments to be read in evidence or recorded in this state; and further, that I am well acquainted with the handwriting of such Commissioner of Deeds or that I have compared the signature of such Commissioner of Deeds with his autograph signature filed in my office and believe that his signature to such proof or acknowledgment is genuine.

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed my official seal,

this ......OCT 3 1 2006........ day ................................ 20......

FEE PAID $3.00

County Clerk and Clerk of the Supreme Court, New York County

Commission Expires May 1, 19...... September 1, 2008

# EXHIBIT H

May. 25. 2007 8:59AM    Bill McEwen - Amiga, Inc.   425-432-0608    No. 4726   P. 1
Mar 18 03 01:37p        Bill McEwen - Amiga, Inc.   425-432-0608    NO. 438    P.2
MAR.18.2003  12:14PM

## First Technology Credit Union
## Foreign Wire Transfer Request
*Please note: The deadline is 10:00 am for all Foreign Wires*

| | |
|---|---|
| Member's Name: | WILLIAM W MCEWEN |
| Account Number: | 433351-00 |
| Security Questions: | mmn email dob |
| Member's Contact Info: | 4254320608 bill@amiga.com |
| Wire US Dollars: | $2,500.00 |
| (OR) Wire Foreign Amount: | 0.00 |
| Wire Fee (F$): | $30.00 |
| Currency Type: | |
| Name of Financial Institution to Receive Funds: | Dexia Bank |
| Routing #: | |
| Sort Code: | |
| Swift #: | GKCCBEBB |
| Telex #: | |
| Financial Institution Full Address: | Pachecolaan 44 1000 Brussels, Belgium |
| Bank Code: | |
| (OR) Branch Address: | |
| If applicable, payable through following U.S. Correspondent Financial Institution: | |
| Institution: | |
| ABA Routing #: | |
| Receiving Institution Acct#: | |
| Final Beneficiary: | Hyperion Vof |
| Their Account Number: | 068-2181373-66 |
| Their City, Country: | Leuven, Belgium |
| Message: | |
| Reoccurring Wire: | No |

"By signing below, You authorize First Technology Credit Union to transfer funds as described herein and debit your account in the amount transferred, plus applicable charges. You also acknowledge that First Technology Credit Union is not responsible for any fees that may be charged by correspondent or receiving institutions or length of time for final beneficiary's receipt of funds."

Member's Signature: [signature: Bill McEwen]    Date: 3/18/2003 12:01:25 PM
Please sign inside the box

First Tech Branch: PhoneCenter-17    edit | final | wait for signature
Employee's Initial: aga    Employee's Extn: 378    Date: 3/18/2003 ( 12:04:59 PM )

| Accounting use only | | | |
|---|---|---|---|
| OFAC | AMC | Admin | MK |
| Call back | No call MS | Debit | AT 3/19 |