# EXHIBIT I

**REDACTED**

-----Original Message-----
From: Ben Hermans [mailto:LegendConsulting@netscape.net]
Sent: Saturday, March 27, 2004 3:13 PM
To: "Garry Hare"
Cc: "Pentti Kouri"
Subject: Itec invoice

Gentlemen,

Our accountant informed me that we never issued an invoice for the 22500 USD paid by Itec to Hyperion last year.

I believe the problem at the time was that we didn't know where to send it and to whom.

There are now 2 options:

- we issue the invoice to Itec or KMOS in 2004

- we issue the invoice in 2003 to Itec or Kmos

We can do the latter because we have not yet filed our tax return for 2003.

Please advise.

Best regards,

--
Ben Hermans

_____
Introducing the New Netscape Internet Service.
Only $9.95 a month -- Sign up today at http://isp.netscape.com/register

Netscape. Just the Net You Need.

New! Netscape Toolbar for Internet Explorer
Search from anywhere on the Web and block those annoying pop-ups.
Download now at http://channels.netscape.com/ns/search/install.jsp

1

# EXHIBIT J

**REDACTED**

**Subject:** Here is the transcipt of the chat with the Freidens

[11:23:11 AM] Bill McEwen says: Do you have time to discuss chips and the Arctic device?
[11:23:50 AM] Thomas Frieden says: Sure
[11:24:09 AM] Bill McEwen says: Should I call via Skype or should we just chat via Skype?
[11:24:49 AM] Thomas Frieden says: I'd prefer chat now, if you don't mind
[11:25:06 AM] Bill McEwen says: Not a problem. Is your brother there as well?
[11:25:26 AM] Thomas Frieden says: He's around, he'll be here in a second
[11:25:34 AM] Bill McEwen says: OK, great.
[11:26:02 AM] Hans-Joerg Frieden says: I'm here
[11:26:19 AM] Bill McEwen says: OK.
[11:28:41 AM] Bill McEwen says: First I wanted to let you know that I am still trying very hard to get this Amiga Hyperion thing fixed. We have offered 2 million to Hyperion for OS 4 and the assumption of all debts and contracts. I hope that they they will accept so that I can get you guys taken care of and part of the team :), we have several opportunities before us, and I would really like the two of you to be part of the team as we move forward.     Second Point - I have been in discussions with Intel, and Marvell (they purchased the embedded division of Intel), they are very interested in Amiga OS 4. Have you looked at ARM or X86 as a target.
[11:30:16 AM] Thomas Frieden says: Good to hear about the first part. The second part: Well, a lot of the code is PPC assembly, which makes transition to other CPU's difficult. Most of the PPC code is in the emulators, though, so if we would sacrifice the backward compatibility, it would be possible to go to a different CPU.
[11:30:50 AM] Thomas Frieden says: Problem is of course also the endian. I'm pretty sure not all code is endian clean in AmigaOS... that goes for system code as applications.
[11:31:15 AM] Thomas Frieden says: The rest of the PPC assembly code is mainly the hardware abstraction layer parts, but these are relatively small...
[11:32:07 AM] Thomas Frieden says: So in theory, without the emulators, it would be possible. The emulators are very big, though, so I highly doubt it would be feasible to rewrite them in C or any other assembly language...

[11:32:58 AM] Bill McEwen says: I have currently three hardware designs that are using PPC. One is the Sam 440 that you know about and the second on the embedded side is a Freescale system that would offer us an end user product fro around 300.00
[11:33:37 AM] Bill McEwen says: The third is a PPC desktop system that is G5. What I do not know is whether the current state of OS 4 can support G5.
[11:34:33 AM] Bill McEwen says: Since there are emulators for x86 could we use one of those as an option in the x86 port.
[11:35:00 AM] Thomas Frieden says: The G5 is basically the 64 bit variant. It has a 32 bit bridge mode that allows it to run 32 bit software without the possible conflicts of a 64 bit address space. There is currently no support for it (lacking the target hardware), but supporting it would be no problem as far as I can see.
[11:35:21 AM] Bill McEwen says: OK. Thank you for the G5 answer.
[11:35:43 AM] Thomas Frieden says: Regarding the emulator: As far as I know, the emulator is pretty slow. For a real port, the system should be native. Everything else will always be a lot slower...
[11:36:47 AM] Bill McEwen says: So....do you have a hardware spec that we should be using for the new machines?
[11:37:38 AM] Bill McEwen says: I want to offer a mini laptop for under 300.00 and then a desktop for under 1000.00.
[11:38:18 AM] Thomas Frieden says: I think what we lack is definitely a high-end system. The low end is pretty much covered, but we need some "beast" with a G5, or even better, a cell... the Cell is extremely interesting, especially since Toshiba's roadmap shows a lot of promise about it in the future.

