# EXHIBIT K

Dockets.Justia.com

**REDACTED**

**Subject:** Interview with Hans Frieden

Hans-Joerg Frieden (Rogue) made a guest appearance at Safir's IRC-channel #safir, and gave answers to questions about AmigaOS 4.

*A big thank you goes to Alkaron and Nickman for the session logs and editing.*

**Q = Question A = Answer S = Statement from Rogue**

[20:56] Rogue: Hello everybody

Q: When do we get OS4 for classic Amigans?

A: Classic version will be done as soon as we have the AmigaOne version out of the door, which should be "RSN"
Right now, we're working on the final ISO, the one that is supposed to be packaged up in a nice big box
(which, incidentially, is already designed ) in the form of a real, physical CD (with manual IIRC)
The classic version still has a few edges that need to be ironed out... but shouldn't be that much longer anymore

Q: Will the Mediator be supported native in OS4 at any time or through Petunia only?

A: I think that we will leave it at the emulated Mediator support.. it's difficult to get DMA-drivers running on the classic Amiga PCI solutions anyway, so adaptions would be required. And I am not exactly in favor of using video memory for DMA buffers.

Q: Any price range for the Classic version ?

A: No idea about the pricing, I guess it will be somewhat in the same range as the A1 version.
Price range for the A1 version is €100 I think.

Q: What happened to warp3d and will warpup emulation be back or cancelled?

A: Not much. We're probably going to leave it as it is now, concentrate on other important issues first. When the final version is out on CD, we will review what we will do for the future. For the future we will concentrate on OpenGL in any case.
No warpup emulation. It's not worth the effort IMO

S: Developers might be interested in this: We're also working on a new SDK right now. The final on the CD will include support for loading UNIX-liked shared objects, and the SDK will be able to produce them (like a libpython.so)
(I finished libpython.so today BTW 😊) Python is a scripting language that can be incorporated into your own program.
For example, Blender uses it for scripting. The shared objects will be 100% like under Linux, meaning that most of the time you can create them without editing a makefile.

Q: Will current OS4 prerelase users have to buy the final package ? (if so full or at a redused cost ?)

A: I think that everybody can download the CD, but only non-Earlybird users get it for free.. I am not sure about this though,
not the business type Earlybird systems came with a cheaper version of OS 4, so they should be able to get the box
for an aditional fee.

Q: Will AmigaDOS filesystem go 64bit and its dos-libraries? Will there be a new filesystem?

A: I don't think that FFS2 will be 64 bit... No idea about SFS. Reiser and other UNIX FS are quite different and a bit of work to
port...
possible though. DOS is 64 bits. Future versions of OS4 will probably have a modified FS API...

Q: Will you add software emulation for classic chipsets like the ECS or AGA?

A: No, none of that is planned. There is limited emulation for some features, and the final update added support for planar
graphics
modes (so you can run DPaint) but beyond that, nothing is planned.

Q: Are 680x0 programs 100% compatible with OS4?

A: Well, everything is emulated, you can basically just run a 68k program like you run a native program. Some have trouble
with JIT,
you can blacklist those to prevent them from going through the JIT. Users don't notice anything from the 68k emulation. I
played
WBsteroids on the mystery device

Q: What graphics architectures will OS4 support in the future!?

A: Well, we're thinking about a Porter/Duff based graphics system, with OpenGL acceleration... something like the latest X
server,
or MacOS X (Porter/Duff is an image composition system that can be accelerated via OpenGL)

Q: Would Hyperion like to visit AmiGBG again if a new fair will be held later this year?

A: You gotta ask Hyperion that question 

Q: One intresting feature from windows/gnome and so on is the network neigborhood. Are you thinking of implementing things
like samba that in the WB?

A: No plans yet for any extension to workbench. There are more urgent fundamental features that need an overhaul
(graphics being one of them)

Q: There are much talks about PS3 and OS4. Your thought on that issue?

A: Would make a nice couple. I prefer Kosh type answer *coughs* Especially when I cannot really answer the question...

Q: Will there be a update-service over internet?

A: I suppose there will be things like the boing bags...

Q: Are you planning for new features like bluetooth?

A: No, not right now.

Q: What are your main focus right now?

A: Until today I was working on the shared object support and the Python port. Starting around Monday/Tuesday, I will be
working on the
final ISO that is going to become the AmigaOS 4.0 CD

Q: How many people are fully involved in development?

A: Well, the team has about 40 or so developers, but of course, things have slowed down considerably after the Christmas
release...

Q: Rogue, so in a grand total, what's your view on the future? Will we pull through? IS there a future for AmigaOS or should we
all go home ?

A: It's difficult to say. It depends on a few factors that are out of our reach. However I think that yes, there is a future for AmigaOS...
The time to go home has not come yet, and if I have something to say, it will not come at all. After all, we're still after World Domination (tm) Mwhahaha *coughs* Nevermind

Q: Any new planned Hyperion game releases for OS4 during 2007?

A: I think Gorky 17 is still planned, no idea about other projects ATM...

Q: Any recomended hw specs for the classic version ? And how much memory is needed?

A: Any PowerPC will do and 128 mb is good enough. 64 MB will work too, but the more the merrier.

Q: Will it be possible to buy OS4 online?

A: No idea really... depends on the stores selling it.

Q: Does hyperion have any interest in porting java or openoffice?

A: Interest: Yes. Resources: nope

Q: How is Hyperion funded?!

