UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMIGA, INC., a Delaware corporation,<br><br>                   Plaintiffs,<br><br>   v.<br><br>HYPERION VOF, a Belgium corporation,<br><br>                   Defendant. | No. 07-0631-RSM<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 26, 2007, I presented the following documents:

1. Hyperion's Motion to Join ITEC, LLC as a Counterclaim Defendant;

2. Declaration of William A. Kinsel in Support of Hyperion's Motion to Join ITEC, LLC as a Party to the Action;

3. Declaration of Evert Carton in Support of Hyperion's Motion to Join ITEC, LLC as a Party to the Action.

And that on June 27, 2007, I presented the following document:

4. Certificate of Service

to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following persons:

CERTIFICATE OF SERVICE - 1

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

Dockets.Justia.com

| | | |
|---|---|---|
| 1 | | |
| 2 | Lawrence R. Cock, Esq. | Scott D. Baker, Esq. |
| 3 | Cable, Langenbach, Kinerk & Bauer, LLP<br>100 Second Avenue, Suite 3500 | Reed Smith LLP<br>Two Embarcadero Center, Suite 2000 |
| 4 | Seattle, WA  98104 | San Francisco, CA  94111-3922 |

and I hereby certify that I caused to be hand delivered on June 27, 2007 via legal messenger copies of documents 1 through 4 documents to the following CM/ECF participant:

Lawrence R. Cock, Esq.
Cable, Langenbach, Kinerk & Bauer, LLP
100 Second Avenue, Suite 3500
Seattle, WA  98104

DATED this 27th day of May, 2007.

KINSEL LAW OFFICES

By:_____s/William A. Kinsel_____
William A. Kinsel, WSBA #18077
Attorneys for Defendant Hyperion VOF

William A. Kinsel, Esq.
Kinsel Law Offices
2025 First Avenue, Suite 440
Seattle, WA  98121
Phone:  (206) 706-8148
Fax:    (206) 374-3201
Email:  wak@kinsellaw.com

cos2.doc

CERTIFICATE OF SERVICE - 2

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148