# United States District Court
# Western District of Washington

|                     |                                              |
|---------------------|----------------------------------------------|
| [                 ] | Case Number _____                   |
| Plaintiff(s)        |                                              |
| V.                  |                                              |
| [                 ] | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| Defendant(s)        |                                              |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

[                                            ]

The particular need for my appearance and participation is:

[                                            ]

I, _____ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: _____     Signature of Applicant:  s/ _____

Pro Hac Vice Attorney Applicant's Name:

Law Firm Name:

Street Address 1:

Address Line 2:

City:   State:   Zip:

Phone Number w/ Area Code  Example: 999-999-9999

**STATEMENT OF LOCAL COUNSEL**

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant _____ is unable to be present upon any date assigned by the court.

Date:   Signature of Local Counsel:  s/
_____   _____

Local Counsel's Name:

Law Firm Name:

Street Address 1:

Address Line 2:

City:   State:   Zip:

Phone Number w/ Area Code  Example: 999-999-9999