1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9

10   AMIGA, INC., a Delaware corporation,        No. 07-0631-RSM

11                    Plaintiffs,      **DECLARATION OF WILLIAM A.**

12     v.                              **KINSEL IN OPPOSITION TO AMIGA**
                                             **DELAWARE'S MOTION FOR**

13   HYPERION VOF, a Belgian corporation,    **JUDGMENT ON THE PLEADINGS**

14                    Defendant.      **NOTED ON MOTION CALENDAR:**
                                             **Friday, July 27, 2007**

15

16         William A. Kinsel, under penalty of perjury, declares and states as follows:

17         1.       I am counsel for Hyperion Entertainment, VOF. I am over the age of 18, I have

18 personal knowledge of the matters stated herein and I am competent to testify.

19         2.       In paragraph 25 of Amiga Delaware's Complaint, plaintiff alleges that on July

20 28, 2006, it filed an application to register its stylized "Amiga" logo mark under Serial Number

21 78/940,426. On July 18, 2007, I visited the Trademark Electronic Search System ("Tess") to

22 determine the status of that application. Attached hereto as Exhibit A are true and accurate

23 copies of six pages from the TESS system regarding the status of that application. At Exhibit

24 A, p. 8, TESS states that "[a]n office action making FINAL a refusal to register the mark has

25

26

**DECLARATION OF WILLIAM A. KINSEL OPPOSING**
**MOTION FOR JUDGMENT ON THE PLEADINGS**    - 1
**Cause No: 07-0631-RSM**

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

Dockets.Justia.com

1    been mailed" on July 12, 2007. This final action is also reflected on the prosecution history

2    that appears at Exhibit A, p. 10.

3       3.      In paragraph 25 of Amiga Delaware's Complaint, plaintiff alleges that on July

4    28, 2006, it filed an application to register the Amiga "Boing Ball" logo under Serial Number

5    78/940,434. On July 18, 2007, I visited the Trademark Electronic Search System ("Tess") to

6    determine the status of that application. Attached hereto as Exhibit B are true and accurate

7    copies of six pages from the TESS system regarding the status of that application. At Exhibit

8    B, p. 14, TESS states that "[a]n office action making FINAL a refusal to register the mark has

9

10    been mailed" on July 12, 2007. This final action is also reflected on the prosecution history

     that appears at Exhibit B, p. 16.

11

12       4.      Hyperion has located three other trademark applications that were filed by

13    Amiga Delaware, which applications were not mentioned by Amiga Delaware in its Complaint.

14    One of them is for the basic word mark "Amiga." It was also filed on July 28, 2006, under

15    Serial Number 78940417. On July 18, 2007, I visited the Trademark Electronic Search System

16    ("Tess") to determine the status of that application. Attached hereto as Exhibit C are true and

17    accurate copies of five pages from the TESS system regarding the status of that application. At

18    Exhibit C, p. 20, TESS states that "[a]n office action making FINAL a refusal to register the

19    mark has been mailed" on July 11, 2007. This final action is also reflected on the prosecution

20    history that appears at Exhibit C, p. 22.

21       5.      The next trademark application filed by Amiga Delaware that was *not*

22    mentioned in the Complaint is for the word mark "Amiga Enabled." It was filed on August 1,

23    2006, under Serial Number 78942551. On July 18, 2007, I visited the Trademark Electronic

24    Search System ("Tess") to determine the status of that application. Attached hereto as Exhibit

25    D are true and accurate copies of five pages from the TESS system regarding the status of that

26

DECLARATION OF WILLIAM A. KINSEL OPPOSING
MOTION FOR JUDGMENT ON THE PLEADINGS     - 2
Cause No: 07-0631-RSM

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

application.  At Exhibit D, p. 25, TESS states that "[a]n office action making FINAL a refusal to register the mark has been mailed" on July 12, 2007.  This final action is also reflected on the prosecution history that appears at Exhibit D, p. 26.

6.    The third trademark application filed by Amiga Delaware that was *not* mentioned in the Complaint is for the word mark "Amiga Anywhere."  It was also filed on August 1, 2006, under Serial Number 78942544.  On July 18, 2007, I visited the Trademark Electronic Search System ("Tess") to determine the status of that application.  Attached hereto as Exhibit E are true and accurate copies of five pages from the TESS system regarding the status of that application.  At Exhibit E, p. 30, TESS states that "[a]n office action making FINAL a refusal to register the mark has been mailed" on July 12, 2007.  This final action is also reflected on the prosecution history that appears at Exhibit E, p. 31.

7.    In paragraph 22 of Amiga Delaware's complaint, plaintiff implicitly attempts to lay claim to a trademark filing by an "Amiga" entity that took place on December 4, 1985, and which was issued registration number 1401045 on July 15, 1986.  On July 18, 2007, I visited the Trademark Electronic Search System ("Tess") to determine the status of that registration.  Attached hereto as Exhibit F are true and accurate copies of six pages from the TESS system regarding the status of that application.  Page 33 of Exhibit F indicates that the last/current owner is Amiga, Inc., a Washington corporation.  The TESS Trademark Assignment Abstract, by contrast, lists as its last assignee Amiga, Inc., a Delaware corporation.  (See Exhibit F, p. 37, Assignment 8.)  That supposed chain of title, however, includes two "corrective assignments," one recorded on June 27, 2007 (Assignment 5 at Exhibit F, p. 36) and one on January 31, 2006 (Assignment No. 8 at Exhibit F, p. 37.)

8.    In paragraph 23 of Amiga Delaware's complaint, plaintiff implicitly attempts to lay claim to a "Powered by Amiga" trademark filing by an "Amiga" entity that took place on

**DECLARATION OF WILLIAM A. KINSEL OPPOSING**
**MOTION FOR JUDGMENT ON THE PLEADINGS**        - 3
**Cause No:  07-0631-RSM**

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

1    August 19, 1997, and which was issued registration number 2369059. On July 18, 2007, I

2    visited the Trademark Electronic Search System ("Tess") to determine the status of that

3    registration. Attached hereto as Ex. G are true and accurate copies of six pages from the TESS

4    system regarding the status of that application. Page 39 of Ex. G indicates that the last/current

5    owner is Amiga, Inc., a Washington corporation. The TESS Trademark Assignment Abstract,

6    by contrast, lists as its last assignee Amiga, Inc., a Delaware corporation. (See Ex. G, p. 43,

7    Assignment 9.) That supposed chain of title, however, includes two "corrective assignments,"

8    one recorded on June 26, 2007 (Assignment 7 at Ex. G, p. 42) and one on January 31, 2006

9    (Assignment No. 9 at Ex. G, p. 43.) Assignment 7 has Amiga, Inc., a Washington corporation,

10   confirming on June 26, 2007, that it conducted that assignment. Amiga Washington, however,

11   had ceased to exist on September 30, 2004. (Dkt. 25, Ex. C, p. 23.)

