UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMIGA, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>       v.<br><br>HYPERION VOF, a Belgium corporation,<br><br>                    Defendant. | No. 07-0631-RSM<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on July 23, 2007, I presented the following documents:

1. Declaration of Evert Carton in Opposition to Amiga Delaware's Motion for Judgment in the Pleadings;

2. Declaration of William A. Kinsel in Opposition to Amiga Delaware's Motion for Judgment on the Pleadings;

3. Hyperion's Memorandum in Opposition to Amiga Delaware's Motion for Judgment on the Pleadings.

And that on July 23, 2007, I presented the following document:

4. Certificate of Service

to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following persons:

CERTIFICATE OF SERVICE - 1

**LAW OFFICES OF**
**WILLIAM A. KINSEL, PLLC**
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

Dockets.Justia.com

1

2  Lawrence R. Cock, Esq.                          Scott D. Baker, Esq.
   Cable, Langenbach, Kinerk & Bauer, LLP          Reed Smith LLP
3  100 Second Avenue, Suite 3500                   Two Embarcadero Center, Suite 2000
   Seattle, WA  98104                              San Francisco, CA  94111-3922
4

5  and I hereby certify that I caused to be hand delivered on July 23, 2007 via legal

6  messenger copies of documents 1 through 3 documents to the following CM/ECF

7  participant:

8  Lawrence R. Cock, Esq.
   Cable, Langenbach, Kinerk & Bauer, LLP
9  100 Second Avenue, Suite 3500
   Seattle, WA  98104
10

11        DATED this 23rd day of July, 2007.

12                                                 KINSEL LAW OFFICES

13

14
                                                   By:        s/William A. Kinsel
15                                                      William A. Kinsel, WSBA #18077
                                                   Attorneys for Defendant Hyperion VOF
16

17                                                    William A. Kinsel, Esq.
                                                      Kinsel Law Offices
18                                                    2025 First Avenue, Suite 440
                                                      Seattle, WA  98121
19                                                    Phone:  (206) 706-8148
                                                      Fax:    (206) 374-3201
20                                                    Email:  wak@kinsellaw.com

21

22  Cos3.doc

23

24

25

26

CERTIFICATE OF SERVICE - 2

**LAW OFFICES OF**
**WILLIAM A. KINSEL, PLLC**
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148