# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMIGA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>and<br><br>HYPERION VOF, a Belgium corporation,<br><br>    Defendant. | CAUSE NO. CV07-0631RSM<br><br>STIPULATION EXTENDING THE DEADLINE FOR AMIGA, INC.'S REPLY IN SUPPORT OF AMIGA, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS |

The parties listed above stipulate as follows:

1. The deadline for Amiga, Inc. to file its Reply in support of Amiga, Inc.'s Motion For Judgment On The Pleadings (Dkt. 50) shall be extended from July 27, 2007 until July 30, 2007.

---

STIPULATION EXTENDING THE DEADLINE FOR AMIGA, INC.'S REPLY IN SUPPORT OF AMIGA, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS- 1

Case No. CV07-0631RSM

CABLE, LANGENBACH, KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

1  2. Amiga, Inc. will grant Hyperion a similar extension of a briefing deadline in the
2  future.

DATED this the 27th day of July, 2007.

CABLE, LANGENBACH, KINERK & BAUER, LLP

By: /s/
 Lawrence R. Cock, WSBA No. 20326
 Attorneys for Plaintiff Amiga, Inc.
 CABLE, LANGENBACH, KINERK & BAUER, LLP
 Suite 3500, 1000 Second Avenue Building
 Seattle, Washington 98104-1048
 (206) 292-8800 phone
 (206) 292-0494 facsimile
 lrc@cablelang.com

KINSEL LAW OFFICES, PLLC

By: /s/  (approved by telephone)
 William A. Kinsel, WSBA #18077
 Attorney for Defendant Hyperion, VOF
 Kinsel Law Offices
 2025 First Avenue, Suite 440
 Seattle, WA 98121
 Phone: (206) 706-8148
 Fax: (206) 374-3201
 Email: wak@kinsellaw.com

STIPULATION EXTENDING THE DEADLINE FOR AMIGA, INC.'S REPLY IN SUPPORT OF AMIGA, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS- 2

Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William A. Kinsel
Law Offices of William A. Kinsel, PLLC
Market Place Tower
2025 First Avenue, Suite 440
Seattle, WA  98121

/s/
Lawrence R. Cock, WSBA No. 20326
Attorney for Plaintiff Amiga, Inc.
CABLE, LANGENBACH, KINERK & BAUER, LLP
Suite 3500, 1000 Second Avenue Building
Seattle, Washington 98104-1048
(206) 292-8800 phone
(206) 292-0494 facsimile
lrc@cablelang.com

STIPULATION EXTENDING THE DEADLINE FOR AMIGA, INC.'S REPLY IN SUPPORT OF AMIGA, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS- 3

Case No. CV07-0631RSM

CABLE, LANGENBACH, KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800