1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
10                      AT SEATTLE

11   AMIGA, INC., a Delaware corporation,

12        Plaintiff,                          CAUSE NO. CV07-0631RSM

13   and

14   HYPERION VOF, a Belgium corporation,     **DECLARATION OF TIM PATERSON RE
                                              TRADEMARK APPLICATIONS**
15        Defendant.

16

17

18

19

20

21

22

23

24

25

26

27   **DECLARATION OF TIM PATERSON RE TRADEMARK
     APPLICATIONS  - 1**

     Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
BUILDING
SEATTLE, WASHINGTON 98104-
1048
(206) 292-8800

Dockets.Justia.com

## DECLARATION OF TIM PATERSON

DISTRICT OF COLUMBIA                    §

I, the undersigned Tim Paterson, declare as follows:

1.    The facts stated herein are of my personal knowledge and if sworn as a
witness, I could testify competently thereto.

2.    I am employed by Thomson CompuMark, 1100 13th Street NW, Suite 300,
Washington, DC  20005, as Team Leader, Document Services.  As such, I
performed the research described below.

3.    Thomson CompuMark (formerly Thomson & Thomson) has been engaged in
trademark and copyright research for over seventy-five years.  We are the
largest firm of this type in the United States, employing approximately 400
people and using an extensive collection of print and electronic databases.
Thomson CompuMark's District of Columbia Office also regularly obtains
official documents and files from the United States Patent and Trademark
Office and the United States Copyright Office on behalf of our clients.

4.    On July 25, 2007, a request was received from our client Steven M. Getzoff of
Reed Smith LLP of New York that we ascertain the current status of the
following trademark applications:

| | |
|---|---|
| AMIGA | Serial No. 78940417 |
| AMIGA and design | Serial No. 78940426 |
| "Boing Ball" logo | Serial No. 78940434 |
| AMIGA ANYWHERE | Serial No. 78942544 |
| AMIGA ENABLED | Serial No. 78942551 |

5.    A check of the automated database (The TARR database) of the United States
Patent and Trademark Office on July 27, 2007, revealed that the status of all
of the above marks is APPROVED FOR PUBLICATION.  Copies of
abstracts from the TARR database are attached as Exhibit A.

I declare under penalties of perjury that the foregoing is true and correct.

_____Tim Paterson

_7 / 27 / 2007_____Date

EXHIBIT A

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-27 14:33:51 ET

**Serial Number:** 78940417 <u>Assignment Information</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**



**(words only):** AMIGA

**Standard Character claim:** Yes

**Current Status:** Approved by the examining attorney for publication for opposition. This is NOT the beginning of the Opposition period. In approximately two months, please visit the web site to learn the actual date of publication for opposition in the Trademark Official Gazette.

**Date of Status:** 2007-07-24

**Filing Date:** 2006-07-28

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**Attorney Assigned:**
RHIM ANDREW <u>Employee Location</u>

**Current Location:** L1X -TMEG Law Office 101 - Examining Attorney Assigned

**Date In Location:** 2007-07-24

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Amiga, Inc.

**Address:**

Amiga, Inc.
Suite 301 167 Madison Avenue
New York, NY 10016
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Computer software used to facilitate development of software applications that can run on multiple platforms and other electronic devices; operating system software for personal computers and other electronic devices; electronic magazines in field of computers and computer technology recorded on computer media; computers, computer peripherals; telecommunications and computer communications equipment, namely, telephones, fax machines, modems and telecommunication switches; computer network routers, computer network hubs and computer network switches and communications servers; computer operating systems; computer disk drives; RAM expansion cartridges and external memory devices, namely, optical disc drives and memory expansion modules; computer application software, computer operating software and computer operating systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies, including cellular and mobile telecommunications, smart phones, PDAs, web-based servers, television entertainment, entertainment, games and gaming consoles, personal computing, word processing, Internet applications including web browsing, calculators and related devices and technologies; developer support kits consisting primarily of computer software development tools, for use in developing computer software
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 016
**Class Status:** Active
Magazines in the field of computers and computer technology
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 035
**Class Status:** Active
On-line retail and wholesale store services featuring application and operating software and systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 038
**Class Status:** Active
Providing on-line forums for transmission of messages among computer users concerning computers and computer technology
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)

**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 042
**Class Status:** Active
Technical support services for software developers, namely, consulting and troubleshooting of computer software problems; computer software consultation
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Translation:** "The foreign wording in the mark translates into English as female friend."

