1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMIGA, INC., a Delaware corporation, | |
| Plaintiff, | CAUSE NO. CV07-0631RSM |
| and | |
| HYPERION VOF, a Belgium corporation, | **DECLARATION OF TIM PATERSON RE TRADEMARK REGISTRATIONS** |
| Defendant. | |

**DECLARATION OF TIM PATERSON RE TRADEMARK REGISTRATIONS - 1**

Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

# DECLARATION OF TIM PATERSON

DISTRICT OF COLUMBIA            §

I, the undersigned Tim Paterson, declare as follows:

1. The facts stated herein are of my personal knowledge and if sworn as a witness, I could testify competently thereto.

2. I am employed by Thomson CompuMark, 1100 13th Street NW, Suite 300, Washington, DC 20005, as Team Leader, Document Services. As such, the documents referred to below were obtained under my supervision and direction.

3. Thomson CompuMark (formerly Thomson & Thomson) has been engaged in trademark and copyright research for over seventy-five years. We are the largest firm of this type in the United States, employing approximately 400 people and using an extensive collection of print and electronic databases. Thomson CompuMark's District of Columbia Office also regularly obtains official documents and files from the United States Patent and Trademark Office and the United States Copyright Office on behalf of our clients.

4. On July 25, 2007, a request was received from our client Steven M. Getzoff of Reed Smith LLP of New York for copies of assignment records of the United States Patent and Trademark Office for the following trademark registrations.

    | | |
    |---|---|
    | AMIGA | Registration No. 1401045 |
    | POWERED BY AMIGA | Registration No. 2369059 |
    | AMIGA | Registration No. 2319266 |
    | AMIGA | Registration No. 2802748 |

5. On July 26, 2007, copies of the Trademark Assignment Abstract of Title for the above registrations were obtained from the files of the United States Patent and Trademark Office. The last assignment in the chain of title for all of the above registrations shows the title to be in the name of Amiga, Inc., a Delaware Corporation with offices at 167 Madison Avenue, Suite 301, New York, New York, 10016. True and accurate copies of these four Abstracts of Title are annexed hereto as Exhibit A.

I declare under penalties of perjury that the foregoing is true and correct.

_____ Tim Paterson

7/27/2007    Date

# EXHIBIT A

# Trademark Assignment Abstract of Title

**Total Assignments:** 8

**Serial #:** 73571532   **Filing Dt:** 12/04/1985   **Reg #:** 1401045   **Reg. Dt:** 07/15/1986

**Registrant:** COMMODORE-AMIGA, INC.

**Mark:** AMIGA

**Status:** First renewal 10 year – 09/26/2006

## Assignment: 1

**Reel/Frame:** 1366/0596   **Received:** 07/31/1995   **Recorded:** 06/26/1995   **Pages:** 8

**Conveyance:** ASSIGNMENT OF AN UNDIVIDED PART OF ASSIGNORS INTEREST

**Assignors:** COMMODORE ELECTRONICS LIMITED
  **Exec Dt:** 05/01/1995
  **Entity Type:** CORPORATION
  **Citizenship:** DELAWARE

COMMODORE AMIGA, INC.
  **Exec Dt:** 05/01/1995
  **Entity Type:** CORPORATION
  **Citizenship:** CALIFORNIA

COMMODORE BUSINESS MACHINES, INC.
  **Exec Dt:** 05/01/1995
  **Entity Type:** CORPORATION
  **Citizenship:** DELAWARE

**Assignee:** ESCOM AG
PIERGARTENSTRASSE 9
HEPPENHEIM, GERMANY D-64646
  **Entity Type:** CORPORATION
  **Citizenship:** GERMANY

**Correspondent:** ALLAN RATNER
RATNER & PRESTIA
500 NORTH GULPH ROAD, P.O. BOX 980
VALLEY FORGE, PA 19482

## Assignment: 2

**Reel/Frame:** 1746/0455   **Received:** 06/30/1998   **Recorded:** 06/09/1998   **Pages:** 3

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** ESCOM AG
  **Exec Dt:** 05/19/1998
  **Entity Type:** CORPORATION
  **Citizenship:** GERMANY

**Assignee:** AMIGA DEVELOPMENT LLC
600 NORTH DERBY LANE
NORTH SIOUX CITY, SOUTH DAKOTA 57049
  **Entity Type:** A DELAWARE LIMITED LIABILITY COMPANY
  **Citizenship:** NONE

