UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIGA, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> and <br><br> HYPERION VOF, a Belgium corporation, <br><br> Defendant. | CAUSE NO. CV07-0631RSM <br><br> DECLARATION OF LAWRENCE R. COCK AUTHENTICATING DOCUMENTS |

Lawrence R. Cock declares, under penalty of perjury under the laws of the State of Washington, as follows:

1. I am an attorney practicing law at Cable Langenbach Kinerk & Bauer LLP. I have personal knowledge of the facts set forth in this declaration and am competent to testify to them.

2. Today, I typed "www.amigahistory.co.uk" into my web browser. The exhibit to this declaration is a true and correct copy of the first page of http://www.amigahistory.co.uk/ as displayed by my browser.

DECLARATION OF LAWRENCE R. COCK
AUTHENTICATING DOCUMENTS - 1
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

1     I declare under penalty of perjury under the laws of the State of Washington that the foregoing declaration is true and correct to the best of my knowledge and belief.

DATED: July 30th, 2007

/s/_____
Lawrence R. Cock

DECLARATION OF LAWRENCE R. COCK
AUTHENTICATING DOCUMENTS
- 2
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

# EXHIBIT 1

Case 2:07-cv-00631-RSM    Document 62    Filed 07/30/2007    Page 3 of 4

# Amiga history guide



- recent updates
- amiga history
- features
- amiga models
- magazines
- technical
- interviews
- internet links
- downloads

banners ▫  disclaimer ▫  faq ▫



## welcome

**Welcome to the Amiga History Guide - the largest Amiga history site in the world!**

This site examines a kaleidoscope of topics, ranging from Amiga Inc's early foray into joysticks, to the latest offerings in cross-platform Amiga solutions.

## How to use this site

The individual sections of the site can be accessed by clicking one of the options to the left. You will also notice red &white coloured balls doted around the site. These are links that lead to different subsections.

## What am I missing?

I am always on the lookout for new information about the Amiga. Do you know of a hitherto unknown Amiga prototype? Do you have an Amiga story to tell? If so, contact Gareth Knight.

© 1997-2006
Gareth Knight
All Rights reserved

### news

Latest updates to the Amiga History Guide. (more)

### useful links

- Amiga Hardware
- Amiga History.de
- Amiga Magazine Rack
- Amiga-news(en)(de)
- Amiga.org
- Amiga World
- AmigaOS 4.0
- Amiga University
- Commodore Retrobits
- Dave Haynie archive
- Lemon Amiga
- MorphOS Support
- morphos-news.de

### spotlight



Other interesting items in the archive!

[ Amiga History.co.uk ] [ Amiga University ]

[ Sign my GuestBook ] - [ Read my GuestBook ]
[ GuestBook by TheGuestBook.com ]

Amiga is a registered Trademark of Amiga Inc.

home · changes · amiga history · features · amiga models
magazines · technical · interviews · internet links · downloads