UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIGA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>and<br><br>HYPERION VOF, a Belgium corporation,<br><br>    Defendant. | CAUSE NO. CV07-0631RSM<br><br>**(PROPOSED) ORDER EXTENDING THE DEADLINE FOR AMIGA, INC.'S REPLY IN SUPPORT OF AMIGA, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

THIS MATTER having come on regularly before this Court on the parties' Stipulation Extending The Deadline For Amiga, Inc.'s Reply In Support Of Amiga, Inc.'s Motion For Judgment On The Pleadings (Dkt. 58); the Court having reviewed the Stipulation and having found that it should be adopted as the Court's order, NOW, THEREFORE, it is hereby

(PROPOSED) ORDER EXTENDING THE DEADLINE FOR AMIGA, INC.'S REPLY IN SUPPORT OF AMIGA, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS - 1

Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

1  ORDERED, ADJUDGED, AND DECREED that the deadline for Amiga, Inc.'s Reply in

2  Support of Amiga, Inc.'s Motion for Judgment on the Pleadings is extended until Monday, July 30,

3  2007.

4  DONE IN OPEN COURT this _____ day of _____, 2007.

5

6  _____
   HONORABLE RICHARD MARTINEZ

7

8  Presented by:

9  CABLE, LANGENBACH, KINERK & BAUER, LLP

10

11

12  By:  /s/
         Lawrence R. Cock, WSBA #20326

13       Attorneys for Amiga, Inc.

14

15  KINSEL LAW OFFICES, PLLC

16

17  By:  */s/ approved by e-mail*
         William A. Kinsel, WSBA #18077

18       Attorneys for Hyperion, VOF.

19

20

21

22

23

24

25

26  (PROPOSED) ORDER EXTENDING THE DEADLINE FOR
    AMIGA, INC.'S REPLY IN SUPPORT OF AMIGA, INC.'S
27  MOTION FOR JUDGMENT ON THE PLEADINGS - 2

    Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William A. Kinsel
Law Offices of William A. Kinsel, PLLC
Market Place Tower
2025 First Avenue, Suite 440
Seattle, WA  98121

    /s/
Lawrence R. Cock, WSBA No. 20326
Attorney for Plaintiff Amiga, Inc.
CABLE, LANGENBACH, KINERK & BAUER, LLP
Suite 3500, 1000 Second Avenue Building
Seattle, Washington 98104-1048
(206) 292-8800 phone
(206) 292-0494 facsimile
lrc@cablelang.com

(PROPOSED) ORDER EXTENDING THE DEADLINE FOR AMIGA, INC.'S REPLY IN SUPPORT OF AMIGA, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS - 3

Case No. CV07-0631RSM

CABLE, LANGENBACH, KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800