UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMIGA, INC., a Delaware corporation,

    Plaintiff,

and

HYPERION VOF, a Belgium corporation,

    Defendant.

CAUSE NO. CV07-0631RSM

**ORDER EXTENDING THE DEADLINE FOR AMIGA, INC.'S REPLY IN SUPPORT OF AMIGA, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS**

    THIS MATTER having come on for hearing before the Honorable Richard Martinez of the above-entitled Court by stipulation between the parties, it is now hereby

    ORDERED that the deadline for Amiga, Inc.'s Reply in Support of Amiga, Inc.'s Motion for Judgment on the Pleadings is extended until Monday, July 30, 2007.

    DONE IN OPEN COURT this  21  day of _August_, 2007.



RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER EXTENDING THE DEADLINE - 1
Case No. CV07-0631RSM

CABLE, LANGENBACH, KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

Presented by:

CABLE, LANGENBACH, KINERK & BAUER, LLP


By: ___/s/_____
    Lawrence R. Cock, WSBA #20326
    Attorneys for Amiga, Inc.


KINSEL LAW OFFICES, PLLC


By: ___*/s/ approved by telephone*___
    William A. Kinsel, WSBA #18077
    Attorneys for Hyperion, VOF.

ORDER EXTENDING THE DEADLINE - 2
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800