UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMIGA, INC., a Delaware corporation,

Plaintiff,

v.

HYPERION VOF, a Belgium corporation,

Defendant.

CASE NO. C07-631RSM

ORDER ON MOTION TO JOIN ITEC, LLC AS A COUNTERCLAIM DEFENDANT

This matter is before the Court for a ruling on defendant's motion for leave to join Itec, LLC ("Itec"), as a counterclaim defendant. Dkt. # 41. Plaintiff has opposed the motion.[1] The facts of this dispute have been set out in the Court's previous Order denying plaintiff's motion for a preliminary injunction, and need not be repeated here. Dkt. # 38. From those facts, it appears that joinder of Itec as a counterclaim defendant is appropriate, as Itec claims an interest relating to the subject of this action, and defendant may otherwise incur inconsistent obligations relating to this party's interest. F.R.Civ.Proc. 19(a)(2).

---

[1] Defendant has moved to strike plaintiff's opposition as untimely. Dkt. # 53. The Court finds that the opposition was indeed filed one day late. Local Rule CR 7(d)(3). Moreover, the opposition is unsigned, in that counsel's signature does not comply with the signature requirements of the Electronic Filing Procedures for Civil and Criminal Cases, Amended 6/1/06 ("ECF Procedures"). *See*, ECF Procedures, Paragraph III.K. Defendant's motion to strike is accordingly GRANTED. However, in the interest of fairness to plaintiff, the Court has considered the arguments set forth in the opposition.

ORDER ON MOTION TO JOIN ITEC, LLC - 1

Defendant's motion for leave to join Itec, LLC as a counterclaim defendant is accordingly GRANTED. Defendant shall file an amended Answer and Counterclaim within two weeks of the date of this Order. Such mended Answer and Counterclaim shall not alter the counterclaims already asserted against plaintiff Amiga, Inc, except that counterclaims already asserted against Amiga, Inc., may be deleted.

Plaintiff's pending motion for judgment on the pleadings (Dkt. # 50), which is a motion to dismiss certain counterclaims, shall be RE-NOTED by plaintiff on the Court's calendar for the fourth Friday after counterclaim defendant Itec, Inc., has filed either an answer or other responsive pleading

Dated this 6th day of September, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ON MOTION TO JOIN ITEC, LLC - 2