# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

AMIGA, INC., et al.

    Plaintiff(s),

  v.

HYPERION VOF, et al.

    Defendant(s).

Case No. 07-0631-RSM

**PRAECIPE**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:
You will please:

Issue a Sixty (60) day summons to counterclaim defendant ITEC, LLC.

Dated: Sep 10, 2007

s/William A. Kinsel, WSBA #18077
Signature

For: Defendant

**PRAECIPE**

Dockets.Justia.com