# United States District Court
# Western District of Washington

AMIGA, INC., a Delaware corporation,

Plaintiff(s)

v.

HYPERION VOF, a Belgium corporation,

Defendant(s)

Case Number  CV07-0631

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, __Jeffrey M. Tamarin__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Amiga, Inc., a Delaware corporation.

The particular need for my appearance and participation is:

I am a partner for Reed Smith LLP and Reed Smith is lead counsel for Amiga in this matter.

I, __Jeffrey M. Tamarin__ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9-12-07    Signature of Applicant: s/ Jeffrey M. Tamarin

| | |
|---|---|
| Pro Hac Vice Attorney Applicant's Name: | Jeffrey M. Tamarin |
| Law Firm Name: | Reed Smith, LLP |
| Street Address 1: | 599 Lexington Avenue, 29th Floor |
| Address Line 2: | |
| City: | New York |
| State: | NY |
| Zip: | 10022 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 212-549-0371 |

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant  Jeffrey M. Tamarin  is unable to be present upon any date assigned by the court.

Date: 9-12-07

Signature of Local Counsel: s/ Lawrence R. Cock

| | |
|---|---|
| Local Counsel's Name: | Lawrence R. Cock |
| Law Firm Name: | Cable Langenbach Kinerk & Bauer, LLP |
| Street Address 1: | 1000 Second Avenue |
| Address Line 2: | Suite 3500 |
| City: | Seattle |
| State: | Washington |
| Zip: | 98104 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 206-292-8800 |