## Legal Assistant

**From:** paygovadmin@mail.doc.twai.gov
**Sent:** Monday, October 01, 2007 3:24 PM
**To:** Legal Assistant
**Subject:** Pay.Gov Payment Confirmation

```
THIS IS AN AUTOMATED MESSAGE.   PLEASE DO NOT REPLY.

Your transaction has been successfully completed.

Payment Summary

Application Name: WAWD CM ECF
Pay.gov Tracking ID: 24UCENBB
Payment Agency Tracking ID: 1255161

Cardholder Name: Lawrence Cock
Cardholder Address: 1000 2ND AVE
Cardholder Country: USA
Cardholder Zip Code: 98104
Card Type: Master Card
Payment Amount: $75.00
Transaction Date: Oct 1, 2007 6:23:30 PM
```

1