**THE HON. RICARDO MARTINEZ**
Noted for Hearing: November 30, 2007

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIGA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>and<br><br>HYPERION VOF, a Belgium corporation,<br><br>    Defendant/Counterclaim Plaintiff,<br><br>v.<br><br>ITEC, LLC, a New York Limited Liability Company,<br><br>    Counterclaim Defendant. | CAUSE NO. CV07-0631RSM<br><br>**[PROPOSED] ORDER DISMISSING HYPERION VOF'S CLAIMS AGAINST ITEC, LLC** |

THIS MATTER came on regularly before this Court on Crossclaim Defendant Itec, LLC's *Motion To Dismiss Or, In The Alternative, To Transfer*. The Court has reviewed the following documents:

**[PROPOSED] ORDER DISMISSING HYPERION VOF'S CLAIMS AGAINST ITEC, LLC** - 1

Case No. CV07-0631RSM

CABLE, LANGENBACH, KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

1) *Notice of Motion And Motion; Memorandum Of Points And Authorities In Support Of Motion To Dismiss Or, In The Alternative, To Transfer*;

2) *The Declaration of Lance Gothoffer*, with exhibits thereto;

3) *The Declaration of Jeff Grzymala*, with exhibits thereto;

4) Hyperion's opposition to Itec, LLC's *Motion To Dismiss, Or In the Alternative To Transfer*, if any;

5) Itec, LLC's reply in support of *Motion To Dismiss Or, In The Alternative, To Transfer*, if any; and

6) The records and files herein.

The Court has heard arguments of counsel and deems itself fully apprised. NOW THEREFORE it is hereby:

ORDERED, ADJUDGED, AND DECREED that Itec, LLC's *Motion To Dismiss Or, In The Alternative, To Transfer*, is GRANTED and all claims brought by Hyperion, VOF against Itec, LLC are DISMISSED.

DONE IN OPEN COURT this _____ day of _____, 2007.

_____
THE HONORABLE RICHARD MARTINEZ

**[PROPOSED] ORDER DISMISSING HYPERION VOF'S CLAIMS AGAINST ITEC, LLC** - 2

Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

1  Presented by:

2  CABLE, LANGENBACH, KINERK & BAUER, LLP

3

4  By:  ___/s/_____
     Lawrence R. Cock, WSBA No. 20326
5    CABLE, LANGENBACH, KINERK & BAUER, LLP
     Suite 3500, 1000 Second Avenue Building
6    Seattle, Washington 98104-1048
     (206) 292-8800 phone
7    (206) 292-0494 facsimile
     lrc@cablelang.com
8
   *Attorneys for Counterclaim Defendant ITEC, LLC*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26  **[PROPOSED] ORDER DISMISSING HYPERION VOF'S
    CLAIMS AGAINST ITEC, LLC** - 3

27  Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William A. Kinsel
Law Offices of William A. Kinsel, PLLC
Market Place Tower
2025 First Avenue, Suite 440
Seattle, WA  98121

A copy was also served by hand delivery on November 8, 2007.

   /s/
Lawrence R. Cock, WSBA No. 20326
Attorney for Plaintiff Amiga, Inc.
CABLE, LANGENBACH, KINERK & BAUER, LLP
Suite 3500, 1000 Second Avenue Building
Seattle, Washington 98104-1048
(206) 292-8800 phone
(206) 292-0494 facsimile
lrc@cablelang.com

**[PROPOSED] ORDER DISMISSING HYPERION VOF'S CLAIMS AGAINST ITEC, LLC** - 4

Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800