**HON. RICARDO MARTINEZ**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIGA, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>HYPERION VOF, a Belgium corporation,<br><br>    Defendant/Counterclaim Plaintiff,<br><br>v.<br><br>ITEC, LLC, a New York Limited Liability Company,<br><br>    Counterclaim Defendant. | CAUSE NO. CV07-0631RSM<br><br>**DECLARATION OF LAWRENCE R. COCK ATTACHING PLAINTIFF'S AMENDED COMPLAINT** |

Lawrence R. Cock declares, under penalty of perjury under the laws of the State of Washington, as follows:

1.  I am an attorney practicing law at Cable Langenbach Kinerk & Bauer LLP. I have personal knowledge of the facts set forth in this declaration and am competent to testify to them.

DECLARATION OF LAWRENCE R. COCK
ATTACHING PLAINTIFF'S AMENDED COMPLAINT - 1
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE #3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

Dockets.Justia.com

2. Attached to this declaration is a true and correct copy of Amiga, Inc.'s Amended Complaint for Damages, Specific Performance and Injunctive Relief (Proposed), with exhibits thereto.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing declaration is true and correct to the best of my knowledge and belief.

DATED: December 12, 2007

/s/
Lawrence R. Cock

DECLARATION OF LAWRENCE R. COCK
ATTACHING PLAINTIFF'S AMENDED COMPLAINT - 2
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE #3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

DATED December 12, 2007.

   /s/ Lawrence R. Cock
Lawrence R. Cock, WSBA No. 20326
CABLE, LANGENBACH, KINERK & BAUER, LLP
Suite 3500, 1000 Second Avenue Building
Seattle, Washington 98104-1048
(206) 292-8800 phone
(206) 292-0494 facsimile
lrc@cablelang.com

   /s/ Lance Gotthoffer
Lance Gotthoffer (Pro Hac Vice), NYBA No. 1088186
Jeffrey M. Tamarin (Pro Hac Vice), NYBA No. 1935071
REED SMITH LLP
599 Lexington Avenue
New York, NY 10022
Telephone:  212.521.5400
Facsimile:  212.521.5450
lgotthoffer@reedsmith.com
jtamarin@reedsmith.com

   /s/ Alison Riddell
Alison Riddell (Pro Hac Vice), CBA No. 246142
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
P.O. Box 7936
San Francisco, CA  94120-7936
Telephone:  415.543.8700
Facsimile:  415.391.8269
ariddell@reedsmith.com
***Attorneys for Plaintiff AMIGA, INC.***

DECLARATION OF LAWRENCE R. COCK
ATTACHING PLAINTIFF'S AMENDED COMPLAINT - 3
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE #3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William A. Kinsel
Law Offices of William A. Kinsel, PLLC
Market Place Tower
2025 First Avenue, Suite 440
Seattle, WA  98121

    /s/     Lawrence R. Cock
Lawrence R. Cock, WSBA No. 20326
Attorney for Plaintiff Amiga, Inc.
CABLE, LANGENBACH, KINERK & BAUER, LLP
Suite 3500, 1000 Second Avenue Building
Seattle, Washington 98104-1048
(206) 292-8800 phone
(206) 292-0494 facsimile
lrc@cablelang.com

DECLARATION OF LAWRENCE R. COCK
ATTACHING PLAINTIFF'S AMENDED COMPLAINT - 4
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE #3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800