# EXHIBIT K

Dockets.Justia.com

FROM :0                          FAX NO. :2124313143              Dec. 12 2005 05:52PM P2

## Purchase and Sale Agreement and Agreement of a Secured Note

This purchase and sale agreement dated May 14, 2004, is by **Itec LLC**, a New York State Limited Liability company, with address at 102 Prince Street, New York, NY 10012, Tel. 212.431.1624 (hereafter referred to as "Seller") and **KMOS Inc.**, a Delaware registered corporation with address at 102 Prince Street, New York, NY 10012 Tel. 212.431.1624 (hereafter referred to as "Purchaser").

WITNESSETH:

**Whereas** Itec LLC has lent Amiga Inc. a total of 248,950 dollars pursuant to a **loan facility agreement** of May 22, 2004, secured by all the intellectual property of Amiga Inc. pursuant to the same loan facility agreement and a **Security Agreement** of July 3, 2003.

**Whereas** the total liability of Amiga Inc. pursuant to the loan facility agreement (the "Note") will be 267,159 dollars, inclusive of accrued interest of 18,209 dollars, on the due date of May 22, 2004 as confirmed in writing by Mr. McEwen, the President of Amiga Inc.

**Whereas** the Note is freely transferable and assignable and the transferee and the assignee retains all the rights, protections and remedies specified in the loan facility agreement and the security agreement.

**Whereas** Itec LLC and KMOS Inc. have agreed in the **Stock Purchase and Sale Agreement and Agreement of Assignment of Intellectual Property Rights** of October 2003 that "all possible future acquisitions of . . . business assets [of Amiga Inc.] . . . will be effected by KMOS Inc."

**Whereas** the Note is secured by certain business assets of Amiga Inc., namely the Intellectual Property listed in the Security Agreement, which assets become the property of the Note holder in case the Note is not fully paid on or before May 22, 2004 if the Note holder chooses to foreclose on the collateral pursuant to the Loan Facility Agreement and the Security Agreement.

**Whereas** KMOS Inc. has advanced 50,000 dollars to Amiga Inc. on May 13, 2004 pursuant to the Loan Facility Agreement, while Itec LLC has advanced 217,159 dollars inclusive of accrued interest.

NOW, THEREFORE:

The parties agree that KMOS Inc. will acquire from Itec LLC, the Note of 267,159 dollars and that Itec LLC will transfer and assign to KMOS Inc. the Loan Facility Agreement and the Security Agreements, and all the rights and remedies specified therein for a payment of 217,159 dollars.

In witness of which agreement, each of the parties hereto is executing this instrument as of the date set forth above.

Seller:                                          Purchaser:

Itec LLC                                         KMOS Inc.




Pentti Kouri                                     Garry Hare
*Managing Member*                                *CEO*

EXHIBIT L

FROM :GARRY HARE                    FAX NO. :4154592440                    Sep. 08 2004 09:15AM P1

# AGREEMENT ON ACQUISITION OF SOFTWARE, CONTENT, CORPORATE NAME AND BRAND, LOGO, TRADEMARKS, DOMAIN NAMES, PATENT RIGHTS AND OTHER INTELLECTUAL PROPERTY ("AGREEMENT")
## AUGUST 30, 2004

This **Agreement** is made on the 30th day of August 2004 by and between **KMOS Inc.** a Delaware corporation ("KMOS") with its address at 225 Foster Avenue, Kentfield, CA 94904 and **Amiga Inc.**, a Washington corporation ("Amiga") with its address at 24403 256th Avenue SE, P.O. Box 887, Ravensdale, WA 98051.

## Recitals

A.  Amiga is in default of a Loan Facility Agreement between it and Itec LLC dated May 11, 2003 and a related Security Agreement between the same parties dated July 3, 2003.

B.  KMOS, Inc. has subsequently acquired all right, title and interest of Itec LLC under said Loan Facility Agreement and Security Agreement, as a result of which KMOS now has the right and to foreclose on all intellectual property of Amiga pursuant to said Loan Facility Agreement and Security Agreement.

C.  Amiga has been unable to obtain funding to continue the business of Amiga, and Amiga at present has no money to meet its obligations or to pay for additional legal expenses, including legal expenses of bankruptcy.

D.  KMOS and Amiga have agreed to resolve the issue of Amiga's default, as hereinafter set forth, in a manner that is fair to other secured and senior creditors of Amiga including the employees of Amiga.

## Agreement

1.  **Assignment of Assets.** For good and valuable consideration the receipt and sufficiency of which are hereby acknowledged, Amiga hereby transfers and assigns to KMOS all of Amiga's right, title and interest in the following assets:

    (a) all rights to and revenue accruing to the intellectual property of Amiga Inc., including but not limited to all software, applications and services for the Amiga Operating System versions 1.0 through and including version 4.0, as well as AmigaDE products and services, including the Amiga Anywhere Content Engine (AACE), Amiga Anywhere and associated services within the DE family of products (listed in Schedule I);

(b) all titles of content, including but not limited to the AmigaDE applications/games (listed in Schedule II);

(c) ownership and all rights to the corporate and brand name "Amiga" the Amiga Logo, all "Amiga" trademarks, all "Amiga" domain names;

(d) all rights pursuant to agreements with Amiga developers, and licensees;

(e) all rights pursuant to the "Non-Exclusive Patent License Agreement" dated December 1999 between Amiga Development LLC, a wholly-owned subsidiary of Gateway, Inc. and Amino Development Corporation, now called Amiga Inc.; and

(f) all and any other tangible rights, goodwill and intellectual property of Amiga.

2. **Payment.** It is agreed by the two parties that payment in full for the purchase of all the Intellectual Property per this Agreement consists of (a) Cash advances made to Amiga, under the Loan Facility Agreement, totaling Two Hundred Seventy Four Thousand Four Hundred Twenty Two Dollars (US $270,422.00) as of the effective date of this Agreement, and (b) four million (4,000,000) shares of KMOS common stock.

3. **Delivery of Documentation and Assignments.** Amiga agrees to deliver to KMOS no later than September 2, 2004 physical documentation of all Amiga software including but not limited to the Amiga Operating System, and the AmigaDE and related software, as well as all content hereby assigned and duly executed and notarized assignment forms in the form attached hereto.

4. **Use of Amiga Name, Brand, Logo, Trademarks and Domain Names.** Amiga agrees that no later than September 2, 2004, Amiga Inc. will change its name to one not including the word "Amiga", that it will cease to use the Amiga name or the Amiga Logo in any of its activities, products, websites or corporate entities and documents, and that it will ensure that no affiliated entities (including but not limited to those referenced in Subsection 1 (e) continue to use the Amiga name in any way.

5. **Revenue from Existing Amiga Contracts and Licensees.** Amiga agrees that, effective immediately upon the signing of this Agreement, any and all revenue to Amiga from existing contracts and licenses including, for the use of the Amiga name, Logo's, Trademarks, Content, AmigaDE content and services, as well as associated Amiga Operating System revenues including but not limited to the contract between Amiga and Hyperion BV and Eyetech Ltd., will belong to and will be paid directly to KMOS. Amiga agrees immediately to notify all entities or persons owing such contract payments, in

writing, of this assignment and to direct that all future payments be made directly to KMOS. Copies of such notices shall be sent to KMOS.

