**THE HON. RICARDO MARTINEZ**
Noted for Hearing:  December 21, 2007

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMIGA, INC., a Delaware corporation,

     Plaintiff,

and

HYPERION VOF, a Belgium corporation,

     Defendant/Counterclaim Plaintiff,

v.

ITEC, LLC, a New York Limited Liability
Company,

     Counterclaim Defendant.

CAUSE NO. CV07-0631RSM

**[PROPOSED] ORDER GRANTING
PLAINTIFF AMIGA, INC.'S MOTION
FOR LEAVE TO AMEND ITS
COMPLAINT**

THIS MATTER came on regularly before this Court on Plaintiff Amiga, Inc.'s Motion

For Leave To Amend Its Complaint.  The Court has reviewed the following documents:

   1)  Plaintiff Amiga, Inc.'s Motion For Leave To Amend Its Complaint;

[PROPOSED] ORDER GRANTING PLAINTIFF AMIGA, INC.'S
MOTION FOR LEAVE TO AMEND ITS COMPLAINT - 1
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
BUILDING
SEATTLE, WASHINGTON 98104-
1048
(206) 292-8800

2) Hyperion's opposition to Plaintiff Amiga, Inc.'s Motion For Leave To Amend Its Complaint, if any;

3) Amiga, Inc.'s reply to Hyperion's opposition to Plaintiff Amiga, Inc.'s Motion For Leave To Amend Its Complaint, if any; and

4) The records and files herein.

The Court deems itself fully apprised. NOW THEREFORE it is hereby:

ORDERED, ADJUDGED, AND DECREED that Plaintiff Amiga, Inc.'s Motion For Leave To Amend Its Complaint is GRANTED. The Amended Complaint shall be filed within two weeks of the date of this Order.

DONE IN OPEN COURT this _____ day of _____, 2007.


_____
THE HONORABLE RICARDO MARTINEZ

**[PROPOSED] ORDER GRANTING PLAINTIFF AMIGA, INC.'S
MOTION FOR LEAVE TO AMEND ITS COMPLAINT - 2**
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
BUILDING
SEATTLE, WASHINGTON 98104-
1048
(206) 292-8800

1

Presented by:

2

CABLE, LANGENBACH, KINERK & BAUER, LLP

3

4

By:  ___/s/ Lawrence R. Cock_____

5

   Lawrence R. Cock, WSBA No. 20326
   CABLE, LANGENBACH, KINERK & BAUER, LLP

6

   Suite 3500, 1000 Second Avenue Building
   Seattle, Washington 98104-1048

7

   (206) 292-8800 phone
   (206) 292-0494 facsimile

8

   lrc@cablelang.com

9

   *Attorneys for Plaintiff Amiga, Inc.*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**[PROPOSED] ORDER GRANTING PLAINTIFF AMIGA, INC.'S
MOTION FOR LEAVE TO AMEND ITS COMPLAINT - 3**

27

Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
BUILDING
SEATTLE, WASHINGTON 98104-
1048
(206) 292-8800

1

**CERTIFICATE OF SERVICE**

2

3

I hereby certify that on December 12, 2007, I electronically filed the foregoing with the

4

5

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

6

following:

7

8

William A. Kinsel
Law Offices of William A. Kinsel, PLLC

9

Market Place Tower
2025 First Avenue, Suite 440

10

Seattle, WA 98121

11

A copy was also served by hand delivery on November 8, 2007.

12

13

14

        /s/    Lawrence R. Cock
Lawrence R. Cock, WSBA No. 20326

15

Attorney for Plaintiff Amiga, Inc.
CABLE, LANGENBACH, KINERK & BAUER, LLP

16

Suite 3500, 1000 Second Avenue Building
Seattle, Washington 98104-1048

17

(206) 292-8800 phone
(206) 292-0494 facsimile

18

lrc@cablelang.com

19

20

21

22

23

24

25

26

**[PROPOSED] ORDER GRANTING PLAINTIFF AMIGA, INC.'S
MOTION FOR LEAVE TO AMEND ITS COMPLAINT - 4**

27

Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
BUILDING
SEATTLE, WASHINGTON 98104-
1048
(206) 292-8800