**HON. RICARDO MARTINEZ**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIGA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HYPERION VOF, a Belgium corporation,<br><br>Defendant/Counterclaim Plaintiff,<br><br>v.<br><br>ITEC, LLC, a New York Limited Liability Company,<br><br>Counterclaim Defendant. | CAUSE NO. CV07-0631RSM<br><br>**[PROPOSED] ORDER GRANTING AMIGA, INC.'S MOTION TO QUASH HYPERION'S SUBPOENA DUCES TECUM TO CAIRNCROSS HEMPELMAN, P.S.**<br><br>**NOTED FOR HEARING: January 11, 2008** |

THIS MATTER came on regularly before this Court on Plaintiff *Amiga, Inc.'s Motion to Quash Hyperion's Subpoena Duces Tecum to Cairncross Hempelman, P.S.* The Court has reviewed Amiga, Inc.'s motion; the *Declaration of Lawrence R. Cock in support of Amiga, Inc.'s Motion to Quash*, with attachments; Defendant Hyperion VOF's opposition, if any; Amiga, Inc.'s reply, if any; and the records and files herein and deems itself fully apprised.

[PROPOSED] ORDER GRANTING AMIGA, INC.'S MOTION TO QUASH HYPERION'S SUBPOENA DUCES TECUM TO CAIRNCROSS HEMPLEMAN, P.S. - 1
Case No. CV07-0631RSM

CABLE, LANGENBACH, KINERK & BAUER, LLP
1000 SECOND AVENUE #3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

Dockets.Justia.com

The Court finds that the subpoena served by Hyperion VOF upon Cairncross Hempelman, P.S. on December 21, 2007 fails to allow reasonable time for compliance and imposes an undue burden upon Amiga, Inc.

NOW THEREFORE, it is hereby:

ORDERED, ADJUDGED, and DECREED that Amiga, Inc.'s motion is **GRANTED** and the subpoena served by Hyperion VOF upon Cairncross Hempelman, P.S. on December 21, 2007 is **QUASHED.**

DONE IN OPEN COURT this _____ day of _____, 2008.

_____
THE HONORABLE RICARDO MARTINEZ

[PROPOSED] ORDER GRANTING AMIGA, INC.'S MOTION TO QUASH HYPERION'S SUBPOENA DUCES TECUM TO CAIRNCROSS HEMPLEMAN, P.S. - 2
Case No. CV07-0631RSM

CABLE, LANGENBACH, KINERK & BAUER, LLP
1000 SECOND AVENUE #3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

1  Presented by:

2  CABLE, LANGENBACH, KINERK & BAUER, LLP

3

4  By:   /s/ Lawrence R. Cock
      Lawrence R. Cock, WSBA No. 20326
5        CABLE, LANGENBACH, KINERK & BAUER, LLP
      Suite 3500, 1000 Second Avenue Building
6        Seattle, Washington 98104-1048
      (206) 292-8800 phone
7        (206) 292-0494 facsimile
      lrc@cablelang.com
8

9  ***Attorneys for Plaintiff Amiga, Inc.***

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER GRANTING AMIGA, INC.'S MOTION TO QUASH HYPERION'S SUBPOENA DUCES TECUM TO CAIRNCROSS HEMPLEMAN, P.S. - 3
Case No. CV07-0631RSM

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William A. Kinsel
Law Offices of William A. Kinsel, PLLC
Market Place Tower
2025 First Avenue, Suite 440
Seattle, WA  98121

A copy was also served by hand delivery on January 2, 2008.

   /s/    Lawrence R. Cock
Lawrence R. Cock, WSBA No. 20326
Attorney for Plaintiff Amiga, Inc.
CABLE, LANGENBACH, KINERK & BAUER, LLP
Suite 3500, 1000 Second Avenue Building
Seattle, Washington 98104-1048
(206) 292-8800 phone
(206) 292-0494 facsimile
lrc@cablelang.com

[PROPOSED] ORDER GRANTING AMIGA, INC.'S MOTION TO QUASH HYPERION'S SUBPOENA DUCES TECUM TO CAIRNCROSS HEMPLEMAN, P.S. - 4
Case No. CV07-0631RSM

CABLE, LANGENBACH, KINERK & BAUER, LLP
1000 SECOND AVENUE #3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800