```
____FILED    ____ENTERED
____LODGED   ____RECEIVED

      JAN  2 2008    DJ
              AT SEATTLE
       CLERK U.S. DISTRICT COURT
     WESTERN DISTRICT OF WASHINGTON
BY                            DEPUTY
```

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| AMIGA, INC., A DELAWARE CORPORATION<br>Plaintiff/Petitioner | Cause #: 07-0631 M |
| vs.<br>HYPERION VOF, A BELGIAN GENERAL PARTNERSHIP<br>Defendant/Respondent | Declaration of Service of:<br>SUBPOENA IN A CIVIL CASE; LETTER DATED 12/14/07 |
| | Hearing Date: Jan 4 2008 |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Dec 21 2007 11:15AM at the address of 524 SECOND AVE SUITE 500 SEATTLE, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon CAIRNCROSS & HEMPELMANN PS by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with SCOTT BELL, REGISTERED AGENT.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: December 28, 2007 at Seattle, WA

by _____
    J. Bradford

Service Fee Total: $ 46.35



07-CV-00631-APP

[NAL
SERVICE

Kinsel Law Offices
2025 1st Ave, #440
Seattle, WA  98121
206 706-8148