UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

AMIGA, INC., a Delaware corporation,

                Plaintiffs,

    v.

HYPERION VOF, a Belgium corporation,

                Defendant.

No.  07-0631-RSM

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2008, I presented the following documents:

1.    Hyperion's Memorandum in Opposition to Amiga Delaware's Motion to Quash Subpoena Duces Tecum to Cairncross & Hemplemann; and

2.    Declaration of William A. Kinsel in Opposition to Amiga Delaware's Motion Quash Subpoena Duces Tecum to Cairncross & Hemplemann;

And that on January 9, 2008, I presented the following document:

3.    Certificate of Service

to the Clerk of the Court for filing and uploading to the CM/ECF system which will

send notification of such filing to the following persons:

CERTIFICATE OF SERVICE - 1

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

1

2   Lawrence R. Cock, Esq.                          Scott D. Baker, Esq.
    Cable, Langenbach, Kinerk & Bauer, LLP          Reed Smith LLP
3   100 Second Avenue, Suite 3500                   Two Embarcadero Center, Suite 2000
    Seattle, WA  98104                              San Francisco, CA  94111-3922
4

5   and I hereby certify that I caused to be hand delivered on January 8, 2008 via legal

6   messenger copies of documents 1 and 2 to the following:

7   Lawrence R. Cock, Esq.                          Michael Brunet, Esq.
    Cable, Langenbach, Kinerk & Bauer, LLP          Cairncross & Hemplemann PS
8   100 Second Avenue, Suite 3500                   524 Second Avenue, Suite 500
    Seattle, WA  98104                              Settle, WA  98104
9

10          DATED this 9th day of January, 2008.

11                                                  KINSEL LAW OFFICES

12

13                                                  By:_____s/William A. Kinsel_____
                                                          William A. Kinsel, WSBA #18077
14                                                  Attorneys for Defendant Hyperion VOF

15

16                                                  William A. Kinsel, Esq.
                                                    Kinsel Law Offices
17                                                  2025 First Avenue, Suite 440
                                                    Seattle, WA  98121
18                                                  Phone:  (206) 706-8148
                                                    Fax:    (206) 374-3201
19                                                  Email:  wak@kinsellaw.com

20

21  Cos4.doc

22

23

24

25

26

CERTIFICATE OF SERVICE - 2

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148