HON. RICARDO MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMIGA, INC., a Delaware corporation,

    Plaintiff,

v.

HYPERION VOF, a Belgium corporation,

    Defendant/Counterclaim Plaintiff,

v.

ITEC, LLC, a New York Limited Liability Company,

    Counterclaim Defendant.

CAUSE NO. CV07-0631RSM

**DECLARATION OF ROBERT C. SEIDEL IN SUPPORT OF AMIGA, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO QUASH HYPERION'S SUBPOENA DUCES TECUM TO CAIRNCROSS HEMPELMANN, P.S.**

I, ROBERT C. SEIDEL, declare:

1. I am an attorney at Cairncross & Hempelmann, P.S. ("Cairncross") and former counsel to Amino Development Corporation, formerly known as Amiga, Inc. ("Amino Development"). I am fully familiar with the facts herein and submit this Affirmation in support

DECLARATION OF ROBERT C. SEIDEL IN SUPPORT OF AMIGA, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO QUASH HYPERION'S SUBPOENA DUCES TECUM TO CAIRNCROSS HEMPLEMAN, P.S. - 1
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE #3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

of Amiga, Inc.'s Reply Memorandum in Support of Its Motion to Quash Hyperion's Subpoena to Cairncross & Hempelmann, P.S.

2. Cairncross served as counsel for Amino Development for seven and one half years. For three and one half years, starting in November 1999, Cairncross served as primary counsel to Amino Development representing them in a variety of legal matters, including both litigation and transactional work. Starting approximately four years ago, in 2004, Cairncross has served as counsel to Amino Development on a very limited number of smaller matters. Cairncross was last paid for legal services by Amino Development in March, 2004.

3. Cairncross is in possession of seven boxes of documents that relate to Amino Development.

4. A review of all documents in each of these seven boxes is likely to take at least one week if multiple attorneys were tasked with the review.

5. Cairncross was served with a *subpoena duces tecum* by Hyperion VOF on December 21, 2007. The subpoena sought "All documents, not privileged, related to Amiga, Inc., a Washington Corporation, a/k/a Amino Development."

6. Cairncross's office was closed for the holidays on December 24, 2007, December 25, 2007 and January 1, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: 1/11/08

_____
ROBERT C. SEIDEL

DECLARATION OF ROBERT C. SEIDEL IN SUPPORT OF AMIGA, INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO QUASH HYPERION'S SUBPOENA DUCES TECUM TO CAIRNCROSS HEMPLEMAN, P.S. - 2
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE #3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William A. Kinsel
Law Offices of William A. Kinsel, PLLC
Market Place Tower
2025 First Avenue, Suite 440
Seattle, WA 98121

A copy was also served by hand delivery on January 11, 2008.

   /s/    Lawrence R. Cock
Lawrence R. Cock, WSBA No. 20326
Attorney for Defendant Amino Development Corporation
CABLE, LANGENBACH, KINERK & BAUER, LLP
Suite 3500, 1000 Second Avenue Building
Seattle, Washington 98104-1048
(206) 292-8800 phone
(206) 292-0494 facsimile
lrc@cablelang.com

CERTIFICATE OF SERVICE - 1 Case No. 07-0631 RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE #3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800