UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMIGA, INC., a Delaware corporation,<br><br>                        Plaintiff,<br><br>    v.<br><br>HYPERION VOF, a Belgium corporation,<br><br>                        Defendant. | No. 07-0631-RSM<br><br>**NOTICE OF UNAVAILABILITY** |

TO:        The Clerk of the above-entitled Court

AND TO:  All Counsel of Record

    Notice is hereby given that the undersigned counsel is unavailable due to trial in another matter from Thursday, April 24 through Friday, May 30, 2008. Accordingly, all parties are requested to not schedule any depositions, to note for hearing any motions, or to file any

/ / /

/ / /

/ / /

/ / /

NOTICE OF UNAVAILABILITY      - 1
Cause No: 07-0631-RSM

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

1  motions that would require an appearance or a response from defendant's counsel during the
2  above-referenced period.
3      DATED this ___ day of March, 2008.

                                              KINSEL LAW OFFICES, PLLC

                                              By: /s/ William A. Kinsel
                                                    William A. Kinsel, WSBA #18077
                                             Attorney for Defendant Hyperion VOF
                                                    William A. Kinsel, Esq.
                                                    Kinsel Law Offices
                                                    2025 First Avenue, Suite 440
                                                    Seattle, WA  98121
                                                    Phone: (206) 706-8148
                                                    Fax:    (206) 374-3201
                                                    Email: wak@kinsellaw.com

534p.doc

NOTICE OF UNAVAILABILITY      - 2 -      LAW OFFICES OF
Cause No: 07-0631-RSM                     WILLIAM A. KINSEL, PLLC
                                                                    MARKET PLACE TOWER
                                                                    2025 First Avenue, Suite 440
                                                                    SEATTLE, WASHINGTON 98121
                                                                       (206) 706-8148