UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIGA, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>and<br><br>HYPERION VOF, a Belgium corporation,<br><br>　　　　Defendant. | CAUSE NO. CV07-0631RSM<br><br>**<u>WITHDRAWAL OF APPEARANCE</u>** |

TO: The Clerk of the Court and interested parties:

　　　　PLEASE TAKE NOTICE THAT Morgan W. Tovey is no longer affiliated with Reed Smith LLP and as such, the firm hereby withdraws his appearance in the above-captioned matter, and requests that (a) his name be removed from any applicable service lists herein and (b) that the Clerk terminate the delivery of all CMECF notices addressed to **mtovey@reedsmith.com** in the above-captioned case. All remaining Reed Smith attorneys should continue to receive notices.

WITHDRAWAL OF APPEARANCE - 1
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

| | |
|---|---|
| 1 | DATED this the 17th day of June, 2008. |
| 2 | |
| 3 | /s/ Lawrence R. Cock |
|   | Lawrence R. Cock, WSBA No. 20326 |
| 4 | CABLE, LANGENBACH, KINERK & BAUER, LLP |
|   | Suite 3500, 1000 Second Avenue Building |
| 5 | Seattle, Washington 98104-1048 |
|   | (206) 292-8800 phone |
| 6 | (206) 292-0494 facsimile |
|   | lrc@cablelang.com |
| 7 | /s/ Alison B. Riddell |
|   | Alison B. Riddell (*Pro Hac Vice*), CSBN 246120 |
| 8 | REED SMITH LLP |
|   | Two Embarcadero Center, Suite 2000 |
| 9 | San Francisco, CA  94111 |
|   | Telephone:  415.543.8700 |
| 10 | Facsimile:  415.391.8269 |
|    | ariddell@reedsmith.com |

WITHDRAWAL OF APPEARANCE - 2
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William A. Kinsel
Law Offices of William A. Kinsel, PLLC
Market Place Tower
2025 First Avenue, Suite 440
Seattle, WA  98121

   /s/ Alison B. Riddell
Alison B. Riddell (*Pro Hac Vice*), CSBN 246120
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111
Telephone:  415.543.8700
Facsimile:  415.391.8269
ariddell@reedsmith.com

WITHDRAWAL OF APPEARANCE - 3
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800