| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIGA, INC., a Delaware corporation, | CAUSE NO. CV07-0631RSM |
| Plaintiff, | **WITHDRAWAL OF APPEARANCE** |
| and | |
| HYPERION VOF, a Belgium corporation, | |
| Defendant. | |

WITHDRAWAL OF APPEARANCE - 1
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

TO THE CLERK OF THE COURT AND INTERESTED PARTIES:

PLEASE TAKE NOTICE THAT Scott D. Baker hereby withdraws his appearance in the above-captioned matter, and requests that (a) his name be removed from any applicable service lists herein and (b) that the Clerk terminate the delivery of all CMECF notices addressed to **sbaker@reedsmith.com** in the above-captioned case. All remaining Reed Smith attorneys should continue to receive notices.

DATED this the 18th day of June, 2008.

    /s/ Lawrence R. Cock
Lawrence R. Cock, WSBA No. 20326
CABLE, LANGENBACH, KINERK & BAUER, LLP
Suite 3500, 1000 Second Avenue Building
Seattle, Washington 98104-1048
(206) 292-8800 phone
(206) 292-0494 facsimile
lrc@cablelang.com

    /s/ Scott D. Baker
Scott D. Baker (*Pro Hac Vice*), CSBN 84923
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone: 415.543.8700
Facsimile: 415.391.8269
sbaker@reedsmith.com

WITHDRAWAL OF APPEARANCE - 2
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William A. Kinsel
Law Offices of William A. Kinsel, PLLC
Market Place Tower
2025 First Avenue, Suite 440
Seattle, WA 98121

    /s/ Scott D. Baker
Scott D. Baker (*Pro Hac Vice*), CSBN 84923
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Telephone: 415.543.8700
Facsimile: 415.391.8269
sbaker@reedsmith.com

WITHDRAWAL OF APPEARANCE - 3
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800