UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

AMIGA, INC., a Delaware corporation,

    Plaintiff,

v.

HYPERION VOF, a Belgium corporation,

    Defendant.

No. 07-0631-RSM

**NOTICE OF UNAVAILABILITY**

TO:     The Clerk of the above-entitled Court

AND TO:     All Counsel of Record

Notice is hereby given that the undersigned counsel is out of the office and unavailable from Monday, June 30, 2008 through Friday, July 4, 2008. Accordingly, all parties are requested to not schedule any depositions, to note for hearing any motions, or to file any

/ / /

/ / /

/ / /

/ / /

**NOTICE OF UNAVAILABILITY** - 1
Cause No: 07-0631-RSM

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

Dockets.Justia.com

motions that would require an appearance or a response from defendant's counsel during the above-referenced period.

DATED this 19th day of June, 2008.

KINSEL LAW OFFICES, PLLC


By: /s/ William A. Kinsel
William A. Kinsel, WSBA #18077
Attorney for Defendant Hyperion VOF
William A. Kinsel, Esq.
Kinsel Law Offices
2025 First Avenue, Suite 440
Seattle, WA 98121
Phone: (206) 706-8148
Fax: (206) 374-3201
Email: wak@kinsellaw.com

534p.doc

NOTICE OF UNAVAILABILITY
Cause No: 07-0631-RSM

- 2 -

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148