1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON AT SEATTLE
9

10   AMIGA, INC., a Delaware corporation,

11                                Plaintiff,            No.  07-0631-RSM

12         v.                                           **MOTION FOR ENTRY OF
                                                        STIPULATED PROTECTIVE ORDER**
13   HYPERION VOF, a Belgium corporation,
                                                        **Note on Motion Calendar:  07/25/08**
14                                Defendant.

15
                               **I.      MOTION**
16
           COME NOW defendant/counterclaimant Hyperion VOF and Amiga, Inc. and move the
17
     Court pursuant to FRCP 26(c) to enter the attached Stipulated Protective Order.  This
18
     Stipulated Protective Order relates not only to the documents that have been or will be
19
     produced by the parties hereto, but also to the documents that have been produced and will be
20
     produced by third parties such as Cairncross & Hempelman, who is subject to the Court's
21
     Order Denying Plaintiff's Motion to Quash (Dkt. #97).
22
           The proposed Stipulated Protective Order is the result of exhaustive efforts by the
23
     parties to resolve disputes over the proper handling of documents and information that the
24
     producing entity alleges may contain or be trade secrets.  The Stipulated Protective Order
25

26

**MOTION FOR ENTRY OF STIPULATED**
**PROTECTIVE ORDER**              - 1
 **Cause No:  07-0631-RSM**

**LAW OFFICES OF**
**WILLIAM A. KINSEL, PLLC**
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

Dockets.Justia.com

1  further contains detailed procedures for resolving disputes over whether documents are

2  properly designated "Confidential" or "Highly Confidential – Outside Counsel's Eyes Only."

3  The parties and their counsel accordingly certify that they have conferred in good faith with

4  each other on this matter, and that the entry of the proposed Stipulated Protective Order is

5  appropriate.  FRCP 26(c).

6                                              **II.       CONCLUSION**

7            For all of the foregoing reasons, Hyperion and Amiga, Inc., stipulate to the entry of, and

8  ask this Court to enter the attached Stipulated Protective Order.

9            DATED this 25th day of July, 2008.

10

11                                    KINSEL LAW OFFICES, PLLC

12                                    By:  /s/ William A. Kinsel
                                      William A. Kinsel, WSBA #18077
13                                    Attorney for Defendant/Counterclaim Plaintiff Hyperion VOF

14                                    William A. Kinsel, Esq.
                                      KINSEL LAW OFFICES, PLLC
15                                    2025 First Avenue, Suite 440
                                      Seattle, WA  98121
16                                    Phone:  (206) 706-8148
                                      Fax:     (206) 374-3201
17                                    Email:  wak@kinsellaw.com

18

19                                    CABLE, LANGENBACH, KINERK & BAUER, LLP

20                                    /s/ Lawrence R. Cock
                                      Lawrence R. Cock, WSBA No. 20326
21                                    Attorneys for Plaintiff/Counterclaim Defendant Amiga

22                                    Lawrence R. Cock
                                      CABLE, LANGENBACH, KINERK & BAUER, LLP
23                                    1000 Second Avenue Suite 3500
                                      Seattle, WA  98104
24                                    Telephone:     206-292-8800
                                      Facsimile:     206-292-0494
25                                    lrc@cablelang.com

26  537p.doc

**MOTION FOR ENTRY OF STIPULATED
PROTECTISE ORDER**             - 2
 **Cause No:  07-0631-RSM**

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148