UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIGA, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HYPERION VOF, a Belgium corporation,<br><br>　　　　　　Defendant.<br><br>HYPERION VOF, a Belgian corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMINO DEVELOPMENT CORPORATION, a Washington corporation, previously known as Amiga, Inc., a Washington corporation,<br><br>　　　　　　Defendants. | CASE NO. C07-631RSM<br><br>CASE NO. C07-1761RSM<br><br>ORDER OF REFERENCE |

These two related cases are hereby REFERRED to the Hon. J. Kelley Arnold, United States Magistrate Judge, for the purpose of conducting a settlement conference in lieu of mediation, pursuant to

ORDER OF REFERENCE - 1

| | |
|---|---|
| 1 | Local Rule 39.1(e). The Court has set November 20, 2008 as the date for this settlement conference. |
| 2 | The specific time and place, as well as requirements for settlement memoranda, shall be set by Judge |
| 3 | Arnold's chambers. |
| 4 | DATED this 25 Day of August 2008. |

/s/ Ricardo S. Martinez

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF REFERENCE - 2