HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMIGA, INC., a Delaware corporation,

   Plaintiff,

v.

HYPERION VOF, a Belgium corporation,

   Defendant.

CAUSE NO. CV07-0631RSM

**DECLARATION OF LAWRENCE R. COCK IN SUPPORT OF AMIGA'S MOTION FOR PROTECTIVE ORDER**

NOTED FOR HEARING:
DECEMBER 17, 2008

Lawrence R. Cock declares, under penalty of perjury under the laws of the State of Washington, as follows:

1. I am over eighteen years of age, and I am an attorney practicing law at Cable, Langenbach, Kinerk & Bauer, LLP. I have personal knowledge of the facts set forth in this declaration and am competent to testify to them.

2. I am counsel to Plaintiff, Amiga, Inc., with respect to the matter herein. Reed Smith LLP serves as my co-counsel.

DECLARATION OF LAWRENCE R. COCK
IN SUPPORT OF MOTION FOR PROTECTIVE ORDER - 1
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE #3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

dockets.Justia.com

3. I received a letter dated October 27, 2008, from William Kinsel, counsel for defendants, in which Mr. Kinsel made a blanket objection to the designation of any documents as "Highly Confidential – Outside Counsel's Eyes Only."

4. On November 7, 2008, I talked with Mr. Kinsel to fulfill the "meet and confer" requirement of Section 6.2 of the Stipulated Protective Order. We were unable to come to an agreement with regard to Defendant's objections.

5. I then received a letter dated November 12, 2008, in which Mr. Kinsel submitted a formal notice of Defendant's objection to the application of the "Highly Confidential – Outside Counsel's Eyes Only" designation to all documents so designated.

I declare under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge and belief.

DATED December 2, 2008.

/s/ Lawrence R. Cock
Lawrence R. Cock, WSBA No. 20326
CABLE, LANGENBACH, KINERK & BAUER, LLP
Suite 3500, 1000 Second Avenue Building
Seattle, Washington 98104-1048
(206) 292-8800 phone
(206) 292-0494 facsimile
lrc@cablelang.com

DECLARATION OF LAWRENCE R. COCK
IN SUPPORT OF MOTION FOR PROTECTIVE ORDER - 2
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE #3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

# CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William A. Kinsel
Law Offices of William A. Kinsel, PLLC
Market Place Tower
2025 First Avenue, Suite 440
Seattle, WA 98121

A copy was also sent via hand delivery on December 2, 2008.

/s/ Lawrence R. Cock
Lawrence R. Cock, WSBA No. 20326
Attorney for Plaintiff Amiga, Inc.
CABLE, LANGENBACH, KINERK & BAUER, LLP
Suite 3500, 1000 Second Avenue Building
Seattle, Washington 98104-1048
(206) 292-8800 phone
(206) 292-0494 facsimile
lrc@cablelang.com

DECLARATION OF LAWRENCE R. COCK
IN SUPPORT OF MOTION FOR PROTECTIVE ORDER - 3
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE #3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800