**HON. RICARDO S. MARTINEZ**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIGA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>and<br><br>HYPERION VOF, a Belgium corporation,<br><br>Defendant. | CAUSE NO. CV07-0631RSM<br><br>**CAIRNCROSS & HEMPELMANN'S MOTION FOR PROTECTIVE ORDER**<br><br>**NOTE ON MOTION CALENDAR: DECEMBER 17, 2008** |

For the reasons stated in the brief filed by Amiga, Inc., Cairncross & Hempelmann, the party subpoenaed, moves the court to enter a protective order continuing the attorney eyes only designation on documents designated as such.

DATED December 2, 2008.

          /s/ Stephen P. VanDerHoef
Stephen P. VanDerHoef, WSBA No. 20888
Cairncross & Hempelmann, P.S.
524 Second Avenue
Seattle, Washington 98104
(206) 587-0700 phone

CAIRNCROSS & HEMPELMANN'S MOTION FOR PROTECTIVE ORDER - 1
Case No. CV07-0631RSM

# **CERTIFICATE OF SERVICE**

I, Gail Glosser, certify under penalty of perjury of the laws of the State of Washington that, on December 2, 2008, I caused the document to which this is attached to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Counsel for Plaintiff and Counter Defendant Amiga Inc.
Alison B. Riddell (ariddell@reedsmith.com)
Jeffrey Michael Tamarin (jtamarin@reedsmith.com)
Kenneth Joe Philpot (kphilpot@reedsmith.com)
Lance Gotthoffer (lgotthoffer@reedsmith.com)
Lawrence Ronald Cock (lrc@cablelang.com)
Morgan W. Tovey (mtovey@reedsmith.com)
Scott D. Baker (sbaker@reedsmith.com)

Counsel for Defendant and Counter Claimant Hyperion VOF
William A. Kinsel (WAK@kinsellaw.com)

Counsel for Counter Defendant Itec LLC

Lawrence Ronald Cock (lrc@cablelang.com)

DATED this 2nd day of December, 2008.

                                                               /s/ Gail Glosser
                                                          Gail Glosser, Legal Assistant