UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMIGA, INC., a Delaware corporation,<br><br>                  Plaintiffs,<br><br>v.<br><br>HYPERION VOF, a Belgium corporation,<br><br>                  Defendant. | No. 07-0631-RSM<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on December 12, 2008, I presented the following documents:

1. Hyperion's Memorandum in Opposition to Amiga Delaware's Motion for Protective Order;

2. Declaration of William A. Kinsel in Opposition to Amiga Delaware's Motion for Protective Order; and

3. Sealed Declaration of William A. Kinsel in Opposition to Amiga Delaware's Motion for Protective Order.

to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following persons:

CERTIFICATE OF SERVICE - 1

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

| | |
|---|---|
| 1 | |
| 2 | Lawrence R. Cock, Esq. |
| 3 | Cable, Langenbach, Kinerk & Bauer, LLP<br>100 Second Avenue, Suite 3500 |
| 4 | Seattle, WA 98104 |
| 5 | and I hereby certify that I caused to be hand delivered on December 12, 2008 via legal |
| 6 | messenger copies of said documents to the following: |
| 7 | Lawrence R. Cock, Esq. |
| 8 | Cable, Langenbach, Kinerk & Bauer, LLP<br>100 Second Avenue, Suite 3500 |
| 9 | Seattle, WA 98104 |
| 10 | DATED this 12th day of December, 2008. |
| 11 | KINSEL LAW OFFICES |

By: _____s/William A. Kinsel_____
William A. Kinsel, WSBA #18077
Attorneys for Defendant Hyperion VOF

William A. Kinsel, Esq.
Kinsel Law Offices
2025 First Avenue, Suite 440
Seattle, WA 98121
Phone: (206) 706-8148
Fax:   (206) 374-3201
Email: wak@kinsellaw.com

Cos4.doc

CERTIFICATE OF SERVICE - 2

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148