UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIGA, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>and<br><br>HYPERION VOF, a Belgium corporation,<br><br>Defendant. | CAUSE NO. CV07-0631RSM<br><br>STIPULATION EXTENDING THE DEADLINE FOR AMIGA, INC.'S REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER<br><br>[PROPOSED] ORDER EXTENDING DEADLINE FOR FILING REPLY |

The parties stipulate as follows:

The deadline for Amiga, Inc. to file its Reply in support of Amiga, Inc.'s Motion For Protective Order is extended from December 17, 2008 to December 19, 2008.

STIPULATION EXTENDING THE DEADLINE FOR AMIGA, INC.'S REPLY RE: MOTION FOR PROTECTIVE ORDER - 1

Case No. CV07-0631RSM

CABLE, LANGENBACH, KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

DATED this the 19th day of December, 2008.

CABLE, LANGENBACH, KINERK & BAUER, LLP


By: /s/ Lawrence R. Cock, WSBA No. 20326
Lawrence R. Cock, WSBA No. 20326
Attorneys for Plaintiff Amiga, Inc.
CABLE, LANGENBACH, KINERK & BAUER, LLP
Suite 3500, 1000 Second Avenue Building
Seattle, Washington 98104-1048
(206) 292-8800 phone
(206) 292-0494 facsimile
lrc@cablelang.com

KINSEL LAW OFFICES, PLLC

By: /s/ William A. Kinsel, WSBA #18077
William A. Kinsel, WSBA #18077
Attorney for Defendant Hyperion, VOF
William A. Kinsel, Esq.
Kinsel Law Offices
2025 First Avenue, Suite 440
Seattle, WA 98121
Phone: (206) 706-8148
Fax: (206) 374-3201
Email: wak@kinsellaw.com

STIPULATION EXTENDING THE DEADLINE FOR AMIGA, INC.'S REPLY RE: MOTION FOR PROTECTIVE ORDER - 2

Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE
BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

ORDER

This matter having come on regularly before this Court on the parties' Stipulation, and the court finding that it should be adopted as the Court's Order, IT IS HEREBY ORDERED THAT the deadline for Amiga, Inc.'s Reply in Support of Amiga, Inc.'s Motion for Protective Order is extended until December 19, 2008.

Today's date is December ___, 2008.

_____
The Honorable Ricardo S. Martinez

STIPULATION EXTENDING THE DEADLINE FOR AMIGA, INC.'S REPLY RE: MOTION FOR PROTECTIVE ORDER - 3

Case No. CV07-0631RSM

CABLE, LANGENBACH, KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William A. Kinsel
Law Offices of William A. Kinsel, PLLC
Market Place Tower
2025 First Avenue, Suite 440
Seattle, WA 98121

/s/ Lawrence R. Cock, WSBA No. 20326
Lawrence R. Cock, WSBA No. 20326
Attorney for Plaintiff Amiga, Inc.
CABLE, LANGENBACH, KINERK & BAUER, LLP
Suite 3500, 1000 Second Avenue Building
Seattle, Washington 98104-1048
(206) 292-8800 phone
(206) 292-0494 facsimile
lrc@cablelang.com

STIPULATION EXTENDING THE DEADLINE FOR AMIGA, INC.'S REPLY RE: MOTION FOR PROTECTIVE ORDER - 4

Case No. CV07-0631RSM

CABLE, LANGENBACH, KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800