HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AMIGA, INC., a Delaware corporation,<br><br>                       Plaintiffs,<br><br>    v.<br><br>HYPERION VOF, a Belgian corporation,<br><br>                       Defendant. | No. 07-0631-RSM<br><br>**JOINT STATUS REPORT** |

COME NOW plaintiff Amiga, Inc. and defendant Hyperion VOF and report that they have been actively engaged in settlement negotiations in this matter with the assistance of the Honorable Judge Kelley Arnold since November 20, 2008. Because the parties' efforts were focused on those settlement efforts, they have not had the opportunity to review and agree upon a proposed discovery plan as required by FRCP 26(f). The parties accordingly request the indulgence of the Court to allow them until Tuesday, January 27, 2009, to submit that plan.

DATED this 5th day of January, 2009.

KINSEL LAW OFFICES, PLLC

By: /s/ William A. Kinsel
    William A. Kinsel, WSBA #18077
Attorney for Defendant Hyperion VOF

JOINT STATUS REPORT - 1

**LAW OFFICES OF
WILLIAM A. KINSEL, PLLC**
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

| | |
|---|---|
| 1 | 2025 First Avenue, Suite 440 |
| 2 | Seattle, WA  98121 |
|   | Phone:  (206) 706-8148 |
| 3 | Fax:     (206) 374-3201 |
|   | Email:  wak@kinsellaw.com |

DATED this 5th day of January, 2009.

CABLE, LANGENBACH, KINERK
  & BAUER, LLP

By: /s/ Lawrence R. Cock
    Lawrence R. Cock, WSBA #20326
Attorney for Plaintiff Amiga, Inc.
    1000 Second Ave., Suite 3500
    Seattle, WA  98104
    Phone:  (206) 292-8800
    Fax:     (206) 292-0494
    Email:  lrc@cablelang.com

542p.doc

**JOINT STATUS REPORT - 2**

**LAW OFFICES OF**
**WILLIAM A. KINSEL, PLLC**
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148