|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| AMIGA, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>and<br><br>HYPERION VOF, a Belgium corporation,<br><br>　　　　Defendant. | CAUSE NO. CV07-0631RSM<br><br>STIPULATION EXTENDING THE DEADLINE FOR AMIGA, INC.'S REPLY IN SUPPORT OF MOTION FOR PROTECTIVE ORDER<br><br>ORDER EXTENDING DEADLINE FOR FILING REPLY |

The parties stipulate as follows:

The deadline for Amiga, Inc. to file its Reply in support of Amiga, Inc.'s Motion For Protective Order is extended from December 17, 2008 to December 19, 2008.

STIPULATION EXTENDING THE DEADLINE FOR AMIGA, INC.'S REPLY RE: MOTION FOR PROTECTIVE ORDER - 1

Case No. CV07-0631RSM

CABLE, LANGENBACH, KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800

| | |
|---|---|
| 1 | DATED this the 19th day of December, 2008. |
| 2 | |
| 3 | CABLE, LANGENBACH, KINERK & BAUER, LLP |
| 4 | |
| 5 | By: /s/ Lawrence R. Cock, WSBA No. 20326<br>Lawrence R. Cock, WSBA No. 20326 |
| 6 | Attorneys for Plaintiff Amiga, Inc.<br>CABLE, LANGENBACH, KINERK & BAUER, LLP |
| 7 | Suite 3500, 1000 Second Avenue Building<br>Seattle, Washington 98104-1048 |
| 8 | (206) 292-8800 phone<br>(206) 292-0494 facsimile |
| 9 | lrc@cablelang.com |
| 10 | |
| 11 | KINSEL LAW OFFICES, PLLC |
| 12 | By: /s/ William A. Kinsel, WSBA #18077<br>William A. Kinsel, WSBA #18077 |
| 13 | Attorney for Defendant Hyperion, VOF<br>William A. Kinsel, Esq. |
| 14 | Kinsel Law Offices |
| 15 | 2025 First Avenue, Suite 440<br>Seattle, WA 98121 |
| 16 | Phone: (206) 706-8148<br>Fax: (206) 374-3201 |
| 17 | Email: wak@kinsellaw.com |

STIPULATION EXTENDING THE DEADLINE FOR AMIGA, INC.'S REPLY RE: MOTION FOR PROTECTIVE ORDER - 2

Case No. CV07-0631RSM

ORDER

This matter having come on regularly before this Court on the parties' Stipulation, and the court finding that it should be adopted as the Court's Order, IT IS HEREBY ORDERED THAT the deadline for Amiga, Inc.'s Reply in Support of Amiga, Inc.'s Motion for Protective Order is extended until December 19, 2008.

Today's date is January 5, 2009.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION EXTENDING THE DEADLINE FOR AMIGA, INC.'S REPLY RE: MOTION FOR PROTECTIVE ORDER - 3

Case No. CV07-0631RSM

CABLE, LANGENBACH, KINERK & BAUER, LLP
SUITE 3500
1000 SECOND AVENUE BUILDING
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800