HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMIGA, INC., a Delaware corporation,

　　Plaintiff,

and

HYPERION VOF, a Belgium corporation,

　　Defendant.

CAUSE NO. CV 07-0631 RSM

**STIPULATED MOTION FOR JUDGMENT ENTRY**
NOTE ON MOTION CALENDAR:
DECEMBER 11, 2009

## STIPULATION

COME NOW plaintiff Amiga, Inc. and Hyperion VOF through their undersigned counsel of record and stipulate and agree that:

1. Amiga, Inc., Itec, LLC, Amino Development Corporation and Hyperion VOF, now known as Hyperion Entertainment C.V.B.A., entered into a Settlement Agreement effective September 30, 2009, which resolved all disputes between them.

2. Section 11 of that Settlement Agreement reads as follows:

**STIPULATED MOTION FOR JUDGMENT ENTRY - 1**
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, #3500
SEATTLE, WASHINGTON 98104-048
(206) 292-8800

11. Stipulated Judgment; Dismissals. Once Hyperion has filed the partial assignment of the UCC Financing Statement 6293484-2 (Exhibit 5 hereto) with the Delaware Department of State, and the State of Delaware both confirms that filing and the continuing validity of the underlying Financing Statement, then the Parties hereto shall jointly move the court in the Amiga Litigation to enter this Agreement as a Stipulated Judgment. All Parties will immediately file stipulated dismissals with prejudice, without costs or attorney fees to any Party, of the Itec Litigation and the Amino Litigation. Hyperion will withdraw the Oppositions, with prejudice.

3. Hyperion has filed the UCC-3 attached as Exhibit 5 to the Settlement Agreement with the Delaware Department of State, and the State of Delaware has confirmed that filing.

4. The State of Delaware has confirmed the continuing validity of the underlying Financing Statement.

5. In light of the above, the conditions for the filing of a Stipulated Judgment in the form accompanying this motion have been satisfied.

Stipulated to this \_\_\_\_11th\_\_\_ day of December, 2009.

CABLE, LANGENBACH, KINERK & BAUER, LLP


By: /s/ Lawrence R. Cock
Lawrence R. Cock, WSBA No. 20326
Attorneys for Plaintiff Amiga, Inc.
CABLE, LANGENBACH, KINERK & BAUER, LLP
Suite 3500, 1000 Second Avenue Building
Seattle, Washington 98104-1048
(206) 292-8800 phone
(206) 292-0494 facsimile
lrc@cablelang.com

STIPULATED MOTION FOR JUDGMENT ENTRY - 2
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, #3500
SEATTLE, WASHINGTON 98104-048
(206) 292-8800

KINSEL LAW OFFICES, PLLC


By: /s/ William A. Kinsel
William A. Kinsel, WSBA #18077
Attorney for Defendant Hyperion Entertainment C.V.B.A.
previously known as Hyperion, VOF
William A. Kinsel, Esq.
Kinsel Law Offices, PLLC
2025 First Avenue, Suite 440
Seattle, WA 98121
Phone: (206) 706-8148
Fax:   (206) 374-3201
Email: wak@kinsellaw.com

## MOTION

WHEREFORE, in light of the foregoing stipulation, Amiga, Inc. and Hyperion jointly move the Court to enter a Stipulated Judgment in the form attached hereto.

Respectfully submitted this __11th__ day of December, 2009.

CABLE, LANGENBACH, KINERK & BAUER, LLP


By: /s/ Lawrence R. Cock
Lawrence R. Cock, WSBA No. 20326
Attorneys for Plaintiff Amiga, Inc.
CABLE, LANGENBACH, KINERK & BAUER, LLP
Suite 3500, 1000 Second Avenue Building
Seattle, Washington 98104-1048
(206) 292-8800 phone
(206) 292-0494 facsimile
lrc@cablelang.com

STIPULATED MOTION FOR JUDGMENT ENTRY - 3
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, #3500
SEATTLE, WASHINGTON 98104-048
(206) 292-8800

KINSEL LAW OFFICES, PLLC


By: /s/ William A. Kinsel
William A. Kinsel, WSBA #18077
Attorney for Defendant Hyperion Entertainment C.V.B.A.
previously known as Hyperion, VOF
William A. Kinsel, Esq.
Kinsel Law Offices, PLLC
2025 First Avenue, Suite 440
Seattle, WA 98121
Phone: (206) 706-8148
Fax: (206) 374-3201
Email: wak@kinsellaw.com

STIPULATED MOTION FOR JUDGMENT ENTRY - 4
Case No. CV07-0631RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, #3500
SEATTLE, WASHINGTON 98104-048
(206) 292-8800

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William A. Kinsel
Kinsel Law Offices, PLLC
2025 First Avenue, Suite 440
Seattle, WA 98121
wak@kinsellaw.com

/s/ Lawrence R. Cock, WSBA No. 20326
Lawrence R. Cock, WSBA No. 20326
Attorney for Plaintiff Amiga, Inc.
CABLE, LANGENBACH, KINERK & BAUER, LLP
Suite 3500, 1000 Second Avenue Building
Seattle, Washington 98104-1048
(206) 292-8800 phone
(206) 292-0494 facsimile
lrc@cablelang.com

STIPULATED MOTION FOR JUDGMENT ENTRY - 5
Case No. CV07-0631RSM