**HONORABLE RICARDO S. MARTINEZ**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIGA, INC., a Delaware corporation,<br><br>　　Plaintiff,<br><br>and<br><br>HYPERION VOF, a Belgium corporation,<br><br>　　Defendant. | CAUSE NO. CV 07-0631 RSM<br><br>**STIPULATED JUDGMENT** |

　　Based on the stipulated joint motion of Amiga, Inc. ("Amiga"), and Hyperion VOF, now known as Hyperion Entertainment C.V.B.A. ("Hyperion"), it is hereby ORDERED that that joint stipulated motion for judgment entry is GRANTED.

　　Judgment is accordingly entered in this matter with the Settlement Agreement among Amiga, Inc., Itec, LLC, Amino Development Corporation and Hyperion being attached to and incorporated into this judgment as Exhibit A. The rights and obligations of Amiga and Hyperion with respect to the matters in dispute in this suit are determined as set forth in that Settlement Agreement. All claims, counterclaims, cross claims, and third party claims (including any

STIPULATED JUDGMENT　　　　　　　　　　　　- 1
Case No. 07-0631 RSM

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE, #3500
SEATTLE, WASHINGTON 98104-048
(206) 292-8800

Dockets.Justia.com

amendments) are otherwise hereby dismissed with prejudice.  This case is dismissed without an award of fees or costs to any party.

DATED December 14, 2009.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Approved as to form; Notice of presentation waived:

CABLE, LANGENBACH, KINERK & BAUER, LLP

By: /s/ Lawrence R. Cock
Lawrence R. Cock, WSBA No. 20326
Attorneys for Plaintiff Amiga, Inc.
CABLE, LANGENBACH, KINERK & BAUER, LLP
Suite 3500, 1000 Second Avenue Building
Seattle, Washington 98104-1048
(206) 292-8800 phone
(206) 292-0494 facsimile
lrc@cablelang.com


KINSEL LAW OFFICES, PLLC

By:    /s/ William A. Kinsel
William A. Kinsel, WSBA #18077
Attorney for Defendant Hyperion Entertainment C.V.B.A.
previously known as Hyperion, VOF
Kinsel Law Offices, PLLC
2025 First Avenue, Suite 440
Seattle, WA 98121
Phone:  (206) 706-8148
Fax:    (206) 374-3201
Email:  wak@kinsellaw.com

STIPULATED JUDGMENT - 2
Case No. 07-0631 RSM