Oh, and of course, we need a laptop :)
[11:39:10 AM] Hans-Joerg Frieden says: For the time being I would go G5. The G5 code can be run on the CELL, but the special CELL capable code would need to be developed first.
[11:39:22 AM] Bill McEwen says: We were working with IBM very closely on the Cell, and they have offered us some support for Cell. RJ Mical agrees with you as well about the cell.
[11:39:22 AM] Hans-Joerg Frieden says: So in the short run a G5 would be best as high-end system, then a CELL
[11:39:36 AM] Thomas Frieden says: Good to hear
[11:39:39 AM] Bill McEwen says: In your estimation do you think OS 4 is ready to ship?
[11:40:36 AM] Bill McEwen says: Of course assuming that we have some new hardware?
[11:40:42 AM] Bill McEwen says: I mean ;)
[11:40:57 AM] Thomas Frieden says: Yes... we are very close to finishing it... we can practically ship as soon as we have hardware
[11:41:10 AM] Hans-Joerg Frieden says: Provided the CPU is close enough to what we have now.
[11:41:17 AM] Hans-Joerg Frieden says: G5 takes additional time for certain.
[11:41:31 AM] Thomas Frieden says: Yeah, meaning 750FX/GX or 74xx up to 7447A
[11:42:22 AM] Bill McEwen says: These are the same specs that I am being given.
[11:44:40 AM] Bill McEwen says: Would you both like to see the specifications "before" I commit and purchase a few thousand of them?
[11:45:31 AM] Thomas Frieden says: Yeah, that would be a good idea. One thing that also needs to be taken care of is driver support for the other hardware, i.e. graphics cards, ide controllers, network etc...
[11:45:46 AM] Bill McEwen says: How are you handling that now?
[11:47:07 AM] Thomas Frieden says: Generally on a "as needed" basis... we have drivers for the onboard hardware, and some external controllers like the Silicon Image IDE controllers... some of the code can be adapted to other hardware, for example, the IDE code framework can be adapted... same goes I think for the network drivers (I'm no expert in those)...
[11:48:42 AM] Bill McEwen says: OK.
[11:50:08 AM] Bill McEwen says: Another point before I forget.....how much of the 2 million should we specify goes to the two of you? It has been many months since we discussed this point, but I would like to know if you have recieved the almost 750,000.00 that you mentioned you were owed.
[11:51:27 AM] Bill McEwen says: Back to the hardware. Maybe I am going about this the wrong way. Maybe it would be better to get a hardware specifiaction that you know works from you, then take that information to the hardware vendors so that we can get hardware out there as quickly as possible.
[11:53:08 AM] Thomas Frieden says: I think it's Ok if you look for hardware and tell us what you can get. The main things to look out for is the CPU and the onboard hardware (two items that must be supported). I can try to compile a list of all the things that we support and you can use that as a guideline, i.e. getting something as close to that as possible...
[11:53:24 AM] Thomas Frieden says: I mean, we probably don't have THAT much choice in hardware..
[11:55:21 AM] Bill McEwen says: Well I think that have three or more configurations.
[11:55:45 AM] Hans-Joerg Frieden says: Maybe you can send us the specifications and we can review them...
[11:55:58 AM] Hans-Joerg Frieden says: that would make it possible for us to estimate the effort needed to