A: Good question... The funding is done by the managing partners. Sometimes we do additional third party work.

[22:14] Rogue: Alright I need to go now...
[22:14] Rogue: Thanks for having me

Bill McEwen
Amiga, Inc.
bill@amiga.com
Tel: 425.557.9600 x23
Fax: 425.557.0090

*Important:* This electronic mail message may contain information or have one or more attachments containing information that is confidential, proprietary and/or legally privileged information. This message is intended only for the addressees clearly indicated as intended recipients and if you have received this message in error, if you are not the intended recipient (or an employee or agent responsible for delivering it to the intended recipient), or if you aren't sure, you are hereby on notice that you have received this message in error and you may not review, use, download, store, disclose, disseminate, transmit, distribute, save or copy this message or any attachment. If you received this message in error, doing any of these things could be a violation of Federal and State law and subject you to criminal and/or civil prosecution. If you have received this message in error, the only thing you are permitted to do is to notify the sender* immediately by reply to this message or by telephone if a number is provided and then immediately delete the original message, attachment(s) and any copies, including any copies made by you or any automated system for backup, recovery or any other purpose. Thank you for your compliance and your cooperation.

# EXHIBIT L

**REDACTED**

-----Original Message-----
From: Olaf Barthel [mailto:olsen@logicalline.de]
Sent: Saturday, May 20, 2006 2:03 AM
To: Bill McEwen; o.barthel@logical-line.de
Cc: 'Fleecy Moss'; 'Ray A. Akey'
Subject: Re: Checking back in with you

On 19.05.2006, Bill McEwen wrote:

> [..]
>>>> The NDA is not necessary, as it only applies to you not telling anyone
> else about what you are doing, or the information that you have.

Of course. I keep losing count of how many NDAs I've been signing over the
years. There's bound to be a signed contract for the work I did for Amiga
Technologies GmbH. I worked, among other things, on Amiga's Internet surfer
package which would use IBM's dial-up infrastructure. I wrote the dial-up
software. That kind of work has to be covered by a contract, an NDA will
not do.

> [..]
>>>> Olaf you are the one person that I have met since being a part of
> Amiga whose integrity I never question.

Thank you, but trying to keep honest in the face of everything that's been
going on in this utterly crazy Amiga market doesn't do much good if the
market dries up around you. For example, I've had publishers go out of
business who intended to bring my software (a TCP/IP stack for 68k Amigas)
to the market. We thought that the Amiga market was in dire straits in 2001.
It didn't get really get better. If you're going to rebuilt Amiga, Inc.
you'll have a lot of work cut out for you in getting the market to work
again, because there isn't really anything to phone home about right now.

> [..]
>>>> So in all honesty, you did not have any rights, nor did you have any
> contract rights that allowed you to do what you did with the code.  This
was
> a gamble that you undertook on your own.

In so many words, yes. I didn't do this because I was ordered or paid to do
so.
I was curious and I thought that the results would be beneficial.

> [..]
> I know that I've sat on the copies of the three tapes since 1995, and made
> copies
>

1

> of them exactly twice: one copy for Dr. Allan Havemose (then in the employ
> of
>
> Gateway 2000, Inc.) and one copy for Ray Akey. I am certain that nobody else
>
> outside the circle of people authorized by Amiga has ever had access to the
>
> copies of the tapes I made.
>
>>>> Where are the tapes?

I haven't got the foggiest. I take it from your question that you don't know
either where these tapes are. Which proves my point of having made backup copies
of them in the first place.

Back in 1995 Amiga Technologies GmbH was a bit of a disorganized mess that was
still trying to pull itself together and become a useful part of the ESCOM AG
empire. The people charged with getting product development off the ground,
and specifically the software angle, and to whom I reported, came from Commodore
Germany and the german Amiga community, to work for Amiga Technologies GmbH. When
the three tapes arrived I had a bad feeling that, if nothing were done on the spot,
then the contents of the tapes would probably be lost due to damage or negligence.
Some of the people working at Amiga Technologies GmbH were entirely capable of losing
their own car keys in their back pockets.

So we made backups of what we thought were the only tapes with these contents
in existance. One of the tapes was definitely damaged and we had to rewrite
the tape driver software so that we could get the data off the tape.

I later learned that there were still lots of backup tapes made by Commodore
engineers sitting in a warehouse. Before the company went into liquidation
they sold off all the hardware, but not before having made backups of the
data stored on the machines. I know that the company hired to do the actual
hardware development for the Amiga "Walker" machine (called "MaZET") was also
charged with moving the contents of the tape warehouse to a more accessible storage
system, probably an MOD. I saw tape dumps which were created during this
process, and I wonder what happened this data.

The last I heard about these three tapes came from Jürgen Haage of "Haage & Partner"
who claimed that Petro kept them in the company safe. If the tapes didn't surface
as part of the "let's get Petro out of the Amiga business" undertaking, then there's
something more to feed the conspiracy theories.

> [..]
>>>> I will have to check on what you have stated above.  Since the terms
> of the contract have not been met, and Amiga has already paid Hyperion the
> money that the contract that we had with them calls for (the full amount due
> was paid in May of 2002), there is legal precedence here, but I am going to
> check with council on this matter and get back to you on the specific

> points.

For the contract to be fulfilled, I need to be paid in full by Hyperion
Entertainment.
This has not happened yet. But, I'm going to correct myself, an amount of
2500 Euros
has been paid for all the contracts I signed with Hyperion Entertainment
earlier this
year, and after a lot of prodding, and this is only half of the money
originally
offered to be paid, and it's only a small fraction of the sum covered by the
contracts.