12   

13       9.      In paragraph 24 of Amiga Delaware's complaint, plaintiff implicitly attempts to

14   lay claim to another trademark application for the mark "Amiga" that was filed by Amiga

15   Washington on July 11, 2000, and which was issued registration number 2802748 on January

16   6, 2004. On July 18, 2007, I visited the Trademark Electronic Search System ("Tess") to

17   determine the status of that registration. Attached hereto as Exhibit H are true and accurate

18   copies of four pages from the TESS system regarding the status of that application. Page 45 of

19   Exhibit H indicates that the last/current owner is Amiga, Inc., a Washington corporation. The

20   TESS Trademark Assignment Abstract, by contrast, lists as its last assignee Amiga, Inc., a

21   Delaware corporation. (See Exhibit H, p. 47, Assignment 3.) A review of that supposed chain

22   of title, however, includes one "corrective assignment" recorded on January 31, 2006

23   (Assignment 3), but more importantly, reflects no assignment from Amiga Washington to

24   KMOS, which assignment would have been necessary to change the original registrant. (See

25   

26   

DECLARATION OF WILLIAM A. KINSEL OPPOSING
MOTION FOR JUDGMENT ON THE PLEADINGS      - 4
Cause No: 07-0631-RSM

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

1  the top of Ex. H, page 47, which reveals the missing gap between the original registrant and

2  Assignment No. 1.)

3            **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS**
              **OF THE STATE OF WASHINGTON THAT THE FOREGOING IS**
4            **TRUE AND CORRECT.**

5

6  _July 20, 2007_                              _William A. Kinsel_
7  Date                                          William A. Kinsel

8  _Seattle, WA_
   Place
9
   521p.doc
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DECLARATION OF WILLIAM A. KINSEL OPPOSING
MOTION FOR JUDGMENT ON THE PLEADINGS       - 5
Cause No:  07-0631-RSM

                                        LAW OFFICES OF
                                  WILLIAM A. KINSEL, PLLC
                                     MARKET PLACE TOWER
                                    2025 First Avenue, Suite 440
                                   SEATTLE, WASHINGTON 98121
                                        (206) 706-8148



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System(Tess)**

*TESS was last updated on Wed Jul 18 04:06:44 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# AMIGA

| | |
|---|---|
| **Word Mark** | AMIGA |
| **Translations** | "The foreign wording in the mark translates into English as female friend." |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer software used to facilitate development of software applications that can run on multiple platforms and other electronic devices; operating system software for personal computers and other electronic devices; electronic magazines in field of computers and computer technology recorded on computer media; computers, computer peripherals; telecommunications and computer communications equipment, namely, telephones, fax machines, modems and switches; routers, hubs, network switches and communications servers; computer operating systems; computer disk drives; RAM expansion cartridges and external memory devices, namely, drives and memory expansion modules; computer application software, computer operating software and computer operating systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies, including cellular and mobile telecommunications, smart phones, PDAs, web-based servers, television entertainment, entertainment, games and gaming consoles, personal computing, word processing, Internet applications including web browsing, calculators and related devices and technologies; developer support kits consisting primarily of computer software development tools, for use in developing computer software |
| | IC 016. US 002 005 022 023 029 037 038 050. G & S: Magazines in the field of computers and computer technology |
| | IC 035. US 100 101 102. G & S: On-line retail and wholesale store services featuring application and operating software and systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies |
| | IC 038. US 100 101 104. G & S: Providing on-line forums for transmission of messages among computer users concerning computers and computer technology |
| | IC 042. US 100 101. G & S: Technical support services for software developers, namely, consulting and troubleshooting of computer software problems; computer software consultation |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design** | 26.09.21 - Squares that are completely or partially shaded |

**Exhibit A, p. 6**

Trademark Electronic Search System (TESS)                                                                    Page 2 of 2

| | |
|---|---|
| **Search Code** | 27.03.01 - Geometric figures forming letters, numerals or punctuation |
| **Serial Number** | 78940426 |
| **Filing Date** | July 28, 2006 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Amiga, Inc. CORPORATION DELAWARE Suite 301 167 Madison Avenue New York NEW YORK 10016 |
| **Attorney of Record** | Darren B. Cohen |
| **Prior Registrations** | 1401045;2319266;2369059 |
| **Description of Mark** | The mark consists of the stylized word AMIGA. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |



[.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Exhibit A, p. 7**

Latest Status Info

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-07-18 17:43:37 ET

**Serial Number:** 78940426 Assignment Information

**Registration Number:** (NOT AVAILABLE)

**Mark**



**(words only):** AMIGA

**Standard Character claim:** No

**Current Status:** An office action making FINAL a refusal to register the mark has been mailed.

**Date of Status:** 2007-07-12

**Filing Date:** 2006-07-28

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**Attorney Assigned:**
RHIM ANDREW Employee Location

**Current Location:** L1X -TMEG Law Office 101 - Examining Attorney Assigned

**Date In Location:** 2007-07-12

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Amiga, Inc.

**Address:**
Amiga, Inc.
Suite 301 167 Madison Avenue
New York, NY 10016
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

Exhibit A, p. 8

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Computer software used to facilitate development of software applications that can run on multiple platforms and other electronic devices; operating system software for personal computers and other electronic devices; electronic magazines in field of computers and computer technology recorded on computer media; computers, computer peripherals; telecommunications and computer communications equipment, namely, telephones, fax machines, modems and switches; routers, hubs, network switches and communications servers; computer operating systems; computer disk drives; RAM expansion cartridges and external memory devices, namely, drives and memory expansion modules; computer application software, computer operating software and computer operating systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies, including cellular and mobile telecommunications, smart phones, PDAs, web-based servers, television entertainment, entertainment, games and gaming consoles, personal computing, word processing, Internet applications including web browsing, calculators and related devices and technologies; developer support kits consisting primarily of computer software development tools, for use in developing computer software
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 016
**Class Status:** Active
Magazines in the field of computers and computer technology
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 035
**Class Status:** Active
On-line retail and wholesale store services featuring application and operating software and systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 038
**Class Status:** Active
Providing on-line forums for transmission of messages among computer users concerning computers and computer technology
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 042
**Class Status:** Active
Technical support services for software developers, namely, consulting and troubleshooting of computer software problems; computer software consultation
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)                    Exhibit A, p. 9

## ADDITIONAL INFORMATION

**Description of Mark:** The mark consists of the stylized word AMIGA.

**Translation:** "The foreign wording in the mark translates into English as female friend."

**Design Search Code(s):**
26.09.21 - Squares that are completely or partially shaded
27.03.01 - Geometric figures forming letters, numerals or punctuation

**Prior Registration Number(s):**
1401045
2319266
2369059

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-07-12 - Notification Of Final Refusal Emailed

2007-07-12 - Final refusal e-mailed

2007-07-12 - Final Refusal Written

2007-06-22 - Teas/Email Correspondence Entered

2007-06-22 - Communication received from applicant

2007-06-22 - TEAS Response to Office Action Received

2006-12-22 - Non-final action e-mailed

2006-12-22 - Non-Final Action Written

2006-12-22 - Assigned To Examiner

2006-08-03 - Notice Of Design Search Code Mailed

2006-08-02 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Darren B. Cohen

**Correspondent**
DARREN B. COHEN
REED SMITH LLP
599 LEXINGTON AVE

**Exhibit A, p. 10**

NEW YORK, NY 10022-6030
Phone Number: (212) 549-0346
Fax Number: (212) 521-5450

**Exhibit A, p. 11**

Trademark Electronic Search System (TESS)                                    Page 1 of 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 18 04:06:44 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer software used to facilitate development of software applications that can run on multiple platforms and other electronic devices; operating system software for personal computers and other electronic devices; electronic magazines in field of computers and computer technology recorded on computer media; computers, computer peripherals; telecommunications and computer communications equipment, namely, telephones, fax machines, modems and switches; routers, hubs, network switches and communications servers; computer operating systems; computer disk drives; RAM expansion cartridges and external memory devices, namely, drives and memory expansion modules; computer application software, computer operating software and computer operating systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies, including cellular and mobile telecommunications, smart phones, PDAs, web-based servers, television entertainment, entertainment, games and gaming consoles, personal computing, word processing, Internet applications including web browsing, calculators and related devices and technologies; developer support kits consisting primarily of computer software development tools, for use in developing computer software |