**Prior Registration Number(s):**
1401045
2319266
2369059

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-07-24 - Approved for Pub - Principal Register (Initial exam)

2007-07-24 - Examiner's Amendment Entered

2007-07-24 - Notification Of Examiners Amendment E-Mailed

2007-07-24 - EXAMINERS AMENDMENT E-MAILED

2007-07-24 - Examiners Amendment -Written

2007-07-11 - Notification Of Final Refusal Emailed

2007-07-11 - Final refusal e-mailed

2007-07-11 - Final Refusal Written

2007-06-22 - Teas/Email Correspondence Entered

2007-06-22 - Communication received from applicant

2007-06-22 - TEAS Response to Office Action Received

2006-12-22 - Non-final action e-mailed

2006-12-22 - Non-Final Action Written

2006-12-22 - Assigned To Examiner

2006-08-02 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Darren B. Cohen

**Correspondent**
DARREN B. COHEN
REED SMITH LLP
599 LEXINGTON AVE
NEW YORK, NY 10022-6030
Phone Number: (212) 549-0346
Fax Number: (212) 521-5450

---

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-07-27 14:34:00 ET

**Serial Number:** 78940426 Assignment Information

**Registration Number:** (NOT AVAILABLE)

**Mark**



**(words only):** AMIGA

**Standard Character claim:** No

**Current Status:** Approved by the examining attorney for publication for opposition. This is NOT the beginning of the Opposition period. In approximately two months, please visit the web site to learn the actual date of publication for opposition in the Trademark Official Gazette.

**Date of Status:** 2007-07-25

**Filing Date:** 2006-07-28

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**Attorney Assigned:**
RHIM ANDREW Employee Location

**Current Location:** L1X -TMEG Law Office 101 - Examining Attorney Assigned

**Date In Location:** 2007-07-25

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Amiga, Inc.

**Address:**

Amiga, Inc.
Suite 301 167 Madison Avenue
New York, NY 10016
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Computer software used to facilitate development of software applications that can run on multiple platforms and other electronic devices; operating system software for personal computers and other electronic devices; electronic magazines in field of computers and computer technology recorded on computer media; computers, computer peripherals; telecommunications and computer communications equipment, namely, telephones, fax machines, modems and telecommunication switches; computer network routers, computer network hubs and computer network switches and communications servers; computer operating systems; computer disk drives; RAM expansion cartridges and external memory devices, namely, optical disc drives and memory expansion modules; computer application software, computer operating software and computer operating systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies, including cellular and mobile telecommunications, smart phones, PDAs, web-based servers, television entertainment, entertainment, games and gaming consoles, personal computing, word processing, Internet applications including web browsing, calculators and related devices and technologies; developer support kits consisting primarily of computer software development tools, for use in developing computer software
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 016
**Class Status:** Active
Magazines in the field of computers and computer technology
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 035
**Class Status:** Active
On-line retail and wholesale store services featuring application and operating software and systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 038
**Class Status:** Active
Providing on-line forums for transmission of messages among computer users concerning computers and computer technology
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)

**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 042
**Class Status:** Active
Technical support services for software developers, namely, consulting and troubleshooting of computer software problems; computer software consultation
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Color(s) Claimed:** The color(s) black and red is/are claimed as a feature of the mark.

**Description of Mark:** The color black appears in the word AMIGA, and the color red appears in the square design above the letter I of the word AMIGA in the mark.

**Translation:** "The foreign wording in the mark translates into English as female friend."

**Design Search Code(s):**
26.09.21 - Squares that are completely or partially shaded
27.03.01 - Geometric figures forming letters, numerals or punctuation

**Prior Registration Number(s):**
1401045
2319266
2369059

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-07-25 - Approved for Pub - Principal Register (Initial exam)

2007-07-25 - Examiner's Amendment Entered

2007-07-25 - Notification Of Examiners Amendment E-Mailed

2007-07-25 - EXAMINERS AMENDMENT E-MAILED

2007-07-25 - Examiners Amendment -Written

2007-07-12 - Notification Of Final Refusal Emailed

2007-07-12 - Final refusal e-mailed

2007-07-12 - Final Refusal Written

2007-06-22 - Teas/Email Correspondence Entered

2007-06-22 - Communication received from applicant

2007-06-22 - TEAS Response to Office Action Received

2006-12-22 - Non-final action e-mailed

2006-12-22 - Non-Final Action Written

2006-12-22 - Assigned To Examiner

2006-08-03 - Notice Of Design Search Code Mailed

2006-08-02 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Darren B. Cohen

**Correspondent**
DARREN B. COHEN
REED SMITH LLP
599 LEXINGTON AVE
NEW YORK, NY 10022-6030
Phone Number: (212) 549-0346
Fax Number: (212) 521-5450

---

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2007-07-27 14:34:10 ET

**Serial Number:** 78940434 Assignment Information

**Registration Number:** (NOT AVAILABLE)

**Mark**



**Standard Character claim:** No

**Current Status:** Approved by the examining attorney for publication for opposition. This is NOT the beginning of the Opposition period. In approximately two months, please visit the web site to learn the actual date of publication for opposition in the Trademark Official Gazette.