**Correspondent:** JENKENS & GILCHRIST, P.C.
P. WESTON MUSSELMAN, JR.
1445 ROSS AVENUE, STE. 3200
DALLAS, TX 75202-2799

**Assignment: 3**

**Reel/Frame:** 2037/0095   **Received:** 03/21/2000   **Recorded:** 02/15/2000   **Pages:** 3
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** AMIGA DEVELOPMENT LLC   **Exec Dt:** 12/29/1999
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** AMINO DEVELOPMENT CORPORATION
23800 SE KENT KANGLEY ROAD, SUITE 3
MAPLE VALLEY, WASHINGTON 98038

**Entity Type:** CORPORATION
**Citizenship:** WASHINGTON

**Correspondent:** JENKENS & GILCHRIST, P.C.
P. WESTON MUSSELMAN, JR.
1445 ROSS AVENUE, STE. 3200
DALLAS, TEXAS 75202-2799

**Assignment: 4**

**Reel/Frame:** 2037/0080   **Received:** 03/21/2000   **Recorded:** 02/15/2000   **Pages:** 2
**Conveyance:** CHANGE OF NAME
**Assignor:** AMINO DEVELOPMENT CORPORATION   **Exec Dt:** 01/07/2000
**Entity Type:** CORPORATION
**Citizenship:** WASHINGTON

**Assignee:** AMIGA, INC.
23800 SE KENT KANGLEY ROAD, SUITE 3
MAPLE VALLEY, WASHINGTON 98038

**Entity Type:** CORPORATION
**Citizenship:** WASHINGTON

**Correspondent:** JENKENS & GILCHRIST, P.C.
P. WESTON MUSSELMAN, JR.
1445 ROSS AVENUE, STE. 3200
DALLAS, TEXAS 75202-2799

**Assignment: 5**

    **Reel/Frame:** 3569/0638   **Received:** 06/27/2007   **Recorded:** 06/25/2007   **Pages:** 6

    **Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ADDRESS FOR THE RECEIVING PARTY ON CHANGE OF NAME DOCUMENT PREVIOUSLY RECORDED ON REEL 002037 FRAME 0080. ASSIGNOR(S) HEREBY CONFIRMS THE CHANGE OF NAME.

    **Assignors:** AMINO DEVELOPMENT CORPORATION
    **Exec Dt:** 01/07/2000
    **Entity Type:** CORPORATION
    **Citizenship:** NONE

    AMIGA, INC.
    **Exec Dt:** 08/30/2004
    **Entity Type:** CORPORATION
    **Citizenship:** NONE

    **Assignees:** AMIGA, INC.
    24403 256TH AVENUE SE, P.O. BOX 887
    RAVENSDALE, WASHINGTON 98051
    **Entity Type:** CORPORATION
    **Citizenship:** NONE

    KMOS INC.
    225 FOSTER AVENUE
    KENTFIELD, CALIFORNIA 94904
    **Entity Type:** CORPORATION
    **Citizenship:** NONE

    **Correspondent:** DARREN B. COHEN
    599 LEXINGTON AVENUE
    29TH FLOOR
    NEW YORK, NEW YORK 10022-7650

**Assignment: 6**

    **Reel/Frame:** 3211/0093   **Received:** 12/15/2005   **Recorded:** 12/15/2005   **Pages:** 14

    **Conveyance:** ACQUISITION OF INTELLECTUAL PROPERTY

    **Assignor:** KMOS INC.
    **Exec Dt:** 08/30/2004
    **Entity Type:** CORPORATION
    **Citizenship:** DELAWARE

    **Assignee:** AMIGA, INC.
    24403 256TH AVENUE SE, P.O. BOX 887
    RAVENSDALE, WASHINGTON 98051
    **Entity Type:** CORPORATION
    **Citizenship:** WASHINGTON

    **Correspondent:** DARREN B. COHEN
    599 LEXINGTON AVENUE 29TH FLOOR
    NEW YORK, NY 10022-7650

**Assignment: 7**
    **Reel/Frame:** 3211/0156   **Received:** 12/15/2005   **Recorded:** 12/15/2005   **Pages:** 3
    **Conveyance:** CHANGE OF NAME
    **Assignor:** KMOS INC.   **Exec Dt:** 01/31/2005
        **Entity Type:** CORPORATION
        **Citizenship:** CALIFORNIA

    **Assignee:** AMIGA, INC.
        24403 256TH AVENUE SE, P.O. BOX 887   **Entity Type:** CORPORATION
        RAVENSDALE, WASHINGTON 98051   **Citizenship:** WASHINGTON