6.  **Representations and Warranties by Amiga.** Amiga represents and warrants to KMOS as follows:

> (a) <u>Authority of Amiga</u>. Amiga has full power and authority to enter in this Agreement and to consummate the transactions contemplated herein and therein. This Agreement has been duly executed and delivered by Amiga and is or upon execution will be a valid and legally binding obligation of Amiga in accordance with its terms. Neither the execution of this Agreement nor the consummation of the transactions contemplated herein or therein will constitute or cause a breach or violation of a covenant or obligation binding upon Amiga or affecting assets hereby assigned.

> (b) <u>Title to Assets</u>. Amiga has complete and unrestricted power to sell, assign and deliver to KMOS unencumbered marketable title to the assets hereby assigned by Amiga.

> (c) <u>Satisfaction of Amiga Obligations</u>. Amiga's entering in this Agreement with KMOS will enable it to meet its obligations to other secured and senior creditors and employees.

7.  **Representations and Warranties by KMOS.** KMOS represent and warrant to Amiga that KMOS has full power to enter into this Agreement and to consummate the transactions contemplated herein, and neither the execution of this Agreement nor the consummation of the transactions contemplated herein will constitute or cause a breach or violation of any covenant or obligation binding upon KMOS.

8.  **Indemnification.** Amiga hereby indemnifies and holds KMOS harmless against and with respect to any claim, liability, obligation, loss, damage, assessment, judgment, cost or expense (including, without limitation, reasonable attorneys' fees and costs and expenses reasonably incurred in investigating, preparing, defending against or prosecuting and litigation or claim, action, suit, demand, arbitration proceeding or other proceeding), of any kind or character, arising out of or in any manner incident, relating or attributable to: (i) any material inaccuracy in a representation or any breach of a warranty of Amiga contained in this Agreement or otherwise made or given in connection with this Agreement, (ii) any failure by Amiga substantially to perform or observe, or to have substantially performed or observed, in full, any covenant, agreement or condition to be performed or observed by it under this Agreement or under any certificate or other document or agreement executed by Amiga in connection with this Agreement or (iii) the reliance by KMOS on other information furnished by Amiga.

FROM :GARRY HARE                    FAX NO. :4154592440              Sep. 08 2004 09:16AM  P4

9.  **General Provisions.**

(a) <u>Governing Law</u>. This Agreement shall be construed, interpreted and the rights of the parties determined in accordance with the laws of the State of California.

(b) <u>Successors and Assigns</u>. All of the terms and provisions of this Agreement by or for the benefit of the parties shall be binding upon and inure to the benefit of their successors, assigns, heirs and personal representatives.

(c) <u>Counterparts</u>. This Agreement may be executed simultaneously in two or more counterparts, each of which shall be deemed original, but all of which together shall constitute one and the same Agreement.

(d) <u>Notices</u>. All notices, requests, demands, and other communications hereunder shall be in writing and shall be deemed to have been duly given (except as may otherwise be specifically provided herein to the contrary) if delivered by hand and receipted for by the party to whom said notice or other communication shall have been directed or mailed by certified or registered mail with postage prepaid.

(e) <u>Attorneys Fees</u>. All legal fees charged by the parties' respective counsel in reviewing such draft documents shall be borne by the party having engaged such counsel. In the event that litigation is thereafter commenced to interpret or enforce this Agreement, the prevailing party herein shall be entitled to recover its costs of suit, including reasonable attorney's fees.

(f) <u>Satisfaction of Claims</u>. KMOS agrees that Amiga's full performance under this Agreement shall constitute a satisfaction of Amiga's rights and claims under said Loan Facility Agreement and Security Agreement.

In witness whereof, the parties have executed this Agreement as of the effective date hereinabove set forth.

*For KMOS, Inc.*                                  *For Amiga, Inc.*

_____                          _____
Garry Hare, CEO                                  Bill McEwen, CEO

EXHIBIT M



PAGE 1

*The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "KMOS, INC.", CHANGING ITS NAME FROM "KMOS, INC." TO "AMIGA, INC.", FILED IN THIS OFFICE ON THE TWENTY-SIXTH DAY OF JANUARY, A.D. 2005, AT 5:13 O'CLOCK P.M.

A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE KENT COUNTY RECORDER OF DEEDS.



3712234  8100

050065969

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 3651937

DATE: 01-31-05

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 05:28 PM 01/26/2005*
*FILED 05:13 PM 01/26/2005*
*SRV 050065969 - 3712284 FILE*

CERTIFICATE OF AMENDMENT

OF

CERTIFICATE OF INCORPORATION

OF

KMOS, INC,

KMOS, INC., a corporation organized and existing under and by virtue of the General Corporation Law of the State of Delaware, DOES HEREBY CERTIFY:

FIRST:    That a meeting of the Board of Directors of KMOS, INC., resolutions were duly adopted setting forth a proposed amendment of the Certificate of Incorporation of said corporation, declaring said amendment to be advisable and calling a meeting of the stockholders of said corporation for consideration thereof.  The resolution setting forth the proposed amendment is as follows:

RESOLVED, that the Certificate of Incorporation of this corporation be amended by changing Articles numbered FIRST and FOURTH so that, as amended, said Articles shall be and read as follows:

FIRST  The name of this corporation shall be AMIGA, INC.

FOURTH  The aggregate number of shares which the Corporation shall have authority to issue is 100,000,000 shares, with a par value of $.0001 per share, all of which shall be of the same class and all of which hereby are designated as common stock.  Each share of the common stock of the Corporation shall have one vote for all corporate purposes, with no cumulative voting rights.  Each share of common stock shall have equal rights on dissolution, corporate distribution and for all other corporate purposes.

SECOND:    That thereafter, pursuant to resolution of its Board of Directors, a special meeting of the stockholders of said corporation was duly called and held, upon notice in accordance with Section 222 of the General Corporation Law of the State of Delaware at which meeting the necessary number of shares as required by statute were voted in favor of the amendment.

THIRD:    That said amendment was duly adopted in accordance with the provisions of Section 242 of the General Corporation Law of the State of Delaware.

FOURTH:    That the capital of said corporation shall not be reduced under or by reason of said amendment.

IN WITNESS WHEREOF, KMOS, INC. has caused this certificate to be signed by Gary Hare, its President, this 2 5 day of January 2005.

by: Gary Hare, President
225 Foster Avenue
Kentfield, CA 94904

by: John Graymald, Secretary
17 Deer Track Lane
Golden Bridge, NY 10526

# EXHIBIT N

 





## Menu

Home
AmigaOS
Amiga@20
–
About/e-mail

## Welcome to AmigaOS4.0

**Welcome to the official website of AmigaOS4.0. Here you will find information and resources relating to the latest release of the Operating System that introduced the world to multimedia and proves the fact that so much of the computing industry has forgotten - that computers can be fun.**

20 years after the Amiga Operating System was first unveiled to the public it is returning, better than ever, thanks to a joint effort by Amiga Inc. and Hyperion Entertainment VOF. This new version of the famous OS takes all the features that made the original AmigaOS great, and updates them with the latest requirements for cross-platform 21st Century computing devices of all sorts. From desktop computers to mobile hardware, AmigaOS4.0 delivers a uniquely accessible, powerful, and above all fun way to use technology.



Whether you are one of the thousands of dedicated enthusiasts for the platform or an ex-user curious to see what's going on, if you are completely new to the Amiga experience or a potential OEM client considering the deployment of AmigaOS 4.0 on your own hardware, we hope you'll find plenty in this website to interest you.