support them.
[11:57:06 AM] Bill McEwen says: I have a minilaptop spec that I will send you in a couple of minutes, what e-mail address should I use, I think that it would be too large for Skype.
[11:57:49 AM] Thomas Frieden says: Send it to thomasf@hyperion-entertainment.biz
[11:58:07 AM] Bill McEwen says: OK, maybe that can change to Amiga.com soon ;)
[11:58:14 AM] Hans-Joerg Frieden says: Heh
[11:58:27 AM] Thomas Frieden says: Heh
[11:58:35 AM] Thomas Frieden says: We'll see ;)
[12:00:24 PM] Bill McEwen says: I sure hope that with the 2 million dollar offer, and our taking over the contracts we can get this moving. Have you been talked to at all about what is happening, I just want to get us all on the same team. Carl, RJ, Dale and the two of you would make a killer OS team.
[12:01:34 PM] Bill McEwen says: Did I mention that the CTO of Motorola, and Nokia have requested an OS 4 demonstration:D
[12:01:55 PM] Hans-Joerg Frieden says: Now that sounds good :)
[12:01:58 PM] Thomas Frieden says: I haven't talked a lot about this with Hyperion... I keep out of administrative things most of the time, and since I'm not an employee of Hyperion, it's not really my buisness anyway...

Oh, that sounds good (about Motorola and Nokia)!
[12:03:03 PM] Bill McEwen says: Well it is in a way...becuase it is Hyperion that has the contract with Amiga, and we are trying to get OS 4 shipping, so it does effect my two favorite brother developers ;)
[12:03:10 PM] Bill McEwen says: Now back to the fun stuff.
[12:03:36 PM] Bill McEwen says: I am looking for the specs for the mini hardware.
[12:07:26 PM] Bill McEwen says: It has a 5" LCD screen, full keyboard, 80211.g, "D" pad, with two firs buttons "A" and "B" and a 40 gig harddrive.
[12:08:04 PM] Thomas Frieden says: Sounds great
[12:08:44 PM] Bill McEwen says: Here are the actual specs, I can send them via Skype:
 MPC7447A @ 867MHz  [12:08:48 PM] Bill McEwen says:  (200MHz FSB)
- On-chip L1  32-Kbyte instruction and 32-Kbyte data caches
- On-chip L2  1-Mbyte unified instruction and data cache
 Tundra Tsi108    (System controller )
- 66MHz 64-bit PCI
- DDR2 Memory Controller
 Nor FLASH    (16MB)
 DDRII SDRAM   (128MB)
 Ethernet 10/100M  (1 port)
 WLAN     (802.11b as an add-on option MINI PCI)
 Display     (4~5"LCD Module QVGA,or VGA)
 External memory slot (SD or CF )
 USB 2.0 Host   (2 or 4 Ports)
 Stereo speakers
 Headset/earphone I/F
 Keyboard    (8x8)
 D" pad for navigation and an "A", "B" button
 RS232 Console   (1 port)
 AC Power adaptor (100V-240V)
 RoHS Compliant

Software Features
 AmigaOS
 MP3, WAV, WMV
 2D/3D graphics
 Ability to play video/movie content
 Ability to instant message, e-mail, and surf the web
 Ability to play gaming
 More from the OS
[12:09:18 PM] Hans-Joerg Frieden says: A 7447 in a mini-device? That's nice...
[12:09:46 PM] Bill McEwen says: I thought you might like it. Are you ready for the price with teh 40 gig hard drive?
[12:09:57 PM] Bill McEwen says: I mean the 40 Gig hard drive?
[12:10:04 PM] Hans-Joerg Frieden says: okay...?
[12:10:32 PM] Bill McEwen says: with batthery and charger 153.00 per unit.