Now this sounds stupid, and probably is, but I hate having to chase after
money that
has been promised and contractually secured. It's no fun knowing that you've
done work
for some five years with about as much money to show for it as one could
have earned
in 2-3 months by working at a MacDonald's.

> [..]
>>>> In 2000 when we purchased Amiga we were to have received an additional
> 5 million dollars from our investors.  That money was to be received in
June
> of 2000.  The board of directors felt that we were not spending enough
money
> and that we needed to speed up development.  The entire time that we have
> owned Amiga I asked and questioned our engineering team about using the
> AmigaOS to reach our goals.  This was an asset that we owned and I wanted
to
> use it.  I was convinced that the costs were simply to high and the
product
> would not be scalable to reach our goals.  In June of 2000 the money did
not
> arrive, and instead the market crashed and we were left with investors who
> closed their doors, and little in the way of resources.  In 2001 we did
not
> have the capital to pay anybody anything.  We looked for creative ways
that
> would have allowed Amiga to prosper and grow while we got the money
> situation resolved.  We started working with H&P to create OS 4, but they
> instead shipped an illegal product and never paid us any money for OSXL.

As far as I know I wasn't paid for the OS 3.9 work included in their OSXL
package either. The OS 3.5 and 3.9 products included material I created, and
I was paid while these products were still on sale. This changed when the
emulators came to the field and were turned into commercial products.

Incidentally, Haage & Partner were taken to court by the authors of the
material
included in the OSXL package, who assumed that they would be paid for their
contributions. I was offered to join legal action against Haage & Partner,
but
because I never saw any sales figures or more detailed information on what
was going on I decided not to take part in the process. No idea what came
out of
it so far.

I also heard that Haage & Partner didn't pay QNX for the use of their
operating
system. The deal Haage & Partner had made with the authors of the Amithlon
emulator also turned exceptionally sour.

> Hyperion contacted us, and presented a contract and timeline that would
> create new hardware and a new OS solution.  In this contract we were to
pay

3

> them 25,000.00 plus royalties once the product ships.  We were given a
> schedule that showed that the product that met our requirements would ship
> within 9 months, and that out the absolute worst it would ship in 12
months.

That's in about the kind of work schedule, plus 6-8 months (rule of thumb
for
slippage) I signed up for when I joined the OS4 project. And it turned into
five years.

Now in all honesty, the way the product developed we couldn't have shipped
a working, functionally complete product in 2002/2003. Looking back, it all
came together as late as 2004/2005. That's some slippage, but well within
industry standards (look at what Microsoft does these days). And you have to
consider that we did this mostly in our spare time, with practically no
budget
and with people who'd never done anything like that before.

> While they began their work, Petro sold all of our computers for 75,000.00
> to a company in India and quits.  The sales of the old hardware was
> generating about 150,000.00 per month in revenue.  We have over 20,000
units
> left, when he sold all of them for 75,000.00.

I heard the story, and it was just what I expected Petro to do. Petro for me
always was the kind of person you just couldn't trust. Ever. After shaking
hands
with him, I always counted my fingers.

> This event affected us even
> more than the loss of the investors, because now we almost 1 million
dollars
> in fixed assets that made raising money even more difficult.  In 2001 we
had
> to stop paying employees and contractors, and from 2001 through 2004 there
> was less than 6 months worth of paychecks that went out to the Amiga team.
> With the exception of 3 people everyone stayed and continued to work to
keep
> the Amiga dream going.  In 2004 we were able to locate our funding and
Garry
> joined the company with the responsibility of raising more money and
getting
> things cleaned up so that we could take Amiga where we needed to go.
> Instead Garry spent over a million dollars and did nothing to move us
> forward as a company. In August of 2005 Garry left and I have been
spending
> these many months getting things back on track.

I don't know if you look over the Amiga web resources (www.amiga.org,
www.amigaworld.net,
www.ann.lu, etc.) regularly, but I do. While you can't trust web sites or
web communities to accurately represent the situation, you get a good
impression
of where the wind is blowing from. And Amiga's image, as a result of the
last, lost five years, is in shambles. Of course it didn't help that Bill
Buck
did his best to stir up trouble in the Amiga community every time he saw an
opportunity.

> I am spending a great
> amount of time with the attorneys on IP issues, trademarks, patents and
> other legal enforcement.  We are in the process of bringing everything up
to
> date, and in fact I am in the process of purchasing two other companies
that
> are going to greatly impact Amiga and our ability to deliver what we have
> promised.

4

Trouble is that a good part of the Amiga community no longer seems to care if
Amiga, Inc. dropped out of the picture entirely. The only companies which delivered
anything in the last five years were Genesi and Hyperion Entertainment. And in
the past couple of months, with Genesi managing to alienate just about anybody
who seemed to be on their side, there's only Hyperion Entertainment left. And
they're not doing that well either. Now Fleecy always faults me for being such a
pessimist ;-)  But my view of the current situation is that we're really in a state
of emergency. You wrote that you're trying to get the company back on track. Good
idea..Somebody should have done and succeed at that a couple of years ago. But that's
just part of the problem. What made the Amiga such a desirable platform was the
community behind it. And the community is in exceptionally poor shape. Same thing
for the market, which is associated with it. Speaking as a professional software
developer, there's also the issue that there is virtually no professional quality
software development development documentation available, and hasn't been for
years.