IC 016. US 002 005 022 023 029 037 038 050. G & S: Magazines in the field of computers and computer technology

IC 035. US 100 101 102. G & S: On-line retail and wholesale store services featuring application and operating software and systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies

IC 038. US 100 101 104. G & S: Providing on-line forums for transmission of messages among computer users concerning computers and computer technology

IC 042. US 100 101. G & S: Technical support services for software developers, namely, consulting and troubleshooting of computer software problems; computer software consultation

| **Mark Drawing Code** | (2) DESIGN ONLY |

Exhibit B, p. 12

| **Design Search** | 21.03.01 - Balls including playground balls, beach balls, billiard balls, tennis balls, bingo balls and lottery balls; Beach balls; Billiard balls; Bingo balls; Lottery balls; Paddle balls; Playground balls; Table |

Trademark Electronic Search System (TESS)                                                                    Page 2 of 2

| | |
|---|---|
| **Code** | tennis balls; Tennis balls<br>25.03.01 - Checker board pattern; Checkerboard patterns |
| **Serial Number** | 78940434 |
| **Filing Date** | July 28, 2006 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Amiga, Inc. CORPORATION DELAWARE Suite 301 167 Madison Avenue New York NEW YORK 10016 |
| **Attorney of Record** | Darren B. Cohen |
| **Description of Mark** | "The color(s) red and white is/are claimed as a feature of the mark.". "The mark consists of a ball logo, in which the color red appears in the checkered design within the ball design of the mark, and the color white appears in the checkered design within the ball design of the mark." |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit B, p. 13

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-18 17:49:19 ET

**Serial Number:** 78940434 <u>Assignment Information</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**



**Standard Character claim:** No

**Current Status:** An office action making FINAL a refusal to register the mark has been mailed.

**Date of Status:** 2007-07-12

**Filing Date:** 2006-07-28

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**Attorney Assigned:**
RHIM ANDREW <u>Employee Location</u>

**Current Location:** L1X -TMEG Law Office 101 - Examining Attorney Assigned

**Date In Location:** 2007-07-12

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Amiga, Inc.

**Address:**
Amiga, Inc.
Suite 301 167 Madison Avenue
New York, NY 10016
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

Exhibit B, p. 14

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Computer software used to facilitate development of software applications that can run on multiple platforms and other electronic devices; operating system software for personal computers and other electronic devices; electronic magazines in field of computers and computer technology recorded on computer media; computers, computer peripherals; telecommunications and computer communications equipment, namely, telephones, fax machines, modems and switches; routers, hubs, network switches and communications servers; computer operating systems; computer disk drives; RAM expansion cartridges and external memory devices, namely, drives and memory expansion modules; computer application software, computer operating software and computer operating systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies, including cellular and mobile telecommunications, smart phones, PDAs, web-based servers, television entertainment, entertainment, games and gaming consoles, personal computing, word processing, Internet applications including web browsing, calculators and related devices and technologies; developer support kits consisting primarily of computer software development tools, for use in developing computer software
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 016
**Class Status:** Active
Magazines in the field of computers and computer technology
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 035
**Class Status:** Active
On-line retail and wholesale store services featuring application and operating software and systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 038
**Class Status:** Active
Providing on-line forums for transmission of messages among computer users concerning computers and computer technology
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 042
**Class Status:** Active
Technical support services for software developers, namely, consulting and troubleshooting of computer software problems; computer software consultation
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**Exhibit B, p. 15**

## ADDITIONAL INFORMATION

**Color(s) Claimed:** "The color(s) red and white is/are claimed as a feature of the mark."

**Description of Mark:** "The mark consists of a ball logo, in which the color red appears in the checkered design within the ball design of the mark, and the color white appears in the checkered design within the ball design of the mark."

**Design Search Code(s):**
**21.03.01** - Balls including playground balls, beach balls, billiard balls, tennis balls, bingo balls and lottery balls; Beach balls; Billiard balls; Bingo balls; Lottery balls; Paddle balls; Playground balls; Table tennis balls; Tennis balls
**25.03.01** - Checker board pattern; Checkerboard patterns

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-07-12 - Notification Of Final Refusal Emailed

2007-07-12 - Final refusal e-mailed

2007-07-12 - Final Refusal Written

2007-06-22 - Teas/Email Correspondence Entered

2007-06-22 - Communication received from applicant

2007-06-22 - TEAS Response to Office Action Received

2006-12-28 - Non-final action e-mailed

2006-12-28 - Non-Final Action Written

2006-12-22 - Assigned To Examiner

2006-08-03 - Notice Of Design Search Code Mailed

2006-08-02 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Darren B. Cohen

**Correspondent**
DARREN B. COHEN
REED SMITH LLP
599 LEXINGTON AVE
NEW YORK, NY 10022-6030
Phone Number: (212) 549-0346
Fax Number: (212) 521-5450

**Exhibit B, p. 16**



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > **Trademark Electronic Search System(Tess)**

*TESS was last updated on Wed Jul 18 04:06:44 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

# AMIGA

| | |
|---|---|
| **Word Mark** | AMIGA |
| **Translations** | "The foreign wording in the mark translates into English as female friend." |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer software used to facilitate development of software applications that can run on multiple platforms and other electronic devices; operating system software for personal computers and other electronic devices; electronic magazines in field of computers and computer technology recorded on computer media; computers, computer peripherals; telecommunications and computer communications equipment, namely, telephones, fax machines, modems and switches; routers, hubs, network switches and communications servers; computer operating systems; computer disk drives; RAM expansion cartridges and external memory devices, namely, drives and memory expansion modules; computer application software, computer operating software and computer operating systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies, including cellular and mobile telecommunications, smart phones, PDAs, web-based servers, television entertainment, entertainment, games and gaming consoles, personal computing, word processing, Internet applications including web browsing, calculators and related devices and technologies; developer support kits consisting primarily of computer software development tools, for use in developing computer software

IC 016. US 002 005 022 023 029 037 038 050. G & S: Magazines in the field of computers and computer technology

IC 035. US 100 101 102. G & S: On-line retail and wholesale store services featuring application and operating software and systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies

IC 038. US 100 101 104. G & S: Providing on-line forums for transmission of messages among computer users concerning computers and computer technology

IC 042. US 100 101. G & S: Technical support services for software developers, namely, consulting and troubleshooting of computer software problems; computer software consultation |
| **Standard Characters Claimed** | |

**Exhibit C, p. 18**

| | |
|---|---|
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78940417 |
| **Filing Date** | July 28, 2006 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Amiga, Inc. CORPORATION DELAWARE Suite 301 167 Madison Avenue New York NEW YORK 10016 |
| **Attorney of Record** | Darren B. Cohen |
| **Prior Registrations** | 1401045;2319266;2369059 |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Exhibit C, p. 19**

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-07-18 17:52:55 ET

**Serial Number:** 78940417 <u>Assignment Information</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**



**(words only):** AMIGA

**Standard Character claim:** Yes

**Current Status:** An office action making FINAL a refusal to register the mark has been mailed.

**Date of Status:** 2007-07-11

**Filing Date:** 2006-07-28

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**Attorney Assigned:**
RHIM ANDREW <u>Employee Location</u>

**Current Location:** L1X -TMEG Law Office 101 - Examining Attorney Assigned

**Date In Location:** 2007-07-11

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Amiga, Inc.