**Date of Status:** 2007-07-26

**Filing Date:** 2006-07-28

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**Attorney Assigned:**
RHIM ANDREW Employee Location

**Current Location:** L1X -TMEG Law Office 101 - Examining Attorney Assigned

**Date In Location:** 2007-07-26

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Amiga, Inc.

**Address:**
Amiga, Inc.
Suite 301 167 Madison Avenue

New York, NY 10016
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

---

**International Class:** 009
**Class Status:** Active
Computer software used to facilitate development of software applications that can run on multiple platforms and other electronic devices; operating system software for personal computers and other electronic devices; electronic magazines in field of computers and computer technology recorded on computer media; computers, computer peripherals; telecommunications and computer communications equipment, namely, telephones, fax machines, modems and telecommunication switches; computer network routers, computer network hubs and computer network switches and communications servers; computer operating systems; computer disk drives; RAM expansion cartridges and external memory devices, namely, optical disc drives and memory expansion modules; computer application software, computer operating software and computer operating systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies, including cellular and mobile telecommunications, smart phones, PDAs, web-based servers, television entertainment, entertainment, games and gaming consoles, personal computing, word processing, Internet applications including web browsing, calculators and related devices and technologies; developer support kits consisting primarily of computer software development tools, for use in developing computer software
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 016
**Class Status:** Active
Magazines in the field of computers and computer technology
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 035
**Class Status:** Active
On-line retail and wholesale store services featuring application and operating software and systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 038
**Class Status:** Active
Providing on-line forums for transmission of messages among computer users concerning computers and computer technology
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**International Class:** 042
**Class Status:** Active
Technical support services for software developers, namely, consulting and troubleshooting of computer software problems; computer software consultation
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Color(s) Claimed:** "The color(s) red and white is/are claimed as a feature of the mark."

**Description of Mark:** "The mark consists of the design of a checkered ball. The mark consists of a ball logo, in which the color red appears in the checkered design within the ball design of the mark, and the color white appears in the checkered design within the ball design of the mark."

**Design Search Code(s):**
**21.03.01** - Balls including playground balls, beach balls, billiard balls, tennis balls, bingo balls and lottery balls; Beach balls; Billiard balls; Bingo balls; Lottery balls; Paddle balls; Playground balls; Table tennis balls; Tennis balls
**25.03.01** - Checker board pattern; Checkerboard patterns

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

2007-07-26 - Approved for Pub - Principal Register (Initial exam)

2007-07-26 - Examiner's Amendment Entered

2007-07-26 - Notification Of Examiners Amendment E-Mailed

2007-07-26 - EXAMINERS AMENDMENT E-MAILED

2007-07-26 - Examiners Amendment -Written

2007-07-12 - Notification Of Final Refusal Emailed

2007-07-12 - Final refusal e-mailed

2007-07-12 - Final Refusal Written

2007-06-22 - Teas/Email Correspondence Entered

2007-06-22 - Communication received from applicant

2007-06-22 - TEAS Response to Office Action Received

2006-12-28 - Non-final action e-mailed

2006-12-28 - Non-Final Action Written

2006-12-22 - Assigned To Examiner

2006-08-03 - Notice Of Design Search Code Mailed

2006-08-02 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Darren B. Cohen

**Correspondent**
DARREN B. COHEN
REED SMITH LLP
599 LEXINGTON AVE
NEW YORK, NY 10022-6030
Phone Number: (212) 549-0346
Fax Number: (212) 521-5450

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-27 14:34:24 ET

**Serial Number:** 78942544 <u>Assignment Information</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# AMIGA ANYWHERE

**(words only):** AMIGA ANYWHERE

**Standard Character claim:** Yes

**Current Status:** Approved by the examining attorney for publication for opposition. This is NOT the beginning of the Opposition period. In approximately two months, please visit the web site to learn the actual date of publication for opposition in the Trademark Official Gazette.

**Date of Status:** 2007-07-27

**Filing Date:** 2006-08-01

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**Attorney Assigned:**
RHIM ANDREW <u>Employee Location</u>

**Current Location:** L1X -TMEG Law Office 101 - Examining Attorney Assigned

**Date In Location:** 2007-07-27

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Amiga, Inc.

**Address:**

Amiga, Inc.
Suite 301 167 Madison Avenue
New York, NY 10016
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Computer software used to facilitate development of software applications that can run on multiple platforms and other electronic devices; operating system software for personal computers and other electronic devices; electronic magazines in field of computers and computer technology recorded on computer media; computers, computer peripherals; telecommunications and computer communications equipment, namely, telephones, fax machines, modems and telecommunication switches; computer network routers, computer network hubs and computer network switches and communications servers; computer operating systems; computer disk drives; RAM expansion cartridges and external memory devices, namely, optical disc drives and memory expansion modules; computer application software, computer operating software and computer operating systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies, including cellular and mobile telecommunications, smart phones, PDAs, web-based servers, television entertainment, entertainment, games and gaming consoles, personal computing, word processing, Internet applications including web browsing, calculators and related devices and technologies; developer support kits consisting primarily of computer software development tools, for use in developing computer software
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Translation:** "The foreign wording in the mark translates into English as female friend."