    **Correspondent:** DARREN B. COHEN
        599 LEXINGTON AVENUE
        29TH FLOOR
        NEW YORK, NM 10022-7650

**Assignment: 8**
    **Reel/Frame:** 3237/0792   **Received:** 01/31/2006   **Recorded:** 01/31/2006   **Pages:** 7
    **Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ADDRESS AND STATE OF INCORPORATION FOR THE RECEIVING PARTY ON CHANGE OF NAME DOCUMENT PREVIOUSLY RECORDED ON REEL 003211 FRAME 0156. ASSIGNOR(S) HEREBY CONFIRMS THE CHANGE OF NAME.
    **Assignor:** KMOS INC.   **Exec Dt:** 01/31/2005
        **Entity Type:** CORPORATION
        **Citizenship:** CALIFORNIA

    **Assignee:** AMIGA, INC.
        167 MADISON AVENUE   **Entity Type:** CORPORATION
        SUITE 301   **Citizenship:** DELAWARE
        NEW YORK, NEW YORK 10016

    **Correspondent:** DARREN B. COHEN
        599 LEXINGTON AVENUE
        29TH FLOOR
        NEW YORK, NY 10022-7650

---

No additional assignments, security agreements, liens, mergers, changes of name, or other transactions are recorded against this patent.

**USPTO Assignment data current to:** May 2007

# Trademark Assignment Abstract of Title

**Total Assignments: 9**

**Serial #:** 75343350   **Filing Dt:** 08/19/1997   **Reg #:** 2369059   **Reg. Dt:** 07/18/2000

**Registrant:** AMIGA DEVELOPMENT LLC

**Mark:** *powered by* AMIGA

**Status:** Section 8 (6-year) accepted & Section 15 acknowledged – 09/25/2006

## Assignment: 1

**Reel/Frame:** 1672/0340   **Received:** 01/13/1998   **Recorded:** 12/29/1997   **Pages:** 2

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** AMIGA, INC.
**Exec Dt:** 12/11/1997
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** AMIGA DEVELOPMENT LLC
600 NORTH DERBY LANE
NORTH SIOUX CITY, SOUTH DAKOTA 57049
**Entity Type:** A DELAWARE LIMITED LIABILITY COMPANY
**Citizenship:** NONE

**Correspondent:** JENKENS & GILCHRIST, P.C.
P. WESTON MUSSELMAN, JR.
1445 ROSS AVENUE
SUITE 3200
DALLAS, TX 75202-2799

## Assignment: 2

**Reel/Frame:** 2037/0095   **Received:** 03/21/2000   **Recorded:** 02/15/2000   **Pages:** 3

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** AMIGA DEVELOPMENT LLC
**Exec Dt:** 12/29/1999
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** AMINO DEVELOPMENT CORPORATION
23800 SE KENT KANGLEY ROAD, SUITE 3
MAPLE VALLEY, WASHINGTON 98038
**Entity Type:** CORPORATION
**Citizenship:** WASHINGTON

**Correspondent:** JENKENS & GILCHRIST, P.C.
P. WESTON MUSSELMAN, JR.
1445 ROSS AVENUE, STE. 3200
DALLAS, TEXAS 75202-2799

**Assignment: 3**
    **Reel/Frame:** 2037/0080   **Received:** 03/21/2000   **Recorded:** 02/15/2000   **Pages:** 2
    **Conveyance:** CHANGE OF NAME
    **Assignor:** AMINO DEVELOPMENT CORPORATION   **Exec Dt:** 01/07/2000
        **Entity Type:** CORPORATION
        **Citizenship:** WASHINGTON
    **Assignee:** AMIGA, INC.
    23800 SE KENT KANGLEY ROAD, SUITE 3
    MAPLE VALLEY, WASHINGTON 98038
    **Entity Type:** CORPORATION
    **Citizenship:** WASHINGTON
    **Correspondent:** JENKENS & GILCHRIST, P.C.
    P. WESTON MUSSELMAN, JR.
    1445 ROSS AVENUE, STE. 3200
    DALLAS, TEXAS 75202-2799