## AmigaOS4.0 Memory Allocation

**Back in the old days of** the original AmigaOS, the system used to allocate areas of unused memory to new tasks was pretty simple. The size and position of blocks of free memory were kept in a list, and when memory was needed the system would traverse this list until it found a block that was sufficiently large. This block was then split, one part returned by the allocator for use, while the other part (whatever part of the block wasn't needed) was left in the free list. This method served its purpose well enough at the time, but with the increased demands of modern computing - and of course our desire to bring this new version of the Operating System to the cutting edge - AmigaOS4.0 has introduced a better way of doing things.
Read more...

## AmigaOS 4.0 new memory system revisited

**In a previous item, we described** how the AmigaOS4.0 memory system works in terms of managing memory allocations from the top. However, there is more to allocating memory than that. The object caches of course work on memory that has already been mapped into the virtual memory space. But both the virtual address ranges, as well as the physical memory has to come from some source, too.
Read more...

**More...**

AmigaOS4.0 website launched

Feature Spotlight: The RAM Disk

Copyright © 2005 Hyperion Entertainment VOF. All rights reserved.
AMIGA and its logos are registered trademarks of Amiga, Inc.

AmigaOS4.0                                                                      Page 1 of 1



**Menu**

Home
AmigaOS
Amiga@20
–
About/e-
mail

## The AmigaOS advantage - your advantage.

**If you are looking** for an Operating System solution, AmigaOS4.0 could be the perfect answer to your needs. Compact, efficient, and proven over 20 years of use, AmigaOS is a unique and compelling advantage for OEM solutions.
Read more...

## 4.0 for Amiga Users

**Are you an** Amiga enthusiast? One of the dedicated users who has stuck through thick and thin with the Amiga because you know just how good a computer can be? If so you've been waiting a long time for a major upgrade to the Amiga Operating System, and with AmigaOS4.0 it's finally here. Welcome to the biggest upgrade in the history of the OS.
Read more...

## Nostalgic for the Amiga?

**Remember when computing** was fun? Remember the Amiga?

Are you an ex-Amiga user? Perhaps you owned one, or used one at work or school? You've heard there's a new version and want to know all about it? Then read on...
Read more...

Copyright © 2005 Hyperion Entertainment VOF. All rights reserved.
AMIGA and its logos are registered trademarks of Amiga, Inc.

 

Menu
Home
AmigaOS
Amiga@20
–
About/e-mail

## The AmigaOS advantage - your advantage.

**If you are looking** for an Operating System solution, AmigaOS4.0 could be the perfect answer to your needs. Compact, efficient, and proven over 20 years of use, AmigaOS is a unique and compelling advantage for OEM solutions.





*AmigaOS4.0 Workbench*

Evaluating Operating Systems for OEM production has always been a matter of balancing compromises. In an imperfect world, nothing ever seems quite perfect for your requirements unless you make it yourself, and few companies have the resources to develop an entirely custom Operating System for anything other than the most basic of devices. Instead you are forced to choose between offerings on the market that have targeted uses other than your own, and inevitably they will not entirely match your requirements. Operating Systems with a desktop legacy will be unwieldy, bloated with functions that are unnecessary for embedded applications, whilst embedded OS designs inevitably have less flexibility and a smaller feature set, and therefore require more work to suit your purpose.

History has benefited the AmigaOS with a unique middle-ground position that gives it extraordinary scalability and grants it many of the advantages traditionally associated with embedded Operating Systems as well the flexibility and feature-rich environment of a

 **Small footprint, low cost-to-market:**
AmigaOS4.0 can provide fast, responsive multimedia displays even on low-end hardware such as kiosks or STBs. It has display and GUI capability that can scale down from high-definition screens to small LCD displays. Its compactness and efficiency offer high performance with low CPU and memory specification hardware, and can run on small solid-state devices with no hard drive or other moving parts for greater hardware reliability and lower unit failure rates.

 **A controllable, customisable environment:**
The AmigaOS has a highly customisable GUI system that allows you to create the interface you want, without having to code it from scratch. The unique "screens" system allows any application to open on its own custom private or shared screen, allowing

desktop OS. If you're in the process of evaluating the potential of Operating Systems for an OEM development, then read on and discover why AmigaOS4.0 could present the perfect opportunity for you.

When the first version of AmigaOS was developed twenty years ago, it was a unique union of design philosophies that bridged a divide that was barely recognised at the time. There were two driving forces in the creation of the AmigaOS - the desire to create an Operating System suitable for a games machine, which we would today consider an embedded application, and the desire to create a world-beating desktop Operating System, taking inspiration from the *nix world to include sophisticated architectural features years ahead of its desktop competition. It was written for a computer running a 7Mhz, 16-bit processor and 256kB of RAM, yet provided a graphical interface that was sophisticated enough to provide a rich multimedia experience without compromising responsiveness and user comfort. Although the AmigaOS has come a long way since then, that legacy remains; AmigaOS4.0 is a fully-featured desktop Operating System with an extremely small footprint, capable of running on low-end hardware but providing high-end performance.



*AmigaOS4.0 PDA display*

you to expose as much or as little of the interface to the user as you choose, and allowing completely branded and customised displays. For rapid deployment of information and Kiosk applications, you might consider a complete third-party solution, such as the Hollywood interactive multimedia engine. Alternatively it's easy to create your own user-friendly and responsive GUI using one of the two sophisticated GUI environments that come with the OS, taking advantage of all the multimedia features and inter-application scripting control built into AmigaOS4.0 to make development of the most complex interactive multimedia presentations or control interfaces a simplicity.



**Simple development, total control**: System-wide scripting makes it incredibly simple to modify or develop applications and application interoperability for flexible and rapid development. For heavier-duty application development, AmigaOS4.0 uses the familiar GCC tool-chain, and smart crash diagnostics make catching bugs simple. Memory protection is an option, but can be switched off to maximise performance for safe environment embedded applications. Advanced trap handling and resource tracking make it easy to ensure your applications behave

AmigaOS4.0 scales comfortably from hand-held devices using the 4xx series of PowerPC processors to high-end 64-bit servers. A complete install of the Operating System and a full desktop-ready application suite will sit comfortably in 256MB, while a cut-down but fully functional version requires a mere 16MB. Another benefit of that historical legacy, the GUI and display drivers have been written to be equally scalable, suitable for low-colour quarter VGA screens up to the highest resolution true-colour high definition outputs. The AmigaOS display was originally aimed at video, and this remains a great strength of the system. Whatever your platform requirements, from high-end smartphone to server system, AmigaOS has the capability to provide for your OS needs.

*DvPlayer*

Of course the mere fact that an Operating System will fit on whatever device you have in mind is really just the start. Consider the further implications of this scalability and you'll soon see why AmigaOS4.0 provides you with a unique advantage. One of the problems with small footprint embedded Operating Systems is that while they bring considerable per-unit cost advantages over larger scale Operating Systems, they have a relatively high pre-market cost. Closed systems mean higher development costs: investment in training and expensive

tool sets, a limited range of pre-existing applications and functions, costly development systems and so on. With AmigaOS4.0 you can benefit from the same advantages of a small footprint design without losing the advantages of an open and fully featured desktop, one even capable of self-hosted development. Developing custom applications and user environments is remarkably easy with AmigaOS4.0 because of the wealth of included functionality - enough, after all, to provide a full desktop environment if necessary - and there are literally thousands of shareware, freeware and commercial applications and tools available to utilise, integrate and make your job easier and your costs lower.



*Media Toolbox*

AmigaOS4.0 continues the long Amiga tradition of programmer accessibility that inspired thousands of programmers to learn their trade over the last couple of decades, and so there are many programmers already in the market with experience developing for the Amiga platform. Indeed so many developers cut their teeth on their Amigas at home that there's a fair chance you have an experienced AmigaOS developer or two on your team already. In addition a set of libraries and OS level functions in development are bringing AmigaOS4.0 closer than ever to full POSIX compliance for easier porting and cross-development of applications to and from the *nix world.