[12:10:44 PM] Hans-Joerg Frieden says: Now that sounds good.
[12:10:48 PM] Bill McEwen says: I mean battery.
[12:10:49 PM] Thomas Frieden says: Whoa... that's nice!
[12:11:02 PM] Bill McEwen says: I am working on a cool case design.
[12:11:23 PM] Bill McEwen says: I wanted something that could give you everything that a laptop can give you, but make them smaller and for less money.
[12:11:45 PM] Thomas Frieden says: If you can sell it at that price, it's really an awesome machine
[12:11:59 PM] Thomas Frieden says: What graphics device does it have ? It mentions 3d ?
[12:12:15 PM] Bill McEwen says: This is the project that I am working with Gateway on.  It was the Disney project but since we still are stuck with Hyperion I lost Disney, but Gateway is still interested.
[12:12:27 PM] Bill McEwen says: 3D was a new embedded nVidia chip.
[12:12:52 PM] Thomas Frieden says: Nice... will they part with the documentation ? Because that was up to now impossible with nVidia
[12:13:41 PM] Bill McEwen says: We have a co-marketing and development Agreement with nvidia, of course you would know that if you were part of Amiga ;)
[12:13:53 PM] Thomas Frieden says: Great
[12:13:58 PM] Bill McEwen says: OK, I will stop pushing to get you two on board.
[12:14:15 PM] Bill McEwen says: By the way did you guys send a letter to Reed Smith?
[12:14:40 PM] Thomas Frieden says: Yes
[12:15:28 PM] Bill McEwen says: Oh, they just called me to discuss a letter.  Is there anything I should know about it, I told them that I was chatting with you on hardware and future stuff.
[12:16:38 PM] Thomas Frieden says: I would suggest you talk with them about it, it's basically a request for commitment about our rights on ExecSG
[12:16:52 PM] Bill McEwen says: I will chat with them then on it.
[12:16:59 PM] Thomas Frieden says: Good
[12:18:16 PM] Bill McEwen says: Anyway, back to why we are talking.  What do the two of you think it will take to get us on the same tela so that we can get moving?  This has taken months, and I am more than frustrated.  Any ideas would be helpful to me.
[12:19:41 PM] Thomas Frieden says: Well, right now, our contract binds us to Hyperion, and I would like to first see the situation between Hyperion and Amiga cleared up before I make any further commitments.
[12:20:11 PM] Hans-Joerg Frieden says: Same here.
[12:20:25 PM] Bill McEwen says: Well as mentioned we have offered 2 million to Hyperion, which is double what they asked for.
[12:20:47 PM] Thomas Frieden says: That is good to hear. I'm sure that the situation will be cleared up then soon.
[12:20:59 PM] Bill McEwen says: Anyhelp or suggestions would be greatly appreciated.  I just want to get you hired, and the product shipping.
[12:21:27 PM] Bill McEwen says: So just to wrap up my understanding as to where we are.  We start with G4 and then go to Cell?
[12:21:44 PM] Thomas Frieden says: Well, we have G4 covered fully
[12:22:14 PM] Hans-Joerg Frieden says: I agree, our G4 support is pretty solid, so for the time being this is the way to go.
[12:22:26 PM] Bill McEwen says: Right, but what do you think is the correct step next?  Does the Arctic code help in the spec that I sent you for the Minilaptop?
[12:22:53 PM] Hans-Joerg Frieden says: The minilaptop is a full 7447 so it's closer to the AmigaOne hardware than the Arctic.
[12:23:05 PM] Thomas Frieden says: Yes.
[12:23:07 PM] Hans-Joerg Frieden says: Arctic was 405, so it is sufficiently different from the rest of the crowd.
[12:23:49 PM] Bill McEwen says: Ok, so then its G4 desktop, the new minilaptop and then Cell?
[12:24:02 PM] Hans-Joerg Frieden says: Yes.
[12:24:03 PM] Thomas Frieden says: Yes
[12:24:17 PM] Hans-Joerg Frieden says: CELL is certainly the way to go for the longer term future.
[12:24:45 PM] Bill McEwen says: OK, the next reason that I am asking is becuase we have been approached by Sony on PS3 stuff.  They want to have Amiga available on that platform :)
[12:25:00 PM] Hans-Joerg Frieden says: THe PS3 is a logical target.
[12:25:05 PM] Thomas Frieden says: Great. That would be a logical next step, yes
[12:25:11 PM] Bill McEwen says: I told them that for the time being it would have to wait, but hopefully in the near future.
[12:25:47 PM] Thomas Frieden says: I've already been making plans about the integration of the Cell's SPE's into the system, so we already have a rough concept there...
[12:26:00 PM] Bill McEwen says: Ok, I really need to find a way to get this Hyperion thing settled and fast this is taking far too long.