> In May of 2002 when we paid Hyperion Ben executed an additional contract
> that turned over all of the OS 4 source code to us, and returned the product
> and project back into Amiga's hands.  We have never seen the source code,
> and Hyperion decided that they were going to take OS 4 make it their own,
> and cut Amiga out of the equation.  I have been working with Evert at
> Hyperion and I am now in direct contact with the Frieden brothers and I hope
> to get everything resolved.  We have some hardware partners as well as some
> other entities who are very interested in what we have happening, and there
> is great interest in OS 4, and more importantly with OS 5, which has been
> under development for about 2 years.

You know, I heard that before. And I know that I used to think I heard that
before. And I could probably say the same again in pluperfect tense. I always
hoped that things would improve, and I still do. Every attempt to bring the Amiga
back from obscurity is, I believe, worth the effort. But by now the enthusiasm
and the motivation I could have offered you in the past is pretty thin.

> The bottom line, is that I am going to get you paid, and that we are going
> to get OS 4 back in our hands, and that we are going to be shipping OS 5.
> We have new hardware partners, and new Amiga hardware is forthcoming. There
> is not going to be anything stated publicly until these items are resolved
> and in place.

Good luck, you're going to need it more than ever.


--
Home: Olaf Barthel, Gneisenaustrasse 43, D-31275 Lehrte
 Net: olsen@sourcery.han.de (Home), o.barthel@logical-line.de (Work)

# EXHIBIT M

AMIGA OS 4.0

AMIGA®

OS 4.0

# Don't call me Classic

Amiga OS 4 is coming to your Amiga 3000 or 4000 equipped with Cyberstorm PPC expansion board!
After five years of development the biggest upgrade to the Amiga Operating System is available also
for "classic" Amigas. You will have modern hardware support, an updated interface, completely rewritten
Exec kernel, an internet access suite, new applications and viewers and many other improvements.
Please check www.acube-systems.com/compatibility to see all the supported hardware.

developed by:

AMIGA
www.amigaos4.com

HYPERION
entertainment

packaging developed and produced by:



ACube Systems Srl
www.acube-systems.com

AmigaOS 4.0 © 2006-2007 Hyperion Entertainment VOF, developed under license from Amiga, Inc.
"Amiga" and the Amiga logo are registered trademarks of Amiga, Inc.

# EXHIBIT N

**REDACTED**

-----Original Message-----
From: webmaster@amiga.com [mailto:webmaster@amiga.com]
Sent: Tuesday, April 17, 2007 2:47 PM
To: bill@amiga.com; bill@amiga.com
Subject: Contact from Nicola Morocutti regarding License Amiga name


From: Nicola Morocutti
EMail: nmorocutti@acube-systems.com
Subject: License Amiga name

Dear Sirs,
we would like to know how to license Amiga name for our product Sam440ep. It is a PowerPC
motherboard based around AMCC 440 processor. You can find more details on www.sam440.com.

# EXHIBIT O

**From:**          Nicola Morocutti [morocutti.nicola@virtualworks.it]
**Sent:**          Monday, December 11, 2006 1:30 PM
**To:**            'Bill McEwen'
**Subject:**       Monday news

**Importance:**    High


Hello Bill,
another week passed and we are still waiting for news coming from you... As I told you in
my last mail we are close to sign a contract with another company for Sam440ep and we
would like to know what (or if) Amiga Inc. can offer something real and tangible for both
Sam440ep and for the MacMini project.
The MacMini project is still oh hold and we are less confident every day that you will be
able to find an accommodation to let us complete and then publish this fundamental piece
of software that could open new markets to Amiga and OS4.
I hope you can tell us something that is not another delay.
If you like we are on Skype now.
Thanks,

Nicola Morocutti
_____
Virtual Works
Via Tabacco, 58
Bassano del Grappa (VI), Italy

Tel. +39 0424 393120
Fax. +39 0424 393119
www.virtualworks.it

| | |
|---|---|
| **From:** | Nicola Morocutti [morocutti.nicola@virtualworks.it] |
| **Sent:** | Monday, December 04, 2006 3:17 PM |
| **To:** | 'Bill McEwen' |
| **Subject:** | R: News regarding licenses |

**Importance:** High

Please note that we need a complete answer before friday. In the meantime we would
appreciate any information you would like to share with us regarding the contractual
situation.
Regards,

Nicola

> -----Messaggio originale-----
> Da: Bill McEwen [mailto:bill@amiga.com]
> Inviato: martedì 5 dicembre 2006 0.04
> A: 'Nicola Morocutti'
> Oggetto: RE: News regarding licenses
>
> Nicolla:
>
> It is our plans to have everything ready and worked out by the end of
> this week.  Documents continue to flow between the two groups so that
> we can get this settled.
>
> We of course want to work with you, and we of course are doing
> everything possible to get this situation resolved.
>
> Regards,
>
> Bill McEwen
> Amiga, Inc.
> bill@amiga.com
> Tel: 425.557.9600 x23
> Fax: 425.557.0090
>
>
> Important: This electronic mail message may contain information or
> have one or more attachments containing information that is
> confidential, proprietary and/or legally privileged information. This
> message is intended only for the addressees clearly indicated as
> intended recipients and if you have received this message in error, if
> you are not the intended recipient (or an employee or agent
> responsible for delivering it to the intended recipient), or if you
> aren't sure, you are hereby on notice that you have received this
> message in error and you may not review, use, download, store,
> disclose, disseminate, transmit, distribute, save or copy this message
> or any attachment. If you received this message in error, doing any of
> these things could be a violation of Federal and State law and subject
> you to criminal and/or civil prosecution. If you have received this
> message in error, the only thing you are permitted to do is to notify
> the sender* immediately by reply to this message or by telephone if a
> number is provided and then immediately delete the original message,
> attachment(s) and any copies, including any copies made by you or any
> automated system for backup, recovery or any other purpose. Thank you
> for your compliance and your cooperation.
>
>
> -----Original Message-----
> From: Nicola Morocutti [mailto:morocutti.nicola@virtualworks.it]
> Sent: Monday, December 04, 2006 2:58 PM