**Address:**
Amiga, Inc.
Suite 301 167 Madison Avenue
New York, NY 10016
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

Exhibit C, p. 20

http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=78940417

7/18/2007

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Computer software used to facilitate development of software applications that can run on multiple platforms and other electronic devices; operating system software for personal computers and other electronic devices; electronic magazines in field of computers and computer technology recorded on computer media; computers, computer peripherals; telecommunications and computer communications equipment, namely, telephones, fax machines, modems and switches; routers, hubs, network switches and communications servers; computer operating systems; computer disk drives; RAM expansion cartridges and external memory devices, namely, drives and memory expansion modules; computer application software, computer operating software and computer operating systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies, including cellular and mobile telecommunications, smart phones, PDAs, web-based servers, television entertainment, entertainment, games and gaming consoles, personal computing, word processing, Internet applications including web browsing, calculators and related devices and technologies; developer support kits consisting primarily of computer software development tools, for use in developing computer software
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 016
**Class Status:** Active
Magazines in the field of computers and computer technology
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 035
**Class Status:** Active
On-line retail and wholesale store services featuring application and operating software and systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 038
**Class Status:** Active
Providing on-line forums for transmission of messages among computer users concerning computers and computer technology
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 042
**Class Status:** Active
Technical support services for software developers, namely, consulting and troubleshooting of computer software problems; computer software consultation
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**Exhibit C, p. 21**

## ADDITIONAL INFORMATION

**Translation:** "The foreign wording in the mark translates into English as female friend."

**Prior Registration Number(s):**
1401045
2319266
2369059

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-07-11 - Notification Of Final Refusal Emailed

2007-07-11 - Final refusal e-mailed

2007-07-11 - Final Refusal Written

2007-06-22 - Teas/Email Correspondence Entered

2007-06-22 - Communication received from applicant

2007-06-22 - TEAS Response to Office Action Received

2006-12-22 - Non-final action e-mailed

2006-12-22 - Non-Final Action Written

2006-12-22 - Assigned To Examiner

2006-08-02 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Darren B. Cohen

**Correspondent**
DARREN B. COHEN
REED SMITH LLP
599 LEXINGTON AVE
NEW YORK, NY 10022-6030
Phone Number: (212) 549-0346
Fax Number: (212) 521-5450

**Exhibit C, p. 22**



Trademark Electronic Search System (TESS)                                    Page 1 of 2

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

TESS was last updated on Wed Jul 18 04:06:44 EDT 2007

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# AMIGA ENABLED

| | |
|---|---|
| **Word Mark** | AMIGA ENABLED |
| **Translations** | "The foreign wording in the mark translates into English as female friend." |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer software used to facilitate development of software applications that can run on multiple platforms and other electronic devices; operating system software for personal computers and other electronic devices; electronic magazines in field of computers and computer technology recorded on computer media; computers, computer peripherals; telecommunications and computer communications equipment, namely, telephones, fax machines, modems and switches; routers, hubs, network switches and communications servers; computer operating systems; computer disk drives; RAM expansion cartridges and external memory devices, namely, drives and memory expansion modules; computer application software, computer operating software and computer operating systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies, including cellular and mobile telecommunications, smart phones, PDAs, web-based servers, television entertainment, entertainment, games and gaming consoles, personal computing, word processing, Internet applications including web browsing, calculators and related devices and technologies; developer support kits consisting primarily of computer software development tools, for use in developing computer software |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78942551 |
| **Filing Date** | August 1, 2006 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Amiga, Inc. CORPORATION DELAWARE Suite 301 167 Madison Avenue New York NEW YORK 10016 |

Exhibit D, p. 23

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Attorney of Record** | Darren B. Cohen |
| **Prior Registrations** | 1401045;2369059;2802748 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ENABLED" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Exhibit D, p. 24**

Thank you for your request. Here are the latest results from the TARR web server.

This page was generated by the TARR system on 2007-07-18 17:54:52 ET

**Serial Number:** 78942551 Assignment Information

**Registration Number:** (NOT AVAILABLE)

**Mark**

# AMIGA ENABLED

**(words only):** AMIGA ENABLED

**Standard Character claim:** Yes

**Current Status:** An office action making FINAL a refusal to register the mark has been mailed.

**Date of Status:** 2007-07-12

**Filing Date:** 2006-08-01

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**Attorney Assigned:**
RHIM ANDREW Employee Location

**Current Location:** L1X -TMEG Law Office 101 - Examining Attorney Assigned

**Date In Location:** 2007-07-12

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Amiga, Inc.

**Address:**
Amiga, Inc.
Suite 301 167 Madison Avenue
New York, NY 10016
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

**Exhibit D, p. 25**

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Computer software used to facilitate development of software applications that can run on multiple platforms and other electronic devices; operating system software for personal computers and other electronic devices; electronic magazines in field of computers and computer technology recorded on computer media; computers, computer peripherals; telecommunications and computer communications equipment, namely, telephones, fax machines, modems and switches; routers, hubs, network switches and communications servers; computer operating systems; computer disk drives; RAM expansion cartridges and external memory devices, namely, drives and memory expansion modules; computer application software, computer operating software and computer operating systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies, including cellular and mobile telecommunications, smart phones, PDAs, web-based servers, television entertainment, entertainment, games and gaming consoles, personal computing, word processing, Internet applications including web browsing, calculators and related devices and technologies; developer support kits consisting primarily of computer software development tools, for use in developing computer software
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Disclaimer:** "ENABLED"

**Translation:** "The foreign wording in the mark translates into English as female friend."

**Prior Registration Number(s):**
1401045
2369059
2802748

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-07-12 - Notification Of Final Refusal Emailed

2007-07-12 - Final refusal e-mailed

2007-07-12 - Final Refusal Written

2007-06-22 - Teas/Email Correspondence Entered

2007-06-22 - Communication received from applicant

2007-06-22 - TEAS Response to Office Action Received

**Exhibit D, p. 26**

2006-12-27 - Non-final action e-mailed

2006-12-27 - Non-Final Action Written

2006-12-22 - Assigned To Examiner

2006-08-04 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Darren B. Cohen

**Correspondent**
DARREN B. COHEN
REED SMITH LLP
599 LEXINGTON AVE
NEW YORK, NY 10022-6030
Phone Number: (212) 549-0346
Fax Number: (212) 521-5450

**Exhibit D, p. 27**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > **Trademark Electronic Search System(Tess)**

*TESS was last updated on Wed Jul 18 04:06:44 EDT 2007*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*