**Prior Registration Number(s):**
1401045
2369059
2802748

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-07-27 - Approved for Pub - Principal Register (Initial exam)

2007-07-27 - Examiner's Amendment Entered

2007-07-27 - Notification Of Examiners Amendment E-Mailed

2007-07-27 - EXAMINERS AMENDMENT E-MAILED

2007-07-27 - Examiners Amendment -Written

2007-07-12 - Notification Of Final Refusal Emailed

2007-07-12 - Final refusal e-mailed

2007-07-12 - Final Refusal Written

2007-06-22 - Teas/Email Correspondence Entered

2007-06-22 - Communication received from applicant

2007-06-22 - TEAS Response to Office Action Received

2006-12-27 - Non-final action e-mailed

2006-12-27 - Non-Final Action Written

2006-12-22 - Assigned To Examiner

2006-08-04 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Darren B. Cohen

**Correspondent**
DARREN B. COHEN
REED SMITH LLP
599 LEXINGTON AVE
NEW YORK, NY 10022-6030
Phone Number: (212) 549-0346
Fax Number: (212) 521-5450

**Thank you for your request. Here are the latest results from the <u>TARR web server.</u>**

**This page was generated by the TARR system on** 2007-07-27 14:34:31 ET

**Serial Number:** 78942551 <u>Assignment Information</u>

**Registration Number:** (NOT AVAILABLE)

**Mark**

# AMIGA ENABLED

**(words only):** AMIGA ENABLED

**Standard Character claim:** Yes

**Current Status:** Approved by the examining attorney for publication for opposition. This is NOT the beginning of the Opposition period. In approximately two months, please visit the web site to learn the actual date of publication for opposition in the Trademark Official Gazette.

**Date of Status:** 2007-07-27

**Filing Date:** 2006-08-01

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**Attorney Assigned:**
RHIM ANDREW <u>Employee Location</u>

**Current Location:** L1X -TMEG Law Office 101 - Examining Attorney Assigned

**Date In Location:** 2007-07-27

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Amiga, Inc.

**Address:**

Amiga, Inc.
Suite 301 167 Madison Avenue
New York, NY 10016
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

---

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Computer software used to facilitate development of software applications that can run on multiple platforms and other electronic devices; operating system software for personal computers and other electronic devices; electronic magazines in field of computers and computer technology recorded on computer media; computers, computer peripherals; telecommunications and computer communications equipment, namely, telephones, fax machines, modems and telecommunication switches; computer network routers, computer network hubs and computer network switches and communications servers; computer operating systems; computer disk drives; RAM expansion cartridges and external memory devices, namely, optical disc drives and memory expansion modules; computer application software, computer operating software and computer operating systems for use in wired and wireless devices for a wide range of audio-visual and multimedia technologies, including cellular and mobile telecommunications, smart phones, PDAs, web-based servers, television entertainment, entertainment, games and gaming consoles, personal computing, word processing, Internet applications including web browsing, calculators and related devices and technologies; developer support kits consisting primarily of computer software development tools, for use in developing computer software
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

---

## ADDITIONAL INFORMATION

**Disclaimer:** "ENABLED"

**Translation:** "The foreign wording in the mark translates into English as female friend."

**Prior Registration Number(s):**
1401045
2369059
2802748

---

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

---

## PROSECUTION HISTORY

2007-07-27 - Approved for Pub - Principal Register (Initial exam)

2007-07-27 - Examiner's Amendment Entered

2007-07-27 - Notification Of Examiners Amendment E-Mailed

2007-07-27 - EXAMINERS AMENDMENT E-MAILED

2007-07-27 - Examiners Amendment -Written

2007-07-12 - Notification Of Final Refusal Emailed

2007-07-12 - Final refusal e-mailed

2007-07-12 - Final Refusal Written

2007-06-22 - Teas/Email Correspondence Entered

2007-06-22 - Communication received from applicant

2007-06-22 - TEAS Response to Office Action Received

2006-12-27 - Non-final action e-mailed

2006-12-27 - Non-Final Action Written

2006-12-22 - Assigned To Examiner

2006-08-04 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Darren B. Cohen

**Correspondent**
DARREN B. COHEN
REED SMITH LLP
599 LEXINGTON AVE
NEW YORK, NY 10022-6030
Phone Number: (212) 549-0346
Fax Number: (212) 521-5450