**Assignment: 4**
    **Reel/Frame:** 3569/0654   **Received:** 06/27/2007   **Recorded:** 06/27/2007   **Pages:** 4
    **Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ADDRESS FOR THE RECEIVING PARTY PREVIOUSLY RECORDED ON REEL 002037 FRAME 0080. ASSIGNOR(S) HEREBY CONFIRMS THE CHANGE OF NAME.
    **Assignor:** AMINO DEVELOPMENT CORPORATION   **Exec Dt:** 01/07/2000
        **Entity Type:** CORPORATION
        **Citizenship:** NONE
    **Assignee:** AMIGA, INC.
    24403 256TH AVENUE, SE
    P.O. BOX 887
    RAVENSDALE, WASHINGTON 98051
    **Entity Type:** CORPORATION
    **Citizenship:** NONE
    **Correspondent:** DARREN B. COHEN, ESQ.
    599 LEXINGTON AVENUE
    NEW YORK, NEW YORK 10022

**Assignment: 5**

| | |
|---|---|
| Reel/Frame: 3569/0661   Received: 06/27/2007   Recorded: 06/26/2007   Pages: 4 | |
| Conveyance: | CORRECTIVE ASSIGNMENT TO CORRECT THE ASSIGNEE'S ADDRESS PREVIOUSLY RECORDED ON REEL 002037, FRAME 0080. ASSIGNOR HEREBY CONFIRMS THE CHANGE OF NAME. |

Assignor: AMINO DEVELOPMENT CORAPORATION
Exec Dt: 01/07/2000
Entity Type: CORPORATION
Citizenship: NONE

Assignee: AMIGA, INC.
24403 2565TH AVENUE, SE
P.O. BOX 887
RAVENSDALE, WASHINGTON 98051
Entity Type: CORPORATION
Citizenship: NONE

Correspondent: DARREN B. COHEN, ESQ.
599 LEXINGTON AVENUE
NEW YORK, NY 10022


**Assignment: 6**

Reel/Frame: 3211/0093   Received: 12/15/2005   Recorded: 12/15/2005   Pages: 14
Conveyance: ACQUISITION OF INTELLECTUAL PROPERTY

Assignor: KMOS INC.
Exec Dt: 08/30/2004
Entity Type: CORPORATION
Citizenship: DELAWARE

Assignee: AMIGA, INC.
24403 256TH AVENUE SE, P.O. BOX 887
RAVENSDALE, WASHINGTON 98051
Entity Type: CORPORATION
Citizenship: WASHINGTON

Correspondent: DARREN B. COHEN
599 LEXINGTON AVENUE  29TH FLOOR
NEW YORK, NY 10022-7650

**Assignment: 7**

    **Reel/Frame:** 3567/0962    **Received:** 06/26/2007    **Recorded:** 06/26/2007    **Pages:** 22

    **Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE THE ACQUISITION OF INTELLECTUAL PROPERTY PREVIOUSLY RECORDED ON REEL 003211 FRAME 0093. ASSIGNOR(S) HEREBY CONFIRMS THE ACQUISITION OF INTELLECTUAL PROPERTY.

    **Assignor:** AMIGA, INC.    **Exec Dt:** 08/30/2004
    **Entity Type:** CORPORATION
    **Citizenship:** NONE

    **Assignee:** KMOS, INC.
    225 FOSTER AVENUE
    KENTFIELD, CALIFORNIA 94904
    **Entity Type:** CORPORATION
    **Citizenship:** NONE

    **Correspondent:** DARREN B. COHEN, ESQ.
    599 LEXINGTON AVENUE
    NEW YORK, NY 10022

**Assignment: 8**

    **Reel/Frame:** 3211/0156    **Received:** 12/15/2005    **Recorded:** 12/15/2005    **Pages:** 3

    **Conveyance:** CHANGE OF NAME

    **Assignor:** KMOS INC.    **Exec Dt:** 01/31/2005
    **Entity Type:** CORPORATION
    **Citizenship:** CALIFORNIA

    **Assignee:** AMIGA, INC.
    24403 256TH AVENUE SE, P.O. BOX 887
    RAVENSDALE, WASHINGTON 98051
    **Entity Type:** CORPORATION
    **Citizenship:** WASHINGTON

    **Correspondent:** DARREN B. COHEN
    599 LEXINGTON AVENUE
    29TH FLOOR
    NEW YORK, NM 10022-7650

**Assignment: 9**
    **Reel/Frame:** 3237/0792    **Received:** 01/31/2006    **Recorded:** 01/31/2006    **Pages:** 7
    **Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ADDRESS AND STATE OF INCORPORATION FOR THE RECEIVING PARTY ON CHANGE OF NAME DOCUMENT PREVIOUSLY RECORDED ON REEL 003211 FRAME 0156. ASSIGNOR(S) HEREBY CONFIRMS THE CHANGE OF NAME.