*Workbench Tools*

Thanks to the far-sighted innovations of the original AmigaOS architects, the Amiga platform has found its way into many of the traditional strongholds of embedded computing over the last couple of decades. Features of the Operating System such as a system-wide macro scripting interface accessible by any application, the ability to dynamically open unlimited custom screens, robustness and ultra-fast cycling for minimal downtimes, effectively real-time responses without the overheads often associated with "hard" real-time architecture, low-cost message passing and a highly configurable and responsive user interface have made it very attractive in a wide range of deployments. AmigaOS has been used for control applications in theme parks, stage shows, CAD/CAM and robotics. It has provided

themselves. An advanced interface for fully re-entrant or private libraries helps modular coding and minimises code redundancy.


**Hardware flexibility:** AmigaOS4.0 targets the PowerPC family of processors. It runs on the full PowerPC range, from the low-end 4xx series appropriate for information appliances and cell phones, up to the 9xx series appropriate for high-end server and processing applications. A highly portable codebase and Hardware Abstraction Layer makes porting AmigaOS to other devices using the PowerPC architecture, from SOC components to the STI Cell processor, a simple and speedy matter. The PowerPC family is one of the most popular CPU architectures, and whatever your application there will be a solution for you. However the clean AmigaOS codebase was written with portability in mind, so if you've got your heart set on another processor family, talk to us and we'll see what we can do.


**The community:** Work with AmigaOS4.0 and you have the attention of the Amiga community - enthusiastic individuals self-motivated to provide an expert focus group and a pool of talent that can be

networked real-time telemetry and information displays for Space Shuttle missions, railway stations, airports, leisure centres and naval weather mapping. It has been used in simulators, Virtual Reality, arcade game and gambling machines, provided interactive kiosk, jukebox and EPOS applications in hotels, museums and shopping malls.

**If you are evaluating** Operating Systems for an OEM product, the chances are high that AmigaOS4.0 can offer a unique advantage to your product, too. Take a look around this site to learn a little more about those unique advantages, and e-mail us to express your interest. Together with our licensor, Amiga, Inc. we will be happy to discuss your requirements and give you more information about the opportunities for your company and your product to benefit from the AmigaOS advantage.

drawn from. Don't just take our word for it though. Senior research manager Rudy Ruggles at the highly influential Cap Gemini Ernst & Young Center for Business Innovation noted: "*While such supported communities are well-studied, there is another variation on these social networks that is even more powerful: self-organizing communities. An illustrative case of this is the community that formed around the Amiga computer... The key is to listen to these communities for what makes them so passionate about this innovation and watch what they are doing to enhance its value. These ideas can be invaluable input to the next generation of that same product.... What can television, PDA, or car makers learn from the enthusiasm of the Amiga community?*"

Copyright © 2005 Hyperion Entertainment VOF. All rights reserved.
AMIGA and its logos are registered trademarks of Amiga, Inc.

AmigaOS4.0                                                                    Page 1 of 3



**Menu**
Home
AmigaOS
Amiga@20
–
About/e-mail

## 4.0 for Amiga Users

**Are you an** Amiga enthusiast? One of the dedicated users who has stuck through thick and thin with the Amiga because you know just how good a computer can be? If so you've been waiting a long time for a major upgrade to the Amiga Operating System, and with AmigaOS4.0 it's finally here. Welcome to the biggest upgrade in the history of the OS.

Remember when computing was fun? Sure you do!



*AmigaOS4.0 Workbench*

If you've found your way here, you're probably an enthusiast of the AmigaOS already. You're one of those people who has been watching and waiting through the lean years as well as the good times. You no doubt own at least one Amiga computer, and quite probably more than one. You're an enthusiast, a user, a person who really understands why AmigaOS is something special. You know something that most people in this world don't - that there's an Operating System out there that works the way computers really should.

As an Amiga enthusiast, you probably know the significance of the 23rd of July 1985. It's the date the Amiga was launched. You can read a little more about that in the "20 years ago" page if you need reminding - you'll find it under the "Amiga@20" link to the left. The



 **Modern Hardware:** USB, Ethernet, powerful PowerPC processors with support for Altivec multimedia and maths acceleration, 3D graphics cards, sound cards, etc.

 **Updated interface:** Anti-aliased screen fonts, highly configurable ReAction GUI, pop-up menus, AmiDock dynamic toolbar etc.

 **Improved kernel:** Memory protection, virtual memory, improved stack management, improved crash protection, improved scheduling for pre-emptive multitasking, resource tracking and more.

 **Internet access:** Web browsing, e-mail, news, IRC,

http://os4.hyperion-entertainment.biz/index.php%3Foption=content&task=view&id=18&Itemid=.html    11/06/2007

Amiga is indeed 20 years old now - how time flies. Those years have not always been easy for the Amiga, and probably not always easy for you as an Amiga user, either. In all likelihood you've had to struggle to keep that enthusiasm from time to time. We've all watched as other platforms took advantage of more modern hardware while the Amiga fell further behind due to lack of development.

## "...the biggest upgrade to the Amiga ever..."

You probably also know about AmigaOS4.0 already. It has been four years since Amiga Inc. signed the agreement with Hyperion Entertainment VOF to redevelop and extend the Amiga Operating System, and we don't imagine the wait has been all that easy. We think you'll find that wait was worth it though. AmigaOS4.0 is the biggest upgrade to the Amiga ever - not just bringing it to current hardware and modern standards, but rewriting much of the code from scratch to update, improve and perfect your favourite OS.



As an Amiga User, you know what thinking different really means, and you know what it's like to have a computer that actually does let you go where you want to, when you want to. You remember when computing was fun. You know that the computer industry took something of a wrong turn a decade ago, that it failed to learn the lessons of the Amiga. Modern computing just isn't as friendly, convenient and flexible as it should be - as we know it can be. Your enthusiasm for the Amiga remained because you know that it's a system that gives you control, that works the way you want it to, that is responsive, flexible, creative, and fun. You may now have another computer sitting on your desk next to your Amiga, but that's because there have been new things you needed access to, new developments that the older Amigas couldn't provide for. Unfortunately a part of that package is a computing experience that is a chore instead of an adventure, often filled with frustration - and all the more frustrating because you know perfectly well that there is a better way, one that was left standing when the rest of the computer industry took a wrong turn.

Guess what?

All that changes now.

We're back. We're having fun again, and we want you to be a part of that.

We know how important the Amiga legacy is to you, and we recognise our responsibilities to you and to that legacy. It hasn't been an easy road for any of us. There have been disagreements and recriminations, disappointments and delays. Now the Amiga has hit 20 and grown up, we hope we can put those



AMIGA

AIM/ICQ/MSN compatible messaging, ftp, firewall, NAT, set-up wizards for LAN, modem or Router/ADSL connections.



**New apps and viewers:** PDF viewer, CD player, UnARC graphical archiver, video player with support for QT, MPEG-4, DivX and more, a suite of Internet applications, advanced Hard Drive tools, improved text editors, improved shell, new datatypes, development tools and many more.

adolescent growing pains of the Troublesome Teens in the past. Over
the last few years the AmigaOS4.0 team has worked tirelessly to
produce a new version of your favourite Operating System, and we
hope that you'll consider it a more than worthy continuation of the
Amiga way that has always been as important to you as it is to us.
You, the enthusiasts, have after all been the main driving force for all
our efforts. You're like members of the team, and we recognise that
must have been frustrating at times not to have a voice in that team.
But you're here to enjoy the fruits of that labour, and to enjoy with us
the rebirth of fun computing.