[12:26:14 PM] Thomas Frieden says: Yes
[12:26:47 PM] Bill McEwen says: Could I purchase your contract? Maybe that would be faster.
[12:27:38 PM] Bill McEwen says: Or maybe ask Hyperion to send you 500,000.00 of the 2 million?  Or something to get this deal done on you guys on board.  You get stock ;)
[12:28:20 PM] Thomas Frieden says: I will check what our options are... I'll talk with our lawyer about that, law and contracts are not really my cup of tea...
[12:28:52 PM] Bill McEwen says: Neither for me thats why I have Reed Smith.  Do you know why sharks do not eat lawyers?
[12:29:05 PM] Thomas Frieden says: They are friends, I guess :)
[12:29:12 PM] Bill McEwen says: Professional courtesy :)
[12:29:15 PM] Thomas Frieden says: LOL
[12:29:22 PM] Hans-Joerg Frieden says: Yeah I heard that one before :)
[12:30:58 PM] Bill McEwen says: Think about what we may be able to accomplish and lets come up with a creative way of getting us moving and shipping.......I hate this constant waiting.  Buck is making moves in areas that he should not be allowed in, and neither the two of you or I seem to be able to move forward.  Very sad indeed :(
[12:31:59 PM] Bill McEwen says: Its time to take control.  I am sure that we could take over your contract and make you some money, but do check, and then I will check with my lawyers, and see what they can come up with as another option outside of the current Hyperion option.
[12:32:17 PM] Thomas Frieden says: Alright, I'll do that...
[12:32:58 PM] Bill McEwen says: I will get on a call with them now, and see what your letter says.  Of course you know how lawyers are, so please know that I want to get you taken care of, and the product shipping.
[12:33:17 PM] Hans-Joerg Frieden says: Understood
[12:33:38 PM] Thomas Frieden says: I need to go now, too
[12:33:43 PM] Bill McEwen says: Have a great night, and I will continue to move forward on "our" plans with the hope that we can get OS 4 shipping before Christmas.....this year please.
[12:33:57 PM] Hans-Joerg Frieden says: Agreed about this year :)
[12:33:59 PM] Thomas Frieden says: Heh, yeah, this year would be really great
[12:34:00 PM] Hans-Joerg Frieden says: Good night.
[12:34:07 PM] Bill McEwen says: Good night.
[12:34:08 PM] Thomas Frieden says: Bye
[12:34:26 PM] Bill McEwen says: And thank you for your time.  Let me know as soon as possible what you learn.
[12:34:35 PM] Thomas Frieden says: Will do

Bill McEwen
Amiga, Inc.
bill@amiga.com
Tel: 425.557.9600 x23
Fax: 425.557.0090

*Important: This electronic mail message may contain information or have one or more attachments containing information that is confidential, proprietary and/or legally privileged information. This message is intended only for the addressees clearly indicated as intended recipients and if you have received this message in error, if you are not the intended recipient (or an employee or agent responsible for delivering it to the intended recipient), or if you aren't sure, you are hereby on notice that you have received this message in error and you may not review, use, download, store, disclose, disseminate, transmit, distribute, save or copy this message or any attachment. If you received this message in error, doing any of these things could be a violation of Federal and State law and subject you to criminal and/or civil prosecution. If you have received this message in error, the only thing you are permitted to do is to notify the sender\* immediately by reply to this message or by telephone if a number is provided and then immediately delete the original message, attachment(s) and any copies, including any copies made by you or any automated system for backup, recovery or any other purpose. Thank you for your compliance and your cooperation.*

05/23/2007