> To: 'Bill McEwen'
> Subject: News regarding licenses
> Importance: High
>
> Hello Bill,
> some weeks passed since we last heard your news. As you remember we
> put on hold the Mac Mini project although the state of completion of
> the porting is VERY advanced and on the other hand the hardware is
> becoming day to day more difficult to obtain.
> There is also the Sam440 project, the board is in an ADVANCED state of
> completion and, as you maybe have read, we were guests of AVNET Memec
> (http://www.avnet-memec.com/) at the Electronica 2006 show in Munich
> reporting a big commercial success.
> So we need to know if there are news regarding license for both projects.
> We
> have an approaching deadline for a contract from another company at
> the beginning of next week so we need to know WHAT Amiga Inc can offer
> us and WHEN we can start any kind of real collaboration.
> If Amiga Inc is interested in our products we would need a full draft
> contract for both products, a complete list of trademarks Amiga Inc
> can license us and a 2005 budget and a 2006 draft budget. All this
> before 11 December since we need to have all details to be checked in
> time by our legal consultants.
> I'm sure you'll understand our requests and you'll cooperate with us
> for the future of the Amiga platform.
>
> Nicola Morocutti
>
> _____
> Virtual Works
> Via Tabacco, 58
> Bassano del Grappa (VI), Italy
>
> Tel. +39 0424 393120
> Fax. +39 0424 393119
> www.virtualworks.it
>
>
>
>
>
>
> --
> No virus found in this incoming message.
> Checked by AVG Free Edition.
> Version: 7.1.409 / Virus Database: 268.15.6/567 - Release Date:
> 04/12/2006

**From:**           Nicola Morocutti [morocutti.nicola@virtualworks.it]
**Sent:**           Monday, December 04, 2006 2:58 PM
**To:**           'Bill McEwen'
**Subject:**      News regarding licenses

**Importance:**     High

Hello Bill,
some weeks passed since we last heard your news. As you remember we put on hold the Mac
Mini project although the state of completion of the porting is VERY advanced and on the
other hand the hardware is becoming day to day more difficult to obtain.
There is also the Sam440 project, the board is in an ADVANCED state of completion and, as
you maybe have read, we were guests of AVNET Memec
(http://www.avnet-memec.com/) at the Electronica 2006 show in Munich reporting a big
commercial success.
So we need to know if there are news regarding license for both projects. We have an
approaching deadline for a contract from another company at the beginning of next week so
we need to know WHAT Amiga Inc can offer us and WHEN we can start any kind of real
collaboration.
If Amiga Inc is interested in our products we would need a full draft contract for both
products, a complete list of trademarks Amiga Inc can license us and a 2005 budget and a
2006 draft budget. All this before 11 December since we need to have all details to be
checked in time by our legal consultants.
I'm sure you'll understand our requests and you'll cooperate with us for the future of the
Amiga platform.

Nicola Morocutti

----------------------------------------
Virtual Works
Via Tabacco, 58
Bassano del Grappa (VI), Italy

Tel. +39 0424 393120
Fax. +39 0424 393119
www.virtualworks.it

**From:**              Nicola Morocutti [morocutti.nicola@virtualworks.it]
**Sent:**              Thursday, November 16, 2006 7:26 AM
**To:**                'Bill McEwen'
**Subject:**           Mac mini project

**Importance:**        High

Dear Bill,

I'm writing you because in past days we weren't able to get in touch with you via skype.

We are still waiting for news from you regarding the licensing agreement with Hyperion. We are going on with the Sam board but we are uncertain about the mini Mac project since it is an Amiga only product and we are now forced to hold it indefinitely since we are paying the programmers without any warranty that we will be able to publish the final version.

Hyperion says that they cannot give us the permission to publish the final product since their license with you only permit an hardware+OS4 bundle. You cannot give us any license since you still are trying to have the OS4 license. So we are forced to hold the project since we are paying programmers with our own money and we need to focus on SAM project since it'll give us revenues from various markets!

I hope you can help us with this difficult situation.

Nicola Morocutti

---
Virtual Works
Via Tabacco, 58
Bassano del Grappa (VI), Italy

Tel. +39 0424 393120
Fax. +39 0424 393119
www.virtualworks.it

**From:**          Nicola Morocutti [morocutti.nicola@virtualworks.it]
**Sent:**          Wednesday, September 20, 2006 2:41 PM
**To:**          'Bill McEwen'
**Subject:**      R: Pianeta Amiga

**Importance:**    High


Hello Bill,
As I wrote you in another mail Michael Battilana already announced us your impossibility
to attend the show.
We understand the importance of the other meeting you have to take part to although we
really hoped to have the chance to have you here to discuss together of some interesting
projects some Italian companies are developing.