# AMIGA ANYWHERE

| | |
|---|---|
| **Word Mark** | AMIGA ANYWHERE |
| **Translations** | "The foreign wording in the mark translates into English as female friend." |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer software used to facilitate development of software applications that can run on multiple platforms and other electronic devices; operating system software for personal computers and other electronic devices; electronic magazines in field of computers and computer technology recorded on computer media; computers, computer peripherals; telecommunications and computer communications equipment, namely, telephones, fax machines, modems and switches; routers, hubs, network switches and communications servers; computer operating systems; computer disk drives; RAM expansion cartridges and external memory devices, namely, drives and memory expansion modules; computer application software, computer operating software and computer operating systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies, including cellular and mobile telecommunications, smart phones, PDAs, web-based servers, television entertainment, entertainment, games and gaming consoles, personal computing, word processing, Internet applications including web browsing, calculators and related devices and technologies; developer support kits consisting primarily of computer software development tools, for use in developing computer software |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Design Search Code** | |
| **Serial Number** | 78942544 |
| **Filing Date** | August 1, 2006 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Owner** | (APPLICANT) Amiga, Inc. CORPORATION DELAWARE Suite 301 167 Madison Avenue New York NEW YORK 10016 |

Exhibit E, p. 28

| | |
|---|---|
| **Attorney of Record** | Darren B. Cohen |
| **Prior Registrations** | 1401045;2369059;2802748 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Exhibit E, p. 29**

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-07-18 17:57:29 ET

**Serial Number:** 78942544 Assignment Information

**Registration Number:** (NOT AVAILABLE)

**Mark**

# AMIGA ANYWHERE

**(words only):** AMIGA ANYWHERE

**Standard Character claim:** Yes

**Current Status:** An office action making FINAL a refusal to register the mark has been mailed.

**Date of Status:** 2007-07-12

**Filing Date:** 2006-08-01

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**Attorney Assigned:**
RHIM ANDREW Employee Location

**Current Location:** L1X -TMEG Law Office 101 - Examining Attorney Assigned

**Date In Location:** 2007-07-12

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Amiga, Inc.

**Address:**
Amiga, Inc.
Suite 301 167 Madison Avenue
New York, NY 10016
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

Exhibit E, p. 30

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Computer software used to facilitate development of software applications that can run on multiple platforms and other electronic devices; operating system software for personal computers and other electronic devices; electronic magazines in field of computers and computer technology recorded on computer media; computers, computer peripherals; telecommunications and computer communications equipment, namely, telephones, fax machines, modems and switches; routers, hubs, network switches and communications servers; computer operating systems; computer disk drives; RAM expansion cartridges and external memory devices, namely, drives and memory expansion modules; computer application software, computer operating software and computer operating systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies, including cellular and mobile telecommunications, smart phones, PDAs, web-based servers, television entertainment, entertainment, games and gaming consoles, personal computing, word processing, Internet applications including web browsing, calculators and related devices and technologies; developer support kits consisting primarily of computer software development tools, for use in developing computer software
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Translation:** "The foreign wording in the mark translates into English as female friend."

**Prior Registration Number(s):**
1401045
2369059
2802748

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-07-12 - Notification Of Final Refusal Emailed

2007-07-12 - Final refusal e-mailed

2007-07-12 - Final Refusal Written

2007-06-22 - Teas/Email Correspondence Entered

2007-06-22 - Communication received from applicant

2007-06-22 - TEAS Response to Office Action Received

2006-12-27 - Non-final action e-mailed

**Exhibit E, p. 31**

2006-12-27 - Non-Final Action Written

2006-12-22 - Assigned To Examiner

2006-08-04 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Darren B. Cohen

**Correspondent**
DARREN B. COHEN
REED SMITH LLP
599 LEXINGTON AVE
NEW YORK, NY 10022-6030
Phone Number: (212) 549-0346
Fax Number: (212) 521-5450

Trademark Electronic Search System (TESS)

Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 18 04:06:44 EDT 2007*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status |   ( *Use the "Back" button of the Internet Browser to return to TESS*)

## Typed Drawing

| | |
|---|---|
| **Word Mark** | AMIGA |
| **Translations** | FRIENDLY |
| **Goods and Services** | IC 009. US 026 038. G & S: COMPUTERS, COMPUTER DISK DRIVES, RAM EXPANSION CARTRIDGES, COMPUTER MONITORS, AND COMPUTER MODEMS. FIRST USE: 19850723. FIRST USE IN COMMERCE: 19850806 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 73571532 |
| **Filing Date** | December 4, 1985 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 22, 1986 |
| **Registration Number** | **1401045** |
| **Registration Date** | July 15, 1986 |
| **Owner** | (REGISTRANT) COMMODORE-AMIGA, INC. CORPORATION CALIFORNIA 983 UNIVERSITY AVENUE LOS GATOS CALIFORNIA 95030 |
| | (LAST LISTED OWNER) AMIGA, INC. CORPORATION WASHINGTON Suite 301 167 Madison Avenue NEW YORK NEW YORK 10016 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Darren B. Cohen |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20060926. |
| **Renewal** | 1ST RENEWAL 20060926 |
| **Live/Dead** | |

**Exhibit F, p. 33**

Trademark Electronic Search System (TESS)

**Indicator**    LIVE

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit F, p. 34



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 8**

**Serial #:** 73571532    **Filing Dt:** 12/04/1985    **Reg #:** 1401045    **Reg. Dt:** 07/15/1986
**Registrant:** COMMODORE-AMIGA, INC.
**Mark:** AMIGA

**Assignment: 1**
**Reel/Frame:** 1366/0596    **Received:** 07/31/1995    **Recorded:** 06/26/1995    **Pages:** 8
**Conveyance:** ASSIGNMENT OF AN UNDIVIDED PART OF ASSIGNORS INTEREST
**Assignors:** COMMODORE ELECTRONICS LIMITED    **Exec Dt:** 05/01/1995
    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

COMMODORE AMIGA, INC.    **Exec Dt:** 05/01/1995
    **Entity Type:** CORPORATION
    **Citizenship:** CALIFORNIA

COMMODORE BUSINESS MACHINES, INC.    **Exec Dt:** 05/01/1995
    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

**Assignee:** ESCOM AG    **Entity Type:** CORPORATION
PIERGARTENSTRASSE 9    **Citizenship:** GERMANY
HEPPENHEIM, GERMANY D-64646
**Correspondent:** ALLAN RATNER
RATNER & PRESTIA
500 NORTH GULPH ROAD, P.O. BOX 980
VALLEY FORGE, PA 19482

**Assignment: 2**
**Reel/Frame:** 1746/0455    **Received:** 06/30/1998    **Recorded:** 06/09/1998    **Pages:** 3
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** ESCOM AG    **Exec Dt:** 05/19/1998
    **Entity Type:** CORPORATION
    **Citizenship:** GERMANY

**Assignee:** AMIGA DEVELOPMENT LLC    **Entity Type:** A DELAWARE LIMITED
600 NORTH DERBY LANE    LIABILITY COMPANY
NORTH SIOUX CITY, SOUTH DAKOTA 57049    **Citizenship:** NONE
**Correspondent:** JENKENS & GILCHRIST, P.C.
P. WESTON MUSSELMAN, JR.
1445 ROSS AVENUE, STE. 3200
DALLAS, TX 75202-2799

**Assignment: 3**
**Reel/Frame:** 2037/0095    **Received:** 03/21/2000    **Recorded:** 02/15/2000    **Pages:** 3
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** AMIGA DEVELOPMENT LLC    **Exec Dt:** 12/29/1999
    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

**Assignee:** AMINO DEVELOPMENT CORPORATION    **Entity Type:** CORPORATION
23800 SE KENT KANGLEY ROAD, SUITE 3    **Citizenship:** WASHINGTON
MAPLE VALLEY, WASHINGTON 98038
**Correspondent:** JENKENS & GILCHRIST, P.C.
P. WESTON MUSSELMAN, JR.
1445 ROSS AVENUE, STE. 3200