    **Assignor:** KMOS INC.    **Exec Dt:** 01/31/2005
        **Entity Type:** CORPORATION
        **Citizenship:** CALIFORNIA

    **Assignee:** AMIGA, INC.
        167 MADISON AVENUE    **Entity Type:** CORPORATION
        SUITE 301    **Citizenship:** DELAWARE
        NEW YORK, NEW YORK 10016

    **Correspondent:** DARREN B. COHEN
        599 LEXINGTON AVENUE
        29TH FLOOR
        NEW YORK, NY 10022-7650

---

No additional assignments, security agreements, liens, mergers, changes of name, or other transactions are recorded against this patent.

**USPTO Assignment data current to: May 2007**

# Trademark Assignment Abstract of Title

**Total Assignments:** 5
    **Serial #:** 75642361   **Filing Dt:** 02/17/1999   **Reg #:** 2319266   **Reg. Dt:** 02/15/2000
    **Registrant:** Amiga Development LLC
    **Mark:** AMIGA
    **Status:** Section 8 (6-year) accepted – 10/19/2006

**Assignment: 1**
    **Reel/Frame:** 2037/0095   **Received:** 03/21/2000   **Recorded:** 02/15/2000   **Pages:** 3
    **Conveyance:** ASSIGNS THE ENTIRE INTEREST

    **Assignor:** AMIGA DEVELOPMENT LLC   **Exec Dt:** 12/29/1999
        **Entity Type:** CORPORATION
        **Citizenship:** DELAWARE

    **Assignee:** AMINO DEVELOPMENT CORPORATION
    23800 SE KENT KANGLEY ROAD, SUITE 3
    MAPLE VALLEY, WASHINGTON 98038
    **Entity Type:** CORPORATION
    **Citizenship:** WASHINGTON

    **Correspondent:** JENKENS & GILCHRIST, P.C.
    P. WESTON MUSSELMAN, JR.
    1445 ROSS AVENUE, STE. 3200
    DALLAS, TEXAS 75202-2799

**Assignment: 2**
    **Reel/Frame:** 2037/0080   **Received:** 03/21/2000   **Recorded:** 02/15/2000   **Pages:** 2
    **Conveyance:** CHANGE OF NAME

    **Assignor:** AMINO DEVELOPMENT CORPORATION
    **Exec Dt:** 01/07/2000
    **Entity Type:** CORPORATION
    **Citizenship:** WASHINGTON

    **Assignee:** AMIGA, INC.
    23800 SE KENT KANGLEY ROAD, SUITE 3
    MAPLE VALLEY, WASHINGTON 98038
    **Entity Type:** CORPORATION
    **Citizenship:** WASHINGTON

    **Correspondent:** JENKENS & GILCHRIST, P.C.
    P. WESTON MUSSELMAN, JR.
    1445 ROSS AVENUE, STE. 3200
    DALLAS, TEXAS 75202-2799

**Assignment: 3**
 **Reel/Frame:** 3211/0093   **Received:** 12/15/2005   **Recorded:** 12/15/2005   **Pages:** 14
 **Conveyance:** ACQUISITION OF INTELLECTUAL PROPERTY
  **Assignor:** KMOS INC.   **Exec Dt:** 08/30/2004
   **Entity Type:** CORPORATION
   **Citizenship:** DELAWARE

  **Assignee:** AMIGA, INC.
   24403 256TH AVENUE SE, P.O. BOX 887
   RAVENSDALE, WASHINGTON 98051
   **Entity Type:** CORPORATION
   **Citizenship:** WASHINGTON

 **Correspondent:** DARREN B. COHEN
  599 LEXINGTON AVENUE
  29TH FLOOR
  NEW YORK, NY 10022-7650

**Assignment: 4**
 **Reel/Frame:** 3211/0156   **Received:** 12/15/2005   **Recorded:** 12/15/2005   **Pages:** 3
 **Conveyance:** CHANGE OF NAME
  **Assignor:** KMOS INC.   **Exec Dt:** 01/31/2005
   **Entity Type:** CORPORATION
   **Citizenship:** CALIFORNIA

  **Assignee:** AMIGA, INC.
   24403 256TH AVENUE SE, P.O. BOX 887
   RAVENSDALE, WASHINGTON 98051
   **Entity Type:** CORPORATION
   **Citizenship:** WASHINGTON