**So please**, join us for a slice of cake and a round of drinks to toast in
the 20th birthday of a computer to be passionate about, because we
really appreciate your presence. Here's to you!

Copyright © 2005 Hyperion Entertainment VOF. All rights reserved.
AMIGA and its logos are registered trademarks of Amiga, Inc.

AmigaOS4.0                                                                Page 1 of 4

 

Menu
Home
AmigaOS
Amiga@20
–
About/e-mail

## Nostalgic for the Amiga?

**Remember when computing** was fun? Remember the Amiga?

Are you an ex-Amiga user? Perhaps you owned one, or used one at work or school? You've heard there's a new version and want to know all about it? Then read on...





*AmigaOS4.0 Workbench with an alternative GUI theme*

So you remember the Amiga of old. Like millions of other people, you probably used to own one, but "upgraded" to another platform around the time Commodore went under, driven by the need to keep up with modern hardware capabilities when that wonderful Amiga Operating System was stuck running on out-of-date machines. We understand, we really do. We also imagine that you remember your time with an Amiga fondly, like pretty much everyone else who used to own one. Again, like millions of other former Amiga owners, you no doubt spent quite a bit of time with your wonderful new platform regretting all the things it just didn't do as elegantly as your old Amiga did. We understand that, too.

You may have had files your computer couldn't read - not because it was incapable of doing so, but because it was just too dumb to figure out what sort of file it was. Your Amiga would never do that. You've probably cursed the plague of viruses and spyware that dog other systems. You've likely cursed over-complex software and hardware installation routines, rebooted your computer for no good reason a

 **Modern Hardware:** USB, Ethernet, powerful PowerPC processors with support for Altivec multimedia and maths acceleration, 3D graphics cards, sound cards, etc.

 **Updated interface:** Anti-aliased screen fonts, highly configurable ReAction GUI, pop-up menus, AmiDock dynamic toolbar etc.

 **Improved kernel:** Memory protection, virtual memory, improved stack management, improved crash protection, improved scheduling for pre-emptive multitasking, resource tracking and more.

 **Internet access:** Web browsing, e-mail, news, IRC,

thousand times, sat watching interminable lock-ups while your computer was too busy to talk to you, and berated your machine as it took forever to turn on or off. You might look back from time to time to those Amiga days when using your computer was actually fun, a fascinating adventure not a chore. Perhaps you remember what it was like to have a computer that did what you wanted, not a computer that tries to make you do what it wants. You might remember the sheer power that your Amiga gave you, the creative potential to make it work in a way that suited you, to expand your possibilities and offer boundless potential. We certainly understand that.



AIM/ICQ/MSN compatible messaging, ftp, firewall, NAT, set-up wizards for LAN, modem or Router/ADSL connections.

Over the years it's quite likely that your initial regret has faded. You've probably got used to the way your "upgrade" works - or doesn't work. You might well have come to terms with that loss of elegance, have dismissed the fact that computing is simply no longer as much fun as the inevitable price of progress. You had to move on - no sense regretting the things you miss from the past, just live with the frustrations inherent in today's computing experience. Now that's where we differ.



*The classics - still fun!*

**New apps and viewers:** PDF viewer, CD player, UnARC graphical archiver, video player with support for QT, MPEG-4, DivX and more, a suite of Internet applications, advanced Hard Drive tools, improved text editors, improved shell, new datatypes, development tools and many more.

We remember when computing was fun. We remember when computing was about enabling you to do more. We remember when instead of wasting all your time just trying to get the dumb thing to work, you could use that time making it sing. We want you to remember all that, too.

"Computing can be fun again."

That's where AmigaOS4.0 comes in. Everything you remember that made your time on the Amiga so much more enjoyable is still there, but upgraded and updated. You can have gigahertz and 3D graphics, you can have the Internet and e-mail, you can have MP3s and USB. You can read documents made on other platforms. You can download and edit the photographs you take on your digital camera. You can make music, translate it into MP3 format to upload to your own webpage or burn the tracks to a CD. You can play games with 3D graphics acceleration, or write your own. You can play, create, work and learn in the comfort of an AmigaOS environment. Computing can be fun again.



*Writing a CD on AmigaOS4.0*

Don't just take our word for it though - previewing an unfinished pre-release of AmigaOS4.0 at the respected ArsTechnica website, Jeremy Reimer wrote "...*I found I was enjoying my typical PC using experience (browsing, writing, and chatting on IRC) more than I typically did. Had I succumbed to a particularly virulent form of Amiga madness? Perhaps, but it is a madness that I recognise from days gone by and thought was gone forever:* **the sheer joy of computing**..."

AmigaOS4.0 has all the great features you remember, and many more. It's just as fast, efficient and elegant as ever, but with an updated modern appearance and much more power. You can relive all the great experiences you had on your Amiga in the old days (it will run all the old Amiga software, either directly or through the platform emulation which allows even the most "hardware banging" old-school games and multimedia demos to run) and experience many new ones, thanks to the thousands of freeware, shareware and commercial games and applications, a legacy of the Amiga's open and accessible architecture. Alternatively, you can create your own. You don't need a budget of millions or years of training either - with a simple architecture and powerful scripting interfaces, AmigaOS4.0 retains that great strength of the platform as the ultimate system for the DIY developer. Over the years, the Amiga has inspired thousands of developers to produce software from simple but incredibly useful mini-apps or scripts to full-blown applications competitive with leading commercial software, often developed by a single "bedroom" programmer in their spare time. If that's not for you, then you will still benefit from this freedom and simplicity because the fruits of that advantage mean you'll have a wealth of software at your disposal for doing whatever it is you do want to do, the way you want to do it.

**Freedom without frustration.** Creativity unbound. That's what AmigaOS4.0 is all about. We remember when computing was fun, and we want you to remember it as well. That's why we invite you to look through this web site and learn more about how AmigaOS4.0 brings together all that was good about yesterday with all that is good about today. We think that you'll be pretty intrigued by what you see, and we're quietly confident that you'll be reminded of what you've been missing - and what you don't have to miss any longer.

Copyright © 2005 Hyperion Entertainment VOF. All rights reserved.
AMIGA and its logos are registered trademarks of Amiga, Inc.

# EXHIBIT O

# ReedSmith

Gregory S. Shatan
Direct Phone: 212.549.0275
Email: gshatan@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
212.521.5400
Fax 212.521.5450

November 21, 2006

Ben Hermans, Esq.
Sebastien Verva, Esq.
Monard d'Hulst
Tervurenlaan, 270
Brussels, Belgium 1150

> Re:    Hyperion/Amiga OS 4

Dear Messrs. Hermans and Verva:

Thank you for your recent letter on behalf of Hyperion VOF ("Hyperion").

Our client shares your client's desire for a mutually satisfactory resolution of this matter. However, we do not believe that your recent correspondence advances that effort. Rather, it demonstrates Hyperion's intent to remain in breach of the Agreement and to raise irrelevant and meritless "claims" having nothing to do with performance of the Agreement.

First, the issue of payment under Section 3.01 (the "buy out" clause) of the November 3, 2001 Agreement must be resolved. Our position, that payment was completed in 2003, has already been stated. However, in order to resolve this issue beyond dispute, Amiga is remitting to Hyperion the balance of $8,850 stated in your October 10, 2006 letter by wire transfer simultaneously with this letter. Amiga therefore formally demands that Hyperion cease its continuing breach and immediately turn over to Amiga the Source Code, Object Code and intellectual property of OS 4.0, along with an assignment of all title and interest. Please send these items to the undersigned by overnight courier.