We think that an open letter to the Amiga community that will attend the show could be
very appreciated. I think that many people are waiting for some more news and
clarifications after your 25 q&a at amigaworld.

We will also have the possibility to do an irc chat but if you're busy in meetings I think
this couldn't be possible (also for time difference between Italy and USA).

There are also the before mentioned companies working in hardware (in particular the
"Samantha" project) and software projects that could be used also in the Amiga market,
that would like to discuss with you about Amiga brand licensing. Could we start working
together for licensing the Amiga brand for those products? We will obviously provide you
as many details as you need about those projects and the companies involved.

Thanks,

Nicola Morocutti


> -----Messaggio originale-----
> Da: Bill McEwen [mailto:bill@amiga.com]
> Inviato: mercoledì 20 settembre 2006 19.59
> A: 'Nicola Morocutti'
> Oggetto: RE: Pianeta Amiga
>
> Nicola:
>
> I am very angry and saddened to tell you that I have to cancel the
> trip trip to Italy as I have to be in New York on Saturday for a board
> meeting.  It was not planned that way, but we just closed the purchase
> of another company and I have certain responsibilities that I have to
> attend to.
>
> I would like to make your show the official announcement and share
> some words of encouragement with your attendees.
>
> How would you like for me to accomplish this.  I could write a letter
> to your attendees, and you could read it?, or if you have another
> method that you would prefer I am happy to accomplish that as well.
>
> I am sorry, as I was looking forward to it as it would have been my
> first visit to Italy, but I will have to wait and make the next show.
>
> Regards,
>
> Bill McEwen
> Amiga, Inc.
> bill@amiga.com
> Tel: 425.557.9600 x23

> Fax: 425.557.0090
>
>
> Important: This electronic mail message may contain information or
> have one or more attachments containing information that is
> confidential, proprietary and/or legally privileged information. This
> message is intended only for the addressees clearly indicated as
> intended recipients and if you have received this message in error, if
> you are not the intended recipient (or an employee or agent
> responsible for delivering it to the intended recipient), or if you
> aren't sure, you are hereby on notice that you have received this
> message in error and you may not review, use, download, store,
> disclose, disseminate, transmit, distribute, save or copy this message
> or any attachment. If you received this message in error, doing any of
> these things could be a violation of Federal and State law and subject
> you to criminal and/or civil prosecution. If you have received this
> message in error, the only thing you are permitted to do is to notify
> the sender* immediately by reply to this message or by telephone if a
> number is provided and then immediately delete the original message,
> attachment(s) and any copies, including any copies made by you or any
> automated system for backup, recovery or any other purpose. Thank you
> for your compliance and your cooperation.
>
>
> -----Original Message-----
> From: Nicola Morocutti [mailto:morocutti.nicola@virtualworks.it]
> Sent: Tuesday, September 12, 2006 4:40 AM
> To: 'Bill McEwen'
> Subject: Pianeta Amiga
> Importance: High
>
> Hi Bill,
> since Pianeta Amiga is approaching (only 10 days left), I would like
> to know if you can confirm me that you'll come (obviously if you like
> we will keep it secret). Do you need an hotel reservation and/or
> someone that will pick you at the airport.
> Thanks,
>
> Nicola
>
>
>
>
>
> --
> No virus found in this incoming message.
> Checked by AVG Free Edition.
> Version: 7.1.405 / Virus Database: 268.12.5/451 - Release Date:
> 19/09/2006

# EXHIBIT P

# REDACTED

**Subject:**               Post by Alan Redhouse of Eyetech on 2006-3-26


Our solicitor has told us that we can not comment on the deal with Hyperion due to legal proceedings, but i can say we tried and failed, due to this we now are leaving the Amiga scene.

Thank you for supporting us all for many years.

PS - The last orders we received last week will be sent out before our closure.

Alan Redhouse


http://www.osnews.com/read_thread.php?news_id=14118&comment_id=108286

# EXHIBIT Q

**REDACTED**

```
-----Original Message-----
From: Evert Carton [mailto:evert_carton@yahoo.co.uk]
Sent: Sunday, September 25, 2005 4:07 PM
To: Bill McEwen
Subject: Answers to your questions
```

Hi Bill,

Please find my answers to your questions below.

Could you, in return, please send me a reply to the comments I've sent you a couple o' weeks ago ?

1. What processors are you supporting at this time?
--------------------------------------------------

    We support the full range of PowerPC CPU's.

    Support for other CPU's would need to be negotiated with the Friedens who retain copyright of the kernel.

2. What processors are you wanting to support?
---------------------------------------------

    At this time we are only interested in supporting PowerPC and PowerPC derivatives like the CELL CPU as use in the Xbox360 and PS3.

3. Where is our copy of the OS 4.0 source and object code?
---------------------------------------------------------

    We can send you a copy of the object code of the current build of OS 4.0.

    We cannot at this stage release any source-code for the simple reason that we have not yet paid Olaf Barthel for the services he rendered to Amiga Inc. during the Gateway period and which consisted of a general clean-up of the original 3.1 source-code.

    It was only after Hyperion took over the undertaking by Amiga Inc. for compensation that Olaf Barthel was willing to provide Hyperion with access to the OS 3.1 source-code which remains stored on a repository under his control.

    The commitments undertaken by Amiga Inc. to provide mr. Barthel with compensation were clearly documented by him and Hyperion had to choose between either duplicating his work for many

1

months or committing contractually to paying him the
compensation promised by Amiga Inc.