**Exhibit F, p. 35**

DALLAS, TEXAS 75202-2799

## Assignment: 4

**Reel/Frame:** 2037/0080        **Received:** 03/21/2000        **Recorded:** 02/15/2000        **Pages:** 2

**Conveyance:** CHANGE OF NAME

**Assignor:** AMINO DEVELOPMENT CORPORATION

**Exec Dt:** 01/07/2000
**Entity Type:** CORPORATION
**Citizenship:** WASHINGTON

**Assignee:** AMIGA, INC.
23800 SE KENT KANGLEY ROAD, SUITE 3
MAPLE VALLEY, WASHINGTON 98038

**Entity Type:** CORPORATION
**Citizenship:** WASHINGTON

**Correspondent:** JENKENS & GILCHRIST, P.C.
P. WESTON MUSSELMAN, JR.
1445 ROSS AVENUE, STE. 3200
DALLAS, TEXAS 75202-2799

## Assignment: 5

**Reel/Frame:** 3569/0638        **Received:** 06/27/2007        **Recorded:** 06/25/2007        **Pages:** 6

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ADDRESS FOR THE RECEIVING PARTY ON CHANGE OF NAME DOCUMENT PREVIOUSLY RECORDED ON REEL 002037 FRAME 0080. ASSIGNOR(S) HEREBY CONFIRMS THE CHANGE OF NAME.

**Assignors:** AMINO DEVELOPMENT CORPORATION

**Exec Dt:** 01/07/2000
**Entity Type:** CORPORATION
**Citizenship:** NONE

AMIGA, INC.

**Exec Dt:** 08/30/2004
**Entity Type:** CORPORATION
**Citizenship:** NONE

**Assignees:** AMIGA, INC.
24403 256TH AVENUE SE, P.O. BOX 887
RAVENSDALE, WASHINGTON 98051

**Entity Type:** CORPORATION
**Citizenship:** NONE

KMOS INC.
225 FOSTER AVENUE
KENTFIELD, CALIFORNIA 94904

**Entity Type:** CORPORATION
**Citizenship:** NONE

**Correspondent:** DARREN B. COHEN
599 LEXINGTON AVENUE
29TH FLOOR
NEW YORK, NEW YORK 10022-7650

## Assignment: 6

**Reel/Frame:** 3211/0093        **Received:** 12/15/2005        **Recorded:** 12/15/2005        **Pages:** 14

**Conveyance:** ACQUISITION OF INTELLECTUAL PROPERTY

**Assignor:** KMOS INC.

**Exec Dt:** 08/30/2004
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** AMIGA, INC.
24403 256TH AVENUE SE, P.O. BOX 887
RAVENSDALE, WASHINGTON 98051

**Entity Type:** CORPORATION
**Citizenship:** WASHINGTON

**Correspondent:** DARREN B. COHEN
599 LEXINGTON AVENUE
29TH FLOOR
NEW YORK, NY 10022-7650

## Assignment: 7

**Reel/Frame:** 3211/0156        **Received:** 12/15/2005        **Recorded:** 12/15/2005        **Pages:** 3

**Conveyance:** CHANGE OF NAME

**Assignor:** KMOS INC.

**Exec Dt:** 01/31/2005
**Entity Type:** CORPORATION
**Citizenship:** CALIFORNIA

**Assignee:** AMIGA, INC.
24403 256TH AVENUE SE, P.O. BOX 887
RAVENSDALE, WASHINGTON 98051

**Entity Type:** CORPORATION
**Citizenship:** WASHINGTON

**Exhibit F, p. 36**

**Correspondent:** DARREN B. COHEN
599 LEXINGTON AVENUE
29TH FLOOR
NEW YORK, NM 10022-7650

## Assignment: 8

| | | | |
|---|---|---|---|
| **Reel/Frame:** 3237/0792 | **Received:** 01/31/2006 | **Recorded:** 01/31/2006 | **Pages:** 7 |

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ADDRESS AND STATE OF INCORPORATION FOR THE RECEIVING PARTY ON CHANGE OF NAME DOCUMENT PREVIOUSLY RECORDED ON REEL 003211 FRAME 0156. ASSIGNOR(S) HEREBY CONFIRMS THE CHANGE OF NAME.

**Assignor:** KMOS INC.

**Exec Dt:** 01/31/2005
**Entity Type:** CORPORATION
**Citizenship:** CALIFORNIA

**Assignee:** AMIGA, INC.
167 MADISON AVENUE
SUITE 301
NEW YORK, NEW YORK 10016

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** DARREN B. COHEN
599 LEXINGTON AVENUE
29TH FLOOR
NEW YORK, NY 10022-7650

Search Results as of: 07/18/2007 05:13 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

**Exhibit F, p. 37**



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Details

**Reel/Frame:** 3237/0792                                                                 **Pages:** 7
**Received:** 01/31/2006
                                          **Recorded:** 01/31/2006
**Attorney Dkt #:** 999906/00810

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ADDRESS AND STATE OF INCORPORATION FOR THE
RECEIVING PARTY ON CHANGE OF NAME DOCUMENT PREVIOUSLY RECORDED ON REEL 003211 FRAME
0156. ASSIGNOR(S) HEREBY CONFIRMS THE CHANGE OF NAME.

## Total properties: 4

| | | | | |
|---|---|---|---|---|
| 1 | **Serial #:** 73571532 | **Filing Dt:** 12/04/1985 | **Reg #:** 1401045 | **Reg. Dt:** 07/15/1986 |
| | **Mark:** AMIGA | | | |
| 2 | **Serial #:** 75343350 | **Filing Dt:** 08/19/1997 | **Reg #:** 2369059 | **Reg. Dt:** 07/18/2000 |
| | **Mark:** POWERED BY AMIGA | | | |
| 3 | **Serial #:** 75642361 | **Filing Dt:** 02/17/1999 | **Reg #:** 2319266 | **Reg. Dt:** 02/15/2000 |
| | **Mark:** AMIGA | | | |
| 4 | **Serial #:** 76096557 | **Filing Dt:** 07/11/2000 | **Reg #:** 2802748 | **Reg. Dt:** 01/06/2004 |
| | **Mark:** AMIGA | | | |

## Assignor

1   KMOS INC.                                                            **Exec Dt:** 01/31/2005
                                                            **Entity Type:** CORPORATION
                                                            **Citizenship:** CALIFORNIA

## Assignee

1   AMIGA, INC.                                                     **Entity Type:** CORPORATION
    167 MADISON AVENUE                                              **Citizenship:** DELAWARE
    SUITE 301
    NEW YORK, NEW YORK 10016

## Correspondence name and address

    DARREN B. COHEN
    599 LEXINGTON AVENUE
    29TH FLOOR
    NEW YORK, NY 10022-7650

Search Results as of: 07/18/2007 05:15 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Exhibit F, p. 38

Trademark Electronic Search System (TESS)                                    Page 1 of 2



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 18 04:06:44 EDT 2007*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | POWERED BY AMIGA |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: computers, computer peripherals, and computer operating systems. FIRST USE: 19970900. FIRST USE IN COMMERCE: 19970900 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 01.07.08 - Globes with bars, bands or wavy lines, excluding meridian or parallel lines 26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s) |
| **Serial Number** | 75343350 |
| **Filing Date** | August 19, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 4, 1999 |
| **Registration Number** | 2369059 |
| **Registration Date** | July 18, 2000 |
| **Owner** | (REGISTRANT) AMIGA DEVELOPMENT LLC LTD LIAB CO DELAWARE 600 NORTH DERBY LANE NORTH SIOUX CITY SOUTH DAKOTA 57049 |
| | (LAST LISTED OWNER) AMIGA, INC. CORPORATION WASHINGTON Suite 301 167 Madison Avenue New York WASHINGTON 10016 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Darren B. Cohen |
| **Description of Mark** | Stippling in the drawing is a feature of the mark and is not intended to indicate color. |