 **Correspondent:** DARREN B. COHEN
  599 LEXINGTON AVENUE
  29TH FLOOR
  NEW YORK, NM 10022-7650

**Assignment: 5**
    **Reel/Frame:** 3237/0792   **Received:** 01/31/2006   **Recorded:** 01/31/2006   **Pages:** 7
    **Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ADDRESS AND STATE OF INCORPORATION FOR THE RECEIVING PARTY ON CHANGE OF NAME DOCUMENT PREVIOUSLY RECORDED ON REEL 003211 FRAME 0156. ASSIGNOR(S) HEREBY CONFIRMS THE CHANGE OF NAME.

    **Assignor:** KMOS INC.       **Exec Dt:** 01/31/2005
     **Entity Type:** CORPORATION
     **Citizenship:** CALIFORNIA

    **Assignee:** AMIGA, INC.
    167 MADISON AVENUE       **Entity Type:** CORPORATION
    SUITE 301       **Citizenship:** DELAWARE
    NEW YORK, NEW YORK 10016

    **Correspondent:** DARREN B. COHEN
    599 LEXINGTON AVENUE
    29TH FLOOR
    NEW YORK, NY 10022-7650

---

No additional assignments, security agreements, liens, mergers, changes of name, or other transactions are recorded against this patent.

**USPTO Assignment data current to: May 2007**

# Trademark Assignment Abstract of Title

**Total Assignments:** 3

**Serial #:** 76096557   **Filing Dt:** 07/11/2000   **Reg #:** 2802748   **Reg. Dt:** 01/06/2004

**Registrant:** Amiga, Inc.

**Mark:** AMIGA

**Status:** Registered - Principal Register - 01/06/2004

**Assignment: 1**

**Reel/Frame:** 3211/0093   **Received:** 12/15/2005   **Recorded:** 12/15/2005   **Pages:** 14

**Conveyance:** ACQUISITION OF INTELLECTUAL PROPERTY

**Assignor:** KMOS INC.   **Exec Dt:** 08/30/2004
**Entity Type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee:** AMIGA, INC.
24403 256TH AVENUE SE, P.O. BOX 887
RAVENSDALE, WASHINGTON 98051
**Entity Type:** CORPORATION
**Citizenship:** WASHINGTON

**Correspondent:** DARREN B. COHEN
599 LEXINGTON AVENUE
29TH FLOOR
NEW YORK, NY 10022-7650

**Assignment: 2**

**Reel/Frame:** 3211/0156   **Received:** 12/15/2005   **Recorded:** 12/15/2005   **Pages:** 3

**Conveyance:** CHANGE OF NAME

**Assignor:** KMOS INC.   **Exec Dt:** 01/31/2005
**Entity Type:** CORPORATION
**Citizenship:** CALIFORNIA

**Assignee:** AMIGA, INC.
24403 256TH AVENUE SE, P.O. BOX 887
RAVENSDALE, WASHINGTON 98051
**Entity Type:** CORPORATION
**Citizenship:** WASHINGTON

**Correspondent:** DARREN B. COHEN
599 LEXINGTON AVENUE
29TH FLOOR
NEW YORK, NM 10022-7650

**Assignment: 3**

    **Reel/Frame:** 3237/0792  **Received:** 01/31/2006  **Recorded:** 01/31/2006  **Pages:** 7

    **Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE ADDRESS AND STATE OF INCORPORATION FOR THE RECEIVING PARTY ON CHANGE OF NAME DOCUMENT PREVIOUSLY RECORDED ON REEL 003211 FRAME 0156. ASSIGNOR(S) HEREBY CONFIRMS THE CHANGE OF NAME.

    **Assignor:** KMOS INC.    **Exec Dt:** 01/31/2005
                                         **Entity Type:** CORPORATION
                                           **Citizenship:** CALIFORNIA

    **Assignee:** AMIGA, INC.
                   167 MADISON AVENUE    **Entity Type:** CORPORATION
                   SUITE 301    **Citizenship:** DELAWARE
                   NEW YORK, NEW YORK 10016

    **Correspondent:** DARREN B. COHEN
                          599 LEXINGTON AVENUE
                        29TH FLOOR
                        NEW YORK, NY 10022-7650

---

No additional assignments, security agreements, liens, mergers, changes of name, or other transactions are recorded against this patent.

**USPTO Assignment data current to: May 2007**