Second, your letters have provided no meaningful response to Amiga's statement that Hyperion has committed and continues to commit several material breaches of the November 3, 2001 Agreement. Specifically, in our first letter, we noted Hyperion's failure to use best efforts to ensure that Amiga OS 4.0 was ready for release before March 1, 2002; failure to release Amiga OS 4.0; failure to turn over the Source Code, object code, intellectual property rights, interest and title in OS 4.0 pursuant to the 2003 Agreement; and marketing OS 4.0 beyond the market for the Target Hardware.

Therefore, pursuant to Section 6.02 of the November 3, 2001 Agreement, Amiga provides formal written notice to Hyperion that Amiga is terminating the November 3, 2001 Agreement due to Hyperion's material breaches of the Agreement. Pursuant to Section 6.02, Hyperion has thirty days from the receipt of this notice to cure such breaches. In the event that each and every one of Hyperion's breaches are not cured by **December 21, 2006**, the Agreement will be terminated as of that date. The specific material breaches are:

Ben Hermans, Esq.
Sebastien Verva, Esq.
November 21, 2006
Page 2

**ReedSmith**

a. Failure to use best efforts to ensure that Amiga OS 4.0 was ready for release before March 1, 2002. It is now November 2006 and Amiga OS 4.0 has still not been released. In this case, *res ipsa loquitur*: the thing speaks for itself. There is simply no way that the exercise of best efforts would result in a delay of over four and a half years. This requires no further evidence or support. Given the passage of time, this breach is incurable.

b. Failure to release Amiga OS 4.0. As above.

c. Failure to turn over the Source Code, object code, intellectual property rights, interest and title in OS 4.0 pursuant to the 2003 Agreement. This also requires no further evidence or support. Amiga has paid the necessary "buy out" amount. The material breach can be cured by tendering the Source Code, Object Code and intellectual property of OS 4.0, along with an assignment of all title and interest, to Amiga as demanded above, as well as complete information regarding any claims that third parties (*e.g.*, developers and consultants) may have.

d. Marketing OS 4.0 beyond the market for the Target Hardware. Pages from Hyperion's website at www.amigaOS4.com are attached hereto. Over and over, these pages sell the Amiga OS 4.0 for everything from kiosks, STBs and cellphones to servers and un-named OEM devices. Hyperion's distribution right is limited to a "license to market and distribute OS 4.0 as a standalone version for the Target Hardware and as an OEM version shipped with the Amiga One." Hyperion's marketing efforts, as evidenced by its website, go far beyond this license. In order to cure this material breach, Hyperion must remove all statements and indications from the website that the software is available for any use other than the Target Hardware. Hyperion must also cease any and all other activities that make these same claims, and provide complete information regarding sales contacts arising from these prohibited marketing efforts.

e. Failure to use best efforts to secure the widest possible right to all Source and Object Code to OS 4.0, by using third parties without reasonable safeguards to ensure that all rights can be transferred to Amiga. Hyperion has engaged numerous independent contractors to develop OS 4.0, and has failed in certain instances to be forthcoming about their employment status. It also appears that Hyperion may have pledged the Source Code and Object Code to OS 4.0 as collateral. As a result, it appears that Hyperion has significantly impaired the ownership and access rights to portions of the Source and Object Code to OS 4.0. This cure for this material breach is the acquisition of all ownership and access rights to the Source and Object Code from third parties, and the release of all claims by third parties to such Source and Object Code.

Hyperion must provide Amiga with formal written notice and documentary proof that each of the above material breaches has been cured to Amiga's satisfaction, or else the Agreement will be terminated on **December 21, 2006**. After such termination, Hyperion will have no right to market or distribute any version of Amiga OS 4 into any market. Furthermore, any attempt to distribute any version of Amiga OS 4 under any other name or mark will be viewed as an infringement of Amiga's intellectual property rights and will be dealt with accordingly.

Pursuant to Section 7.07 of the Agreement, Amiga hereby provides Hyperion with formal written notice of its demand for mediation with regard to each of the above breaches, to be completed by **December**

Ben Hermans, Esq.
Sebastien Verva, Esq.
November 21, 2006
Page 3

**ReedSmith**

21, 2006. In order to accommodate the parties, Amiga is willing to conduct this mediation in New York, New York, at the offices of Reed Smith or a mutually agreeable location, rather than in Seattle, Washington. Please contact the undersigned immediately to discuss the selection of a mediator for the mediation proceedings and to schedule the mediation sessions.

We look forward to hearing from you shortly.

Sincerely,

Gregory S. Shatan

cc:    Mr. William McEwen
       Mark G. Pedretti
       Scott Baker

NYLIB-400163.4



**Menu**
Home
AmigaOS
Amiga@20

About/e-mail

## Welcome to AmigaOS4.0

**Welcome to the official website of AmigaOS4.0. Here you will find information and resources relating to the latest release of the Operating System that introduced the world to multimedia and proves the fact that so much of the computing industry has forgotten - that computers can be fun.**

20 years after the Amiga Operating System was first unveiled to the public it is returning, better than ever, thanks to a joint effort by Amiga Inc. and Hyperion Entertainment VOF. This new version of the famous OS takes all the features that made the original AmigaOS great, and updates them with the latest requirements for cross-platform 21st Century computing devices of all sorts. From desktop computers to mobile hardware, AmigaOS4.0 delivers a uniquely accessible, powerful, and above all fun way to use technology.

Whether you are one of the thousands of dedicated enthusiasts for the platform or an ex-user curious to see what's going on, if you are completely new to the Amiga experience or a potential OEM client considering the deployment of AmigaOS 4.0 on your own hardware, we hope you'll find plenty in this website to interest you.



### AmigaOS4.0 Memory Allocation

Back in the old days of the original AmigaOS, the system used to allocate areas of unused memory to new tasks was pretty simple. The size and position of blocks of free memory were kept in a list, and when memory was needed the system

### AmigaOS 4.0 new memory system revisited

In a previous item, we described how the AmigaOS4.0 memory system works in terms of managing memory allocations from the top.

AmigaOS4.0

would traverse this list until it found a block that was sufficiently large. This block was then split, one part returned by the allocator for use, while the other part (whatever part of the block wasn't needed) was left in the free list. This method served its purpose well enough at the time, but with the increased demands of modern computing – and of course our desire to bring this new version of the Operating System to the cutting edge – AmigaOS4.0 has introduced a better way of doing things.
Read more...

However, there is more to allocating memory than that. The object caches of course work on memory that has already been mapped into the virtual memory space. But both the virtual address ranges, as well as the physical memory has to come from some source, too.
Read more...

More...
AmigaOS4.0 website launched
Feature Spotlight: The RAM Disk

Copyright © 2005 Hyperion Entertainment VOF. All rights reserved.
AMIGA and its logos are registered trademarks of Amiga, Inc.

11/16/2006

AmigaOS4.0



**Menu**
Home
AmigaOS
Amiga@20
About/e-
mail

## The AmigaOS advantage - your advantage.

**If you are looking** for an Operating System solution, AmigaOS4.0 could be the perfect answer to your needs. Compact, efficient, and proven over 20 years of use, AmigaOS is a unique and compelling advantage for OEM solutions.
Read more...