More importantly however is the fact that due to financial
reasons Hyperion only has an object-code license to certain key
components of the OS such as the ExecSG kernel, among others,
with the third party developers retaining the ownership of the
code.

This does not impede the distribution of an object code version
of the OS to end-users but does preclude distribution of the
source-code to third parties.

All of this was explained at length and repeatedly to mr. Hare
with reference to the specific provisions in the 2001 agreement
which cover this situation.

4. Have you been talking with any 3rd party vendors that we should
   be aware of?
------------------------------------------------------------------

        None other than AHT who ended up using the probably illegal
        AmigaOS
        derivative AROS.


Regards,
Evert

# EXHIBIT R

[11:41:10 AM] Nicola Morocutti says: hi bill...
[11:41:19 AM] Nicola Morocutti says: have you free time to talk with me and Enrico now...
[11:42:10 AM] Nicola Morocutti says: You told us to give you 15 minutes but a bit more time passed since then ;)
[11:47:08 AM] Bill McEwen says: I am here
[11:47:26 AM] Nicola Morocutti says: good
[11:48:34 AM] Nicola Morocutti says: so we have something to discuss ;)
[11:49:31 AM] Bill McEwen says: Then let us discuss :)
[11:50:16 AM] Nicola Morocutti says: also Enrico is online we can add him to the discussion...
[11:50:27 AM] * Nicola Morocutti added Vidale Enrico to this chat
[11:50:45 AM] Bill McEwen says: Great.  Is Michael available as well?
[11:51:04 AM] Nicola Morocutti says: at the moment I don't see him online
[11:51:21 AM] Bill McEwen says: OK
[11:52:10 AM] Nicola Morocutti says: as you know we would like to know in wigh ways Amiga Inc could work with us for the SAM440 project
[11:52:32 AM] Bill McEwen says: Vidale do you the Askaninja site?
[11:52:57 AM] Bill McEwen says: Amiga is ready to help in everyway possible on the project.
[11:53:17 AM] Nicola Morocutti says: we prospected one way that would be giving us the license for the name Amiga 440 and the use on that machine of Amiga OS 4
[11:54:17 AM] Bill McEwen says: First I would like to know what kind of hardware products you are looking to build?
[11:54:28 AM] Vidale Enrico says: Hi Bill, how are you? i'm sorry but i have an appointement now,  please talk with Nicola for me
[11:55:01 AM] Bill McEwen says: I have been working with UD Tech in Bejing on a portable Amiga using an embedded PPC processor.
[11:55:21 AM] Bill McEwen says: Let me send you the specifications and pricing one moment.
[11:55:28 AM] Nicola Morocutti says: I think you received the feature list of the board
[11:55:47 AM] Nicola Morocutti says: Enrico send them to you in his last mail...
[11:56:44 AM] Bill McEwen says: □MPC7447A @ 867MHz  (200MHz FSB)
-On-chip L1  32-Kbyte instruction and 32-Kbyte data caches
-On-chip L2  1-Mbyte unified instruction and data cache
□Tundra Tsi108    (System controller )
-66MHz 64-bit PCI
-DDR2 Memory Controller
□Nor FLASH
(16MB)
□DDRII SDRAM
(128MB)
□Ethernet 10/100M(1 port)
□WLAN
(802.11b as an add-on option MINI PCI)
□Display

(4~5"LCD Module QVGA,or VGA)
☐External memory slot(SD or CF )
☐USB 2.0 Host(2 or 4 Ports)
☐Stereo speakers
☐Headset/earphone I/F
☐Keyboard
(8x8)
☐D" pad for navigation and an "A", "B" button
☐RS232 Console(1 port)
☐AC Power adaptor (100V-240V)
☐RoHS Compliant
[11:57:41 AM] Nicola Morocutti says: do you have also our board specs isn't it?
[11:58:15 AM] Nicola Morocutti says: is this board ready for production or it's only in project phase
[11:59:42 AM] Bill McEwen says: It is ready for production, but I have stopped the because of your project.  I do not want to compete with your project.
[12:00:26 PM] Nicola Morocutti says: it depends on the pricing of this board...
[12:01:02 PM] Bill McEwen says: 190.00 per unit for a 5" screen
[12:01:28 PM] Nicola Morocutti says: 190 dollars?
[12:01:35 PM] Bill McEwen says: Yes.
[12:02:16 PM] Bill McEwen says: Without harddrive or case.  Harddirve is 56.00 per unit for 40 gigabyte, and another 16.00 per case.
[12:02:18 PM] Nicola Morocutti says: but let me understand better... this should be a notebook or a palmtop (the 5" screen is very small for a notebook)..
[12:02:55 PM] Bill McEwen says: This is a mini notebook competition is the Nokia 770
[12:03:50 PM] Nicola Morocutti says: ah ok... well it's a quite different from SAM440...
[12:04:31 PM] Nicola Morocutti says: we think at the sam project like an equivalent of Amiga 500 or 1200... pushing it in the same market...
[12:04:50 PM] Bill McEwen says: This is why we are talking :)  I want to learn what your ideas are, and then I will tell you what we have going on and learn how to work together and acheive both goals.
[12:05:10 PM] Nicola Morocutti says: this is my idea too ;)
[12:05:36 PM] Bill McEwen says: Can you read PowerPoint slides?
[12:05:45 PM] Nicola Morocutti says: yes
[12:05:58 PM] Bill McEwen says: Do you have presentation around what your plans are?
[12:06:45 PM] Bill McEwen says: I will send you a powerpoint of what we have been working on, and then compare to what you are working on and the we can join forces.
[12:06:51 PM] Nicola Morocutti says: not a well written one... we have only some internal docs...
[12:07:06 PM] Bill McEwen says: I have pictures :)
[12:07:14 PM] Nicola Morocutti says: I would also like to send you a picture of the second project we are working on...
[12:07:32 PM] Bill McEwen says: Please do.
[12:07:56 PM] Nicola Morocutti says: if you look carefully at the picture you can see some interesting things....
[12:08:02 PM] Bill McEwen says: Downloading now.