**Exhibit G, p. 39**

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Exhibit G, p. 40**



**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 9**

**Serial #:** 75343350    **Filing Dt:** 08/19/1997    **Reg #:** 2369059    **Reg. Dt:** 07/18/2000
**Registrant:** AMIGA DEVELOPMENT LLC
**Mark:** POWERED BY AMIGA

## Assignment: 1

**Reel/Frame:** 1672/0340    **Received:** 01/13/1998    **Recorded:** 12/29/1997    **Pages:** 2
**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** AMIGA, INC.    **Exec Dt:** 12/11/1997
   **Entity Type:** CORPORATION
   **Citizenship:** DELAWARE

**Assignee:** AMIGA DEVELOPMENT LLC    **Entity Type:** A DELAWARE LIMITED LIABILITY COMPANY
600 NORTH DERBY LANE
NORTH SIOUX CITY, SOUTH DAKOTA 57049    **Citizenship:** NONE

**Correspondent:** JENKENS & GILCHRIST, P.C.
P. WESTON MUSSELMAN, JR.
1445 ROSS AVENUE
SUITE 3200
DALLAS, TX 75202-2799

## Assignment: 2

**Reel/Frame:** 2037/0095    **Received:** 03/21/2000    **Recorded:** 02/15/2000    **Pages:** 3
**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** AMIGA DEVELOPMENT LLC    **Exec Dt:** 12/29/1999
   **Entity Type:** CORPORATION
   **Citizenship:** DELAWARE

**Assignee:** AMINO DEVELOPMENT CORPORATION    **Entity Type:** CORPORATION
23800 SE KENT KANGLEY ROAD, SUITE 3    **Citizenship:** WASHINGTON
MAPLE VALLEY, WASHINGTON 98038

**Correspondent:** JENKENS & GILCHRIST, P.C.
P. WESTON MUSSELMAN, JR.
1445 ROSS AVENUE, STE. 3200
DALLAS, TEXAS 75202-2799

## Assignment: 3

**Reel/Frame:** 2037/0080    **Received:** 03/21/2000    **Recorded:** 02/15/2000    **Pages:** 2
**Conveyance:** CHANGE OF NAME

**Assignor:** AMINO DEVELOPMENT CORPORATION    **Exec Dt:** 01/07/2000
   **Entity Type:** CORPORATION
   **Citizenship:** WASHINGTON

**Assignee:** AMIGA, INC.    **Entity Type:** CORPORATION
23800 SE KENT KANGLEY ROAD, SUITE 3    **Citizenship:** WASHINGTON
MAPLE VALLEY, WASHINGTON 98038

**Correspondent:** JENKENS & GILCHRIST, P.C.
P. WESTON MUSSELMAN, JR.
1445 ROSS AVENUE, STE. 3200
DALLAS, TEXAS 75202-2799

Exhibit G, p. 41

## Assignment: 4

**Reel/Frame:** 3569/0654    **Received:** 06/27/2007    **Recorded:** 06/27/2007    **Pages:** 4
**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ADDRESS FOR THE RECEIVING PARTY PREVIOUSLY RECORDED ON REEL 002037 FRAME 0080. ASSIGNOR(S) HEREBY CONFIRMS THE CHANGE OF NAME.

**Assignor:** AMINO DEVELOPMENT CORPORATION    **Exec Dt:** 01/07/2000

| | | Entity Type: CORPORATION |
| | | Citizenship: NONE |
| Assignee: | AMIGA, INC. | Entity Type: CORPORATION |
| | 24403 256TH AVENUE, SE | Citizenship: NONE |
| | P.O. BOX 887 | |
| | RAVENSDALE, WASHINGTON 98051 | |
| Correspondent: | DARREN B. COHEN, ESQ. | |
| | 599 LEXINGTON AVENUE | |
| | NEW YORK, NEW YORK 10022 | |

## Assignment: 5

| Reel/Frame: | 3569/0661 | Received: 06/27/2007 | Recorded: 06/26/2007 | Pages: 4 |
| Conveyance: | CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNEE'S ADDRESS PREVIOUSLY RECORDED ON REEL 002037, FRAME 0080. ASSIGNOR HEREBY CONFIRMS THE CHANGE OF NAME. | | | |
| Assignor: | AMINO DEVELOPMENT CORAPORATION | Exec Dt: 01/07/2000 | | |
| | | Entity Type: CORPORATION | | |
| | | Citizenship: NONE | | |
| Assignee: | AMIGA, INC. | Entity Type: CORPORATION | | |
| | 24403 2565TH AVENUE, SE | Citizenship: NONE | | |
| | P.O. BOX 887 | | | |
| | RAVENSDALE, WASHINGTON 98051 | | | |
| Correspondent: | DARREN B. COHEN, ESQ. | | | |
| | 599 LEXINGTON AVENUE | | | |
| | NEW YORK, NY 10022 | | | |

## Assignment: 6

| Reel/Frame: | 3211/0093 | Received: 12/15/2005 | Recorded: 12/15/2005 | Pages: 14 |
| Conveyance: | ACQUISITION OF INTELLECTUAL PROPERTY | | | |
| Assignor: | KMOS INC. | Exec Dt: 08/30/2004 | | |
| | | Entity Type: CORPORATION | | |
| | | Citizenship: DELAWARE | | |
| Assignee: | AMIGA, INC. | Entity Type: CORPORATION | | |
| | 24403 256TH AVENUE SE, P.O. BOX 887 | Citizenship: WASHINGTON | | |
| | RAVENSDALE, WASHINGTON 98051 | | | |
| Correspondent: | DARREN B. COHEN | | | |
| | 599 LEXINGTON AVENUE | | | |
| | 29TH FLOOR | | | |
| | NEW YORK, NY 10022-7650 | | | |

## Assignment: 7

| Reel/Frame: | 3567/0962 | Received: 06/26/2007 | Recorded: 06/26/2007 | Pages: 22 |
| Conveyance: | CORRECTIVE ASSIGNMENT TO CORRECT THE THE ACQUISITION OF INTELLECTUAL PROPERTY PREVIOUSLY RECORDED ON REEL 003211 FRAME 0093. ASSIGNOR(S) HEREBY CONFIRMS THE ACQUISITION OF INTELLECTUAL PROPERTY. | | | |
| Assignor: | AMIGA, INC. | Exec Dt: 08/30/2004 | | |
| | | Entity Type: CORPORATION | | |
| | | Citizenship: NONE | | |
| Assignee: | KMOS, INC. | Entity Type: CORPORATION | | |
| | 225 FOSTER AVENUE | Citizenship: NONE | | |
| | KENTFIELD, CALIFORNIA 94904 | | | |
| Correspondent: | DARREN B. COHEN, ESQ. | | | |
| | 599 LEXINGTON AVENUE | | | |
| | NEW YORK, NY 10022 | | | |