## 4.0 for Amiga Users

**Are you an** Amiga enthusiast? One of the dedicated users who has stuck through thick and thin with the Amiga because you know just how good a computer can be? If so you've been waiting a long time for a major upgrade to the Amiga Operating System, and with AmigaOS4.0 it's finally here. Welcome to the biggest upgrade in the history of the OS.
Read more...

## Nostalgic for the Amiga?

**Remember when** computing was fun? Remember the Amiga?

Are you an ex-Amiga user? Perhaps you owned one, or used one at work or school? You've heard there's a new version and want to know all about it? Then read on....
Read more...

Copyright © 2005 Hyperion Entertainment VOF. All rights reserved.
AMIGA and its logos are registered trademarks of Amiga, Inc.

11/16/2006





**Menu**
Home
AmigaOS
Amiga@20
-
About/e-
mail

## The AmigaOS advantage – your advantage.

If you are looking for an Operating System solution, AmigaOS4.0 could be the perfect answer to your needs. Compact, efficient, and proven over 20 years of use, AmigaOS is a unique and compelling advantage for OEM solutions.



AmigaOS4.0 Workbench

Evaluating Operating Systems for OEM production has always been a

Small footprint, low cost-to-market.

AmigaOS4 can provide fast, responsive multimedia displays even on low-end hardware such as kiosks or STBs. It has display and GUI capability that can scale down from high-definition screens to small LCD displays. Its compactness and efficiency offer high performance with low CPU and memory specification hardware, and can run on small solid-state devices with no hard drive or other moving parts for greater hardware reliability and lower unit failure rates.



AmigaOS4.0



matter of balancing compromises. In an imperfect world, nothing ever seems quite perfect for your requirements unless you make it yourself, and few companies have the resources to develop an entirely custom Operating System for anything other than the most basic of devices. Instead you are forced to choose between offerings on the market that have targeted uses other than your own, and inevitably they will not entirely match your requirements. Operating Systems with a desktop legacy will be unwieldy, bloated with functions that are unnecessary for embedded applications, whilst embedded OS designs inevitably have less flexibility and a smaller feature set, and therefore require more work to suit your purpose.

History has benefited the AmigaOS with a unique middle-ground position that gives it extraordinary scalability and grants it many of the advantages traditionally associated with embedded Operating Systems as well the flexibility and feature-rich environment of a desktop OS. If you're in the process of evaluating the potential of Operating Systems for an OEM development, then read on and discover why AmigaOS4.0 could present the perfect opportunity for you.



*AmigaOS4.0 PDA display*

When the first version of AmigaOS was developed twenty years ago, it was a unique union of design philosophies that bridged a divide that was barely recognised at the time. There were two driving forces in the creation of the AmigaOS – the desire to create an Operating System suitable for a games machine, which we would today consider an embedded application, and the desire to create a world-beating desktop Operating System, taking inspiration from the *nix world to include sophisticated architectural features years ahead of its desktop competition. It was written for a computer running a 7Mhz, 16-bit processor and 256kB of RAM, yet provided a graphical interface that was sophisticated enough to provide a rich multimedia experience without compromising responsiveness and user comfort. Although the AmigaOS has come a long way since then, that legacy remains;

AmigaOS4.0 is a fully-featured desktop Operating System with an extremely small footprint, capable of running on low-end hardware but providing high-end performance.



*DvPlayer*

AmigaOS4.0 scales comfortably from hand-held devices using the 4xx series of PowerPC processors to high-end 64-bit servers. A complete install of the Operating System and a full desktop-ready application suite will sit comfortably in 256MB, while a cut-down but fully functional version requires a mere 16MB. Another benefit of that historical legacy, the GUI and display drivers have been written to be equally scalable, suitable for low-colour quarter VGA screens up to the highest resolution true-colour high definition outputs. The AmigaOS display was originally aimed at video, and this remains a great strength of the system. Whatever your platform requirements, from high-end smartphone to server system, AmigaOS has the capability to provide for your OS needs.

Of course the mere fact that an Operating System will fit on whatever device you have in mind is really just the start. Consider the further implications of this scalability and you'll soon see why AmigaOS4.0 provides you with a unique advantage. One of the problems with small footprint embedded Operating Systems is that while they bring considerable per-unit cost advantages over larger scale Operating Systems, they have a relatively high pre-market cost. Closed systems mean higher development costs: investment in training and expensive tool sets, a limited range of pre-existing applications and functions, costly development systems and so on. With AmigaOS4.0 you can benefit from the same advantages of a small footprint design without losing the advantages of an open and fully featured desktop, one even capable of self-hosted development. Developing custom applications and user environments is remarkably easy with AmigaOS4.0 because of the wealth of included functionality - enough, after all, to provide a full desktop environment if necessary - and there are literally thousands of shareware, freeware and commercial applications and tools available to utilise, integrate and make your job easier and your costs lower.





http://www.amigaos4.com/index.php?option=content&task=view&id=16&Itemid=-html

11/16/2006

AmigaOS4.0



## Media Toolbox

AmigaOS4.0 continues the long Amiga tradition of programmer accessibility that inspired thousands of programmers to learn their trade over the last couple of decades, and so there are many programmers already in the market with experience developing for the Amiga platform. Indeed so many developers cut their teeth on their Amigas at home that there's a fair chance you have an experienced AmigaOS developer or two on your team already. In addition a set of libraries and OS level functions in development are bringing AmigaOS4.0 closer than ever to full POSIX compliance for easier porting and cross-development of applications to and from the *nix world.

Thanks to the far-sighted innovators of the original AmigaOS architects, the Amiga platform has found its way into many of the traditional strongholds of embedded computing over the last couple of decades. Features of the Operating System such as a system-wide macro scripting interface accessible by any application, the ability to dynamically open unlimited custom screens, robustness and ultra-fast cycling for minimal downtimes, effectively real-time responses without the overheads often associated with "hard" real-time architecture,

*Workbench Tools*



**The community:** Work with AmigaOS4.0 and you have the attention of the Amiga community -

http://www.amigaos4.com/index.php?option=content&task=view&id=16&Itemid=_html

low-cost message passing and a highly configurable and responsive user interface have made it very attractive in a wide range of deployments. AmigaOS has been used for control applications in theme parks, stage shows, CAD/CAM and robotics. It has provided networked real-time telemetry and information displays for Space Shuttle missions, railway stations, airports, leisure centres and naval weather mapping. It has been used in simulators, Virtual Reality, arcade game and gambling machines, provided interactive kiosk, jukebox and EPOS applications in hotels, museums and shopping malls.

**If you are evaluating Operating Systems for an OEM product, the chances are high that AmigaOS4.0 can offer a unique advantage to your product, too.** Take a look around this site to learn a little more about these unique advantages, and e-mail us to express your interest. We will be happy to discuss your requirements and give you more information about the opportunities for your company and your product to benefit from the AmigaOS advantage.

enthusiastic individuals self-motivated to provide an expert focus group and a pool of talent that can be drawn from. Don't just take our word for it though. Senior research manager Rudy Ruggles at the highly influential Cap Gemini Ernst & Young Center for Business Innovation noted: "While such supported communities are well-studied, there is another variation on these social networks that is even more powerful: self-organizing communities. An illustrative case of this is the community that formed around the Amiga computer... The key is to listen to these communities for what makes them so passionate about this innovation and watch what they are doing to enhance its value. These ideas can be invaluable input to the next generation of that some product.... What can television, PDA, or car makers learn from the enthusiasm of the Amiga community?"