[12:08:33 PM] Bill McEwen says: What am I looking at?

[12:08:39 PM] Nicola Morocutti says: I suggest you to look at the right side of the picture where you can see the PPC processor...

[12:08:54 PM] Nicola Morocutti says: this is OS 4 running on a G4 machine that isn't an Amiga One...

[12:09:57 PM] Nicola Morocutti says: as you can see it's a G4 running at 1,3Ghz

[12:10:19 PM] Bill McEwen says: But it shows an 020 running under emulation?

[12:11:10 PM] Nicola Morocutti says: yes these are the settings of the emnulators but this is obviously a VERY fast 68020 ;)

[12:11:39 PM] Bill McEwen says: Yes it is.  I do not understand the screen shot.

[12:11:53 PM] Bill McEwen says: Are you trying to show me OS 4 on a G4 machine?

[12:12:27 PM] Bill McEwen says: So this is a different offering beyond the 440?

[12:12:31 PM] Nicola Morocutti says: I'm trying to show you that also the second project we are working on for some moths is quite ready for the release

[12:13:09 PM] Nicola Morocutti says: yes the 440 is an hardware project and this second one is a software project hitting some third party hardware

[12:13:45 PM] Bill McEwen says: Is this runnging on a Mac?

[12:14:01 PM] Nicola Morocutti says: I can't reveal this now ;)

[12:14:44 PM] Bill McEwen says: So you have a software layer that is allowing OS 4 to Run on Mac's.......ok can this same software allow OS 4 to run on Cell?

[12:15:38 PM] Nicola Morocutti says: no, it's not a software layer... it's a real porting of it on minimac...

[12:16:15 PM] Bill McEwen says: How do you have access to OS 4 source code?

[12:16:46 PM] Nicola Morocutti says: as you can see we have two incredible products that could allow a radical change in the Amiga market situation

[12:17:11 PM] Nicola Morocutti says: we don't have direct access to the source... we are working with some italian OS4 developers and with Hyperion as well

[12:17:28 PM] Bill McEwen says: That answers my question thank you.

[12:17:41 PM] Nicola Morocutti says: it's more correct to say that we are paying the porting...

[12:18:39 PM] Nicola Morocutti says: so you can undestand that the situation is a bit confused to us since we need to know if there's any possibility to see Sam and the second project becomes reality for the mass Amiga market

[12:18:57 PM] Bill McEwen says: You are paying Hyperion?  or you are paying the Italian developers?

[12:19:13 PM] Nicola Morocutti says: this is why we ned to know if Amiga inc can help us in the licensing matters

[12:19:19 PM] Nicola Morocutti says: no we are paying the italian one...

[12:19:48 PM] Nicola Morocutti says: Hyperion works is a bit more of consulence than of real development

[12:20:01 PM] Bill McEwen says: It is really confusing since we paid Hyperion for the 405 and 440 port of Os 4 :)

[12:20:34 PM] Nicola Morocutti says: yes but we are paying for the imac porting that is a completely different job...

[12:20:45 PM] Bill McEwen says: Can we continue this conversation tomorrow?  I have to attend a meeting.  I will send you the powerpoint of what the plans are for OS4.

[12:21:07 PM] Nicola Morocutti says: yes...
[12:21:10 PM] Bill McEwen says: We will of course help you with the licensing situation and get all of this cleaned up and get it to market.
[12:21:22 PM] Bill McEwen says: Do you have OS 4 running on Sam yet?
[12:21:27 PM] Nicola Morocutti says: only one question please
[12:21:35 PM] Nicola Morocutti says: not at the moment...
[12:22:09 PM] Bill McEwen says: Yes?
[12:22:54 PM] Nicola Morocutti says: could you please provide us (maybe tomorrow) some ideas regarding the license fees of the sam and "moana" (is the project name of the mac porting) projects
[12:23:21 PM] Bill McEwen says: Yes, we can get that established.
[12:23:47 PM] Nicola Morocutti says: obviously if there will be any fees ;)
[12:23:58 PM] Bill McEwen says: Is the code that your Italian developers using the most recent OS 4 source code.  I want to make sure that it is current.
[12:24:37 PM] Nicola Morocutti says: yes it is... I think the kernel of the 405 and 440 porting Hyperion did for you could be outdated now
[12:25:51 PM] Bill McEwen says: We will have to check on that.  I will write to you later tonight, and start moving forward tomorrow.
[12:26:24 PM] Nicola Morocutti says: ok... let's meet online tomorrow...
[12:26:45 PM] Bill McEwen says: Great.
[12:26:48 PM] Nicola Morocutti says: bye...
[12:26:58 PM] Bill McEwen says: Have a good evening, bye.
[12:27:16 PM] * Bill McEwen left this chat