## Assignment: 8

| Reel/Frame: | 3211/0156 | Received: 12/15/2005 | Recorded: 12/15/2005 | Pages: 3 |
| Conveyance: | CHANGE OF NAME | | | |
| Assignor: | KMOS INC. | Exec Dt: 01/31/2005 | | |
| | | Entity Type: CORPORATION | | |
| | | Citizenship: CALIFORNIA | | |
| Assignee: | AMIGA, INC. | Entity Type: CORPORATION | | |
| | 24403 256TH AVENUE SE, P.O. BOX 887 | WASHINGTON | | |

**Exhibit G, p. 42**

RAVENSDALE, WASHINGTON 98051

**Citizenship:**

**Correspondent:** DARREN B. COHEN
599 LEXINGTON AVENUE
29TH FLOOR
NEW YORK, NM 10022-7650

## Assignment: 9

**Reel/Frame:** 3237/0792        **Received:** 01/31/2006        **Recorded:** 01/31/2006        **Pages:** 7

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ADDRESS AND STATE OF INCORPORATION FOR THE RECEIVING PARTY ON CHANGE OF NAME DOCUMENT PREVIOUSLY RECORDED ON REEL 003211 FRAME 0156. ASSIGNOR(S) HEREBY CONFIRMS THE CHANGE OF NAME.

**Assignor:** KMOS INC.

**Exec Dt:** 01/31/2005
**Entity Type:** CORPORATION
**Citizenship:** CALIFORNIA

**Assignee:** AMIGA, INC.
167 MADISON AVENUE
SUITE 301
NEW YORK, NEW YORK 10016

**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Correspondent:** DARREN B. COHEN
599 LEXINGTON AVENUE
29TH FLOOR
NEW YORK, NY 10022-7650

Search Results as of: 07/18/2007 05:19 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

**Exhibit G, p. 43**



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Details

**Reel/Frame:** 3567/0962                                                   **Pages:** 22
**Received:** 06/26/2007
                                         **Recorded:** 06/26/2007
**Attorney Dkt #:** 503370

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE THE ACQUISITION OF INTELLECTUAL PROPERTY PREVIOUSLY RECORDED ON REEL 003211 FRAME 0093. ASSIGNOR(S) HEREBY CONFIRMS THE ACQUISITION OF INTELLECTUAL PROPERTY.

## Total properties: 1

1    **Serial #:** 75343350      **Filing Dt:** 08/19/1997        **Reg #:** 2369059        **Reg. Dt:** 07/18/2000
       **Mark:** POWERED BY AMIGA

## Assignor

1   AMIGA, INC.                                                 **Exec Dt:** 08/30/2004
                                                     **Entity Type:** CORPORATION
                                                     **Citizenship:** NONE

## Assignee

1   KMOS, INC.                                                **Entity Type:** CORPORATION
    225 FOSTER AVENUE                                          **Citizenship:** NONE
    KENTFIELD, CALIFORNIA 94904

## Correspondence name and address

DARREN B. COHEN, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY 10022

Search Results as of: 07/18/2007 05:24 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

*Exhibit G, p. 44*

Trademark Electronic Search System (TESS)

Page 1 of 2



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System(Tess)

*TESS was last updated on Wed Jul 18 04:06:44 EDT 2007*

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   BOTTOM   HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status   ASSIGN Status   TDR   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | AMIGA |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: computer software used to facilitate development of software applications that can run on multiple platforms and other electronic devices; operating system software for personal computers and other electronic devices. FIRST USE: 19991227. FIRST USE IN COMMERCE: 19991227 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Design Search Code** | |
| **Serial Number** | 76096557 |
| **Filing Date** | July 11, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | April 9, 2002 |
| **Registration Number** | **2802748** |
| **Registration Date** | January 6, 2004 |
| **Owner** | (REGISTRANT) Amiga, Inc. CORPORATION WASHINGTON 34935 SE Douglas Street, Suite 210 Snoqualmie WASHINGTON 98065 |
| | (LAST LISTED OWNER) AMIGA, INC. CORPORATION WASHINGTON 24403 256TH AVENUE SE, P.O. BOX 887 RAVENSDALE WASHINGTON 98051 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Darren B. Cohen |
| **Prior Registrations** | 2319266;2369059 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead** | LIVE |

**Exhibit H, p. 45**

Trademark Electronic Search System (TESS)

Page 2 of 2

**Indicator**

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

[.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**Exhibit H, p. 46**



### United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 3**

**Serial #:** 76096557      **Filing Dt:** 07/11/2000      **Reg #:** 2802748      **Reg. Dt:** 01/06/2004
**Registrant:** Amiga, Inc.
**Mark:** AMIGA

**Assignment: 1**
**Reel/Frame:** 3211/0093      **Received:** 12/15/2005      **Recorded:** 12/15/2005      **Pages:** 14
**Conveyance:** ACQUISITION OF INTELLECTUAL PROPERTY
**Assignor:** KMOS INC.                          **Exec Dt:** 08/30/2004
                                                **Entity Type:** CORPORATION
                                                **Citizenship:** DELAWARE

**Assignee:** AMIGA, INC.                        **Entity Type:** CORPORATION
            24403 256TH AVENUE SE, P.O. BOX 887  **Citizenship:** WASHINGTON
            RAVENSDALE, WASHINGTON 98051
**Correspondent:** DARREN B. COHEN
                599 LEXINGTON AVENUE
                29TH FLOOR
                NEW YORK, NY 10022-7650

**Assignment: 2**
**Reel/Frame:** 3211/0156      **Received:** 12/15/2005      **Recorded:** 12/15/2005      **Pages:** 3
**Conveyance:** CHANGE OF NAME
**Assignor:** KMOS INC.                          **Exec Dt:** 01/31/2005
                                                **Entity Type:** CORPORATION
                                                **Citizenship:** CALIFORNIA

**Assignee:** AMIGA, INC.                        **Entity Type:** CORPORATION
            24403 256TH AVENUE SE, P.O. BOX 887  **Citizenship:** WASHINGTON
            RAVENSDALE, WASHINGTON 98051
**Correspondent:** DARREN B. COHEN
                599 LEXINGTON AVENUE
                29TH FLOOR
                NEW YORK, NM 10022-7650

**Assignment: 3**
**Reel/Frame:** 3237/0792      **Received:** 01/31/2006      **Recorded:** 01/31/2006      **Pages:** 7
**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ADDRESS AND STATE OF INCORPORATION FOR THE RECEIVING PARTY ON CHANGE OF NAME DOCUMENT PREVIOUSLY RECORDED ON REEL 003211 FRAME 0156. ASSIGNOR(S) HEREBY CONFIRMS THE CHANGE OF NAME.
**Assignor:** KMOS INC.                          **Exec Dt:** 01/31/2005
                                                **Entity Type:** CORPORATION
                                                **Citizenship:** CALIFORNIA

**Assignee:** AMIGA, INC.                        **Entity Type:** CORPORATION
            167 MADISON AVENUE                   **Citizenship:** DELAWARE
            SUITE 301
            NEW YORK, NEW YORK 10016
**Correspondent:** DARREN B. COHEN
                599 LEXINGTON AVENUE
                29TH FLOOR
                NEW YORK, NY 10022-7650

**Exhibit H, p. 47**

Search Results as of: 07/18/2007 05:32 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.0.1
Web interface last modified: April 20, 2007 v.2.0.1

http://assignments.uspto.gov/assignments/q?db=tm&qt=rno&reel=&frame=&sno=&rno=2...    7/18/2007

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Exhibit H, p. 48