Copyright © 2005 Hyperion Entertainment VOF. All rights reserved.
AMIGA and its logos are registered trademarks of Amiga, Inc.

http://www.amigaos4.com/index.php?option=content&task=view&id=16&Itemid=html

11/16/2006

AmigaOS4.0

http://www.amigaos4.com/index.php?option=content&task=view&id=16&Itemid=_.html

11/16/2006

AmigaOS4.0



## 4.0 for Amiga Users

Are you an Amiga enthusiast? One of the dedicated users who has stuck through thick and thin with the Amiga because you know just how good a computer can be? If so you've been waiting a long time for a major upgrade to the Amiga Operating System, and with AmigaOS4.0 it's finally here. Welcome to the biggest upgrade in the history of the OS.

Remember when computing was fun? Sure you do!





**Updated interfaces.** Anti-aliased screen fonts, highly configurable ReAction GUI, pop-up menus, AmiDock dynamic toolbar etc.

**Menu**
Home
AmigaOS
Amiga@20
-
About/e-mail

11/16/2006





*AmigaOS4.0 Workbench*



Internet access: Web browsing; e-mail, news, IRC, AIM/ICQ/MSN compatible messaging, ftp, firewall, NAT, set-up wizards for LAN, modem or Router/ADSL connections.

New apps and viewers: PDF viewer, CD player, UnARC graphical archiver, video player with support for QT, MPEG-4, DivX and more, a suite of Internet applications, advanced Hard Drive tools, improved text editors, improved shell, new datatypes, development tools and many more.

If you've found your way here, you're probably an enthusiast of the AmigaOS already. You're one of those people who has been watching and waiting through the lean years as well as the good times. You no doubt own at least one Amiga computer, and quite probably more than one. You're an enthusiast, a user, a person who really understands why AmigaOS is something special. You know something that most people in this world don't - that there's an Operating System out there that works the way computers really should.

As an Amiga enthusiast, you probably know the significance of the 23rd of July 1985. It's the date the Amiga was launched. You can read a little more about that in the "20 years ago" page if you need reminding - you'll find it under the "Amiga@20" link to the left. The Amiga is indeed 20 years old now - how time flies. Those years have not always been easy for the Amiga, and probably not always easy for you as an Amiga user, either. In all likelihood you've had to struggle to keep that enthusiasm from time to time. We've all watched as other platforms took advantage of more modern hardware while the Amiga

http://www.amigaos4.com/index.php?option=content&task=view&id=18&Itemid=_html

AmigaOS4.0

fell further behind due to lack of development.

## "...the biggest upgrade to the Amiga ever..."

You probably also know about AmigaOS4.0 already. It has been four years since Amiga Inc. signed the agreement with Hyperion Entertainment VOF to redevelop and extend the Amiga Operating System, and we don't imagine the wait has been all that easy. We think you'll find that wait was worth it though. AmigaOS4.0 is the biggest upgrade to the Amiga ever - not just bringing it to current hardware and modern standards, but rewriting much of the code from scratch to update, improve and perfect your favourite OS.



As an Amiga User, you know what thinking different really means, and you know what it's like to have a computer that actually does let you go where you want to, when you want to. You remember when computing was fun. You know that the computer industry took something of a wrong turn a decade ago, that it failed to learn the lessons of the Amiga. Modern computing just isn't as friendly, convenient and flexible as it should be - as we know it can be. Your enthusiasm for the Amiga remained because you know that it's a system that gives you control, that works the way you want it to, that is responsive, flexible, creative, and fun. You may now have another computer sitting on your desk next to your Amiga, but that's because there have been new things you needed access to, new developments that the older Amigas couldn't provide for. Unfortunately a part of that package is a computing experience that is a chore instead of an adventure, often filled with frustration - and all the more frustrating because you know perfectly well that there is a better way, one that was left standing when the rest of the computer industry took a wrong turn.

Guess what?

All that changes now.

We're back. We're having fun again, and we want you to be a part of that.

We know how important the Amiga legacy is to you, and we recognise our responsibilities to you and to that legacy. It hasn't been an easy road for any of us. There have been disagreements and recriminations, disappointments and delays. Now the Amiga has hit 20 and grown up, we hope we can put those Troublesome Teens in the past. Over the last few years the AmigaOS4.0 team has worked tirelessly to produce a new version of your favourite Operating System, and we hope that you'll consider it a more than worthy continuation of the Amiga way that has always been as important to you as it is to us. You, the enthusiasts, have after all been the main driving force for all our efforts. You're like members of the team, and we recognise that must have been frustrating at times not to have a voice in that team. But you're here to enjoy the fruits of that labour, and to enjoy with us the rebirth of fun computing.

**So please, join us for a slice of cake and a round of drinks to toast in the 20th birthday of a computer to be passionate about, because we really appreciate your presence. Here's to you!**



Copyright © 2005 Hyperion Entertainment VOF. All rights reserved.
AMIGA and its logos are registered trademarks of Amiga, Inc.



AmigaOS4.0

## Nostalgic for the Amiga?

Remember when computing was fun? Remember the Amiga?

Are you an ex-Amiga user? Perhaps you owned one, or used one at work or school? You've heard there's a new version and want to know all about it? Then read on....

Menu
Home
AmigaOS
Amiga@20

About/e-mail






"What's new in AmigaOS4.0?

Updated interfaces: Anti-aliased screen fonts, highly configurable ReAction GUI, pop-up menus, AmiDock dynamic toolbar etc.



AmigaOS4.0 Workbench with an alternative GUI theme

So you remember the Amiga of old. Like millions of other people, you probably used to own one, but "upgraded" to another platform around

http://www.amigaos4.com/index.php?option=content&task=view&id=11&itemid=html

the time Commodore went under, driven by the need to keep up with modern hardware capabilities when that wonderful Amiga Operating System was stuck running on out-of-date machines. We understand, we really do. We also imagine that you remember your time with an Amiga fondly, like pretty much everyone else who used to own one. Again, like millions of other former Amiga owners, you no doubt spent quite a bit of time with your wonderful new platform regretting all the things it just didn't do as elegantly as your old Amiga did. We understand that, too.

You may have had files your computer couldn't read - not because it was incapable of doing so, but because it was just too dumb to figure out what sort of file it was. Your Amiga would never do that. You've probably cursed the plague of viruses and spyware that dog other systems. You've likely cursed over-complex software and hardware installation routines, rebooted your computer for no good reason a thousand times, sat watching interminable lock-ups while your computer was too busy to talk to you, and berated your machine as it took forever to turn on or off. You might look back from time to time to those Amiga days when using your computer was actually fun, a fascinating adventure not a chore. Perhaps you remember what it was like to have a computer that did what you wanted, not a computer that tries to make you do what it wants. You might remember the sheer power that your Amiga gave to you, the creative potential to make it work in a way that suited you, to expand your possibilities and offer boundless potential. We certainly understand that.

Over the years it's quite likely that your initial regret has faded. You've probably got used to the way your "upgrade" works - or doesn't work. You might well have come to terms with that loss of elegance, have dismissed the fact that computing is simply no longer as much fun as the inevitable price of progress. You had to move on - no sense regretting the things you miss from the past, just live with the frustrations inherent in today's computing experience. Now that's where we differ.

We remember when computing was fun. We remember when

*The classics - still fun!*



**Internet access:** Web browsing, e-mail, news, IRC, AIM/ICQ/MSN compatible messaging, ftp, firewall, NAT, set-up wizards for LAN, modem or Router/ADSL connections.

**New apps and viewers:** PDF viewer, CD player, UnARC graphical archiver, video player with support for QT, MPEG-4, DivX and more, a suite of Internet applications, advanced Hard Drive tools, improved text editors, improved shell, new datatypes, development